**crazy** [4] - 152:8, 157:2, 286:14, 286:15
**created** [2] - 125:16, 217:16
**creation** [2] - 218:16, 218:19
**credit** [9] - 14:7, 14:8, 14:9, 14:10, 14:13, 71:15, 100:9, 100:23, 101:1
**crime** [5] - 97:19, 186:1, 186:11, 186:13, 187:13
**Crimea** [1] - 117:4
**crimes** [1] - 185:13
**criminality** [1] - 128:1
**criminally** [1] - 189:5
**criminals** [1] - 247:19
**critical** [3] - 285:2, 285:11, 285:14
**cryp** [1] - 69:16
**Crypto** [1] - 155:5
**crypto** [17] - 64:12, 65:14, 67:4, 68:6, 68:11, 68:12, 69:10, 172:24, 174:23, 175:11, 175:15, 175:21, 176:5, 178:13, 180:4, 190:11, 191:12
**cryptocurrency** [7] - 64:11, 64:12, 67:7, 67:21, 88:7, 172:21, 191:8
**cultivation** [1] - 185:8
**cumbersome** [1] - 129:15
**curious** [2] - 198:21, 236:3
**currency** [2] - 86:6, 120:20
**current** [7] - 9:4, 26:18, 70:19, 80:2, 98:19, 250:5, 250:6
**custody** [1] - 226:22
**Customer** [3] - 174:25, 175:5, 175:9
**customer** [1] - 292:2
**cut** [4] - 115:5, 115:6, 115:10, 215:11
**cyber** [1] - 97:18

## D

**D.C** [1] - 294:12
**damaged** [1] - 88:13
**Dan** [4] - 59:8, 61:21, 61:23, 105:25
**dangerous** [3] - 86:25, 180:6, 274:5
**dangers** [1] - 180:4
**dare** [1] - 158:23
**dash** [1] - 281:4
**data** [2] - 74:12, 288:16
**databases** [2] - 276:25, 277:6
**date** [3] - 5:9, 108:6, 272:16
**daughter** [25] - 41:11, 43:9, 43:22, 44:24, 46:17, 50:2, 55:23, 64:14, 95:21, 96:9, 134:7, 137:13, 138:9, 140:20, 160:19, 160:20, 206:14,

215:15, 223:6, 223:15, 224:3, 224:15, 224:18, 225:13, 239:20
**daughter's** [5] - 36:2, 40:3, 43:17, 46:7, 230:15
**David** [53] - 21:3, 21:6, 28:12, 28:16, 31:2, 45:16, 81:8, 95:19, 95:22, 103:9, 103:18, 105:22, 143:18, 184:5, 184:14, 184:15, 185:2, 203:15, 203:17, 204:2, 204:14, 207:3, 207:10, 207:13, 209:18, 213:5, 215:4, 215:16, 216:8, 216:10, 216:13, 218:1, 218:14, 219:22, 221:3, 221:4, 222:9, 226:17, 229:19, 229:24, 237:7, 242:22, 243:15, 245:16, 250:7, 250:11, 250:19, 254:5, 265:18, 266:6, 266:22, 284:4
**david** [1] - 243:12
**David's** [4] - 203:18, 207:11, 243:3, 250:14
**day-to-day** [2] - 110:7, 141:6
**days** [11] - 11:15, 29:5, 39:11, 42:24, 48:9, 51:1, 77:10, 103:22, 185:17, 191:22, 242:24
**DC** [4] - 11:18, 150:16, 254:24, 286:17
**de** [2] - 202:8, 232:24
**de-conflicted** [1] - 232:24
**dead** [2] - 62:6, 158:9, 256:3
**deal** [8] - 106:12, 106:17, 151:4, 164:16, 202:14, 226:5, 232:21, 269:3
**dealers** [1] - 183:15
**dealing** [1] - 142:1
**dealings** [4] - 6:20, 157:12, 157:18, 157:21
**deals** [4] - 195:9, 207:11, 269:4, 280:12
**dealt** [4] - 62:3, 175:12, 183:15, 207:10
**dear** [6] - 152:6, 152:13, 157:24, 203:9, 247:17, 247:18
**Debbie** [2] - 76:10
**debilitating** [2] - 51:7, 66:20
**debit** [1] - 63:19
**debt** [1] - 14:13
**debts** [1] - 229:5
**dec** [1] - 76:4
**deca** [5] - 126:15, 126:17, 126:18, 127:1, 127:12
**deca-millionaire** [5] - 126:15, 126:17, 126:18, 127:1, 127:12
**deceased** [1] - 143:18

**deceive** [1] - 241:2
**December** [4] - 18:21, 19:20, 19:21, 36:12
**decide** [5] - 18:8, 55:20, 188:19, 202:5, 202:7
**decided** [3] - 62:25, 211:11, 250:7
**decides** [4] - 107:9, 107:11, 107:12, 231:25
**decision** [16] - 23:5, 25:16, 25:21, 25:24, 25:25, 59:20, 94:1, 109:2, 136:20, 136:21, 141:1, 141:2, 141:7, 142:7, 218:3, 282:12
**decisions** [2] - 141:11, 252:8
**declaration** [2] - 246:8
**decline** [3] - 279:4, 279:10, 280:4
**declining** [1] - 293:7
**deconfliction** [1] - 187:23
**dedicated** [12] - 94:14, 96:25, 97:4, 97:11, 97:17, 104:12, 124:23, 124:24, 125:1, 125:8, 144:8, 199:16
**Dees** [1] - 178:8
**defaulted** [1] - 36:14, 36:17
**defendant** [3] - 7:10, 22:19, 231:11
**defenses** [1] - 154:16
**definitely** [1] - 163:3
**Definitions** [1] - 35:4
**defunct** [2] - 73:5, 152:20
**delay** [1] - 58:22
**delete** [3] - 170:16, 171:3, 266:14
**deleted** [2] - 170:17, 266:11
**delightfully** [1] - 152:7
**deliver** [1] - 288:13
**delivered** [1] - 288:15
**delusional** [1] - 152:7
**Democratic** [1] - 269:5
**Democrats** [2] - 107:23, 107:25
**Department** [1] - 210:5
**depended** [1] - 11:21
**deploy** [1] - 86:13
**depose** [1] - 193:24
**deposit** [1] - 39:22
**deposited** [3] - 200:9, 220:17, 228:22
**Deposition** [14] - 23:18, 54:5, 70:23, 106:3, 114:13, 137:7, 151:6, 158:15, 159:8, 162:7, 163:7, 177:12, 214:9, 245:23
**deposition** [5] - 5:10, 6:22, 8:4, 55:9, 127:17, 127:21, 127:22, 128:5, 13:22, 168:25, 170:5, 294:15, 295:16
**deputized** [2] - 141:1, 142:2
**described** [1] - 126:14
**desert** [1] - 51:13

**design** [1] - 113:24
**designated** [1] - 186:16
**designed** [7] - 21:22, 22:6, 22:16, 29:20, 31:10, 97:22, 155:11
**desire** [6] - 88:24, 97:13, 97:23, 101:10, 271:6, 293:3
**despite** [1] - 188:9
**destination** [1] - 191:8
**destroy** [1] - 200:19
**destroyed** [1] - 258:16
**detail** [5] - 68:9, 72:16, 244:5, 260:8, 278:14
**details** [3] - 135:9, 273:20, 273:21
**determination** [1] - 182:22
**determine** [3] - 128:5, 128:6, 146:19
**deterrence** [1] - 83:3
**deviating** [1] - 82:25
**device** [2] - 258:25, 259:9
**devices** [2] - 256:24, 258:15
**diagnosed** [2] - 8:23, 9:1
**diaspora** [1] - 284:14
**die** [1] - 258:8
**died** [3] - 61:25, 62:1, 158:8
**difference** [3] - 114:12, 129:4, 130:25
**different** [19] - 41:2, 68:8, 85:2, 102:3, 107:22, 116:20, 140:13, 144:21, 144:23, 145:3, 181:8, 183:10, 189:14, 216:4, 251:5, 251:6, 253:25, 254:6, 286:21
**differently** [1] - 41:22
**difficult** [2] - 194:24, 264:9
**digital** [1] - 64:11
**diligencing** [1] - 286:4
**diligently** [2] - 248:8, 248:11
**dinner** [3] - 77:6, 191:25, 267:2
**direct** [9] - 140:10, 140:12, 140:13, 160:18, 165:4, 195:20, 197:15, 217:6, 218:7
**directed** [5] - 137:5, 174:12, 175:22, 218:1, 269:25
**direction** [9] - 22:20, 22:23, 69:9, 69:19, 204:7, 216:21, 216:22, 217:9, 254:3
**directly** [7] - 121:15, 121:17, 157:13, 192:23, 206:16, 235:1, 290:18
**Director** [1] - 186:16
**dis** [1] - 43:20
**disagree** [1] - 142:6
**disagreed** [1] - 149:14
**disagreeing** [1] - 82:25
**disagreement** [1] - 196:23
**disagreements** [2] - 202:18, 202:19
**disbursement** [2] - 227:19,

227:20
**disclose** [2] - 269:16, 273:9
**disclosed** [1] - 99:12
**disclosure** [1] - 71:2
**discover** [2] - 31:10, 132:1
**discovered** [1] - 286:13
**discovery** [11] - 21:15, 21:18, 22:25, 23:4, 23:10, 24:3, 208:20, 211:10, 211:25, 271:24, 273:8
**discretion** [1] - 121:10
**discuss** [7] - 27:13, 31:7, 43:18, 45:7, 45:8, 187:9, 214:15
**discussed** [14] - 31:9, 43:21, 43:25, 44:2, 44:8, 117:16, 182:7, 182:8, 192:12, 192:14, 192:15, 264:24, 266:24
**discussing** [1] - 27:22
**discussion** [4] - 205:16, 205:20, 229:24, 250:9
**discussions** [1] - 44:14
**dishonest** [1] - 109:24
**disinformation** [1] - 178:6
**dismiss** [2] - 36:18, 37:1
**dismissed** [2] - 36:15, 36:16
**dispute** [4] - 230:4, 284:2, 284:9, 285:6
**disputes** [5] - 41:17, 133:25, 136:4, 283:25
**disrespectful** [1] - 57:2
**disrupted** [1] - 258:15
**distinct** [1] - 136:25
**distribution** [1] - 182:19
**District** [2] - 5:14
**Division** [1] - 5:15
**divvied** [3] - 228:7, 231:25, 233:8
**DLA** [15] - 19:19, 26:6, 47:23, 89:24, 90:2, 90:4, 90:7, 99:2, 101:22, 130:11, 132:6, 160:10, 160:24, 292:3
**doc** [3] - 218:19, 237:6, 246:16
**dock** [1] - 163:6
**Docket** [2] - 212:25, 235:13
**docket** [1] - 73:16
**doctor** [1] - 51:25
**Doctor** [1] - 52:4
**doctor's** [1] - 51:4
**document** [7] - 77:23, 78:21, 79:4, 204:10, 204:20, 235:19, 260:19
**documentation** [3] - 110:21, 143:4, 279:15
**documents** [19] - 54:9, 54:10, 55:1, 56:2, 56:21, 58:9, 62:13, 64:2, 65:6, 80:12, 147:15, 238:20, 277:13, 277:15, 277:19, 278:7, 278:16, 278:25, 293:16

**dodgy** [1] - 181:7
**dog** [1] - 43:24
**Dolce** [2] - 50:20, 50:22
**Dolce-Dunson** [1] - 50:22
**dollar** [3] - 18:15, 105:5, 136:5
**dollars** [19] - 44:19, 74:25, 75:11, 82:18, 83:20, 126:24, 134:8, 159:2, 178:13, 197:17, 200:24, 202:12, 219:24, 223:4, 224:21, 227:6, 227:15, 228:24, 244:9
**domestic** [1] - 269:6
**donate** [1] - 110:25
**donated** [1] - 71:3
**donation** [1] - 72:11
**donations** [1] - 75:22
**done** [39] - 48:17, 63:4, 65:12, 68:12, 68:15, 69:1, 69:2, 69:3, 69:5, 69:10, 69:13, 70:20, 73:7, 77:16, 78:6, 88:9, 92:9, 98:24, 99:1, 108:12, 108:15, 118:2, 125:11, 127:13, 129:13, 133:12, 145:10, 148:25, 168:23, 172:3, 196:18, 213:17, 250:19, 269:25, 270:18, 274:18, 284:16, 285:22, 293:24
**doors** [1] - 270:3
**Dorothy** [3] - 73:12, 76:12, 288:12
**double** [2] - 221:7, 226:24
**double-check** [1] - 221:7
**doubt** [2] - 241:9, 241:12
**down** [23] - 39:8, 49:20, 51:14, 66:23, 79:21, 87:22, 90:25, 91:25, 117:25, 119:19, 120:4, 121:6, 127:13, 133:11, 134:4, 198:22, 225:19, 228:5, 259:2, 263:14, 268:16
**downloading** [1] - 278:7
**dozen** [3] - 21:5, 103:12, 181:16
**dozens** [1] - 276:9
**Dr** [8] - 52:3, 52:10, 52:11, 229:19, 237:7, 254:9, 265:18, 266:6
**draft** [1] - 276:10
**drag** [1] - 32:6
**draw** [5] - 117:25, 119:19, 121:5, 121:6, 121:15
**DreamHost** [1] - 68:6
**DREIZ** [1] - 281:4
**Drielsma** [3] - 280:21, 281:2
**Drive** [1] - 9:12
**drive** [3] - 65:4, 66:14, 190:25
**driven** [3] - 65:5, 66:15, 66:25
**driver's** [1] - 66:15
**drives** [2] - 87:23, 88:2
**driving** [1] - 66:19

**drone** [14] - 109:1, 111:2, 111:14, 112:20, 112:21, 113:4, 115:9, 115:10, 115:13, 115:18, 116:19, 159:19, 160:11, 268:10
**drones** [3] - 112:23, 160:7, 267:17
**drop** [1] - 44:5
**drove** [1] - 66:16
**drugs** [5] - 8:13, 74:20, 183:18, 286:22, 286:25
**drunk** [2] - 31:20, 130:20
**drunken** [3] - 92:17, 110:12, 136:3
**druthers** [1] - 171:13
**DUI** [1] - 31:22
**duly** [1] - 6:8
**dump** [1] - 88:5
**Dunlo** [1] - 193:1
**Dunmeier** [1] - 122:15
**Dunmire** [7] - 191:17, 193:1, 193:13, 193:15, 193:16, 195:22, 268:24
**Dunson** [1] - 50:22
**during** [6] - 12:2, 89:19, 170:1, 234:20, 263:8, 288:24
**duty** [2] - 170:19, 265:6

## E

**early** [2] - 51:2, 85:20
**earnest** [1] - 205:7
**easier** [4] - 98:9, 141:10, 206:23, 236:12
**easily** [1] - 104:13
**East** [1] - 261:8
**east** [1] - 57:12
**easy** [1] - 54:25
**eat** [1] - 150:4
**EB** [6] - 39:25, 40:11, 41:24, 42:5, 62:20, 245:1
**ECF** [1] - 281:22
**Ecua** [1] - 186:19
**Ecuadorian** [1] - 186:19
**edited** [2] - 239:7, 239:8
**edits** [1] - 274:20
**educated** [1] - 227:16
**effect** [11] - 7:24, 8:7, 20:19, 90:4, 170:11, 190:25, 203:23, 208:2, 208:4, 227:4, 241:16
**effectively** [1] - 154:12
**effort** [1] - 228:1
**efforts** [2] - 184:3, 188:9
**eight** [2] - 177:2, 192:6
**either** [16] - 30:15, 59:3, 109:2, 127:9, 133:12, 165:17, 177:9, 179:2, 207:12, 219:14, 220:13, 226:6, 232:23, 252:14, 259:18, 292:25
**Ekeland** [4] - 230:4, 230:5,

230:7, 230:12
**Ekeland's** [1] - 230:4
**El** [3] - 55:13, 55:18, 88:5
**elder** [1] - 45:22
**elderly** [1] - 191:18
**elect** [3] - 99:17, 126:3, 292:13
**elected** [10] - 70:1, 107:5, 249:5, 250:15, 274:6, 284:5, 285:5, 286:5, 294:8
**electing** [1] - 37:16
**election** [2] - 48:7, 192:15
**electric** [2] - 107:25, 134:21
**element** [1] - 86:25
**elements** [1] - 85:2
**elevate** [1] - 150:25
**Elon** [12] - 25:6, 90:3, 90:5, 128:1, 283:23, 285:2, 285:12, 285:15, 289:20, 290:14, 292:22, 293:13
**email** [32] - 9:18, 15:1, 32:23, 62:22, 78:5, 79:15, 84:6, 84:25, 85:7, 95:6, 95:7, 112:11, 112:13, 174:14, 207:6, 207:22, 213:4, 213:8, 214:25, 215:8, 216:12, 226:20, 235:20, 236:16, 236:23, 246:12, 247:13, 249:2, 259:19, 271:22, 285:15
**emails** [13] - 78:11, 84:15, 84:22, 110:23, 111:4, 117:15, 117:17, 131:6, 208:1, 208:13, 229:22, 229:23, 246:2
**Emanuel** [1] - 90:3
**embarrassing** [1] - 127:25
**Embassy** [2] - 186:19, 275:11
**embedded** [1] - 216:11
**emergency** [1] - 119:21
**Emmanuel** [1] - 268:20
**emphatic** [1] - 238:10
**emphatically** [1] - 41:9
**employee** [2] - 105:24, 194:15
**employees** [2] - 83:23, 105:22
**Employer** [1] - 71:22
**enabled** [2] - 88:19, 147:11
**encourage** [2] - 181:10, 181:14
**encouraged** [4] - 147:5, 199:11, 265:16, 265:17
**end** [14] - 44:7, 60:7, 61:3, 111:19, 111:20, 130:11, 149:20, 149:25, 172:11, 236:4, 236:19, 243:15, 267:18, 285:24
**ended** [5] - 51:23, 75:3, 80:8, 86:16, 224:21
**ending** [5] - 219:8, 220:5, 222:3, 224:19, 275:19
**ends** [2] - 73:10, 230:20
**enforceable** [1] - 21:11
**enforcement** [8] - 22:7, 183:11,

183:13, 183:15, 183:25, 185:1, 185:2, 273:1
**engage** [2] - 67:3, 209:12
**engaged** [3] - 227:23, 250:25, 256:17
**engagement** [1] - 68:10
**engineers** [1] - 138:14
**enjoyed** [1] - 238:10
**enormously** [1] - 265:25
**enter** [3] - 19:2, 67:3, 213:24
**entered** [4] - 18:15, 203:25, 204:22, 214:7
**entering** [1] - 214:4
**enterprises** [1] - 196:17
**enticing** [1] - 108:1
**entire** [6] - 45:14, 96:14, 206:13, 232:15, 252:5, 258:7
**entirely** [4] - 111:1, 177:10, 203:15, 246:14
**entirety** [4] - 96:21, 237:5, 238:24, 239:2
**entities** [3] - 20:10, 145:15, 186:24
**entitled** [2] - 227:14, 233:3, 233:17
**entity** [6] - 22:22, 137:1, 146:6, 217:11, 217:16, 269:15
**entry** [1] - 73:16
**Entry** [2] - 212:25, 235:13
**envelopes** [2] - 47:5, 47:7
**environment** [1] - 51:18
**Epstein** [3] - 192:12, 274:25, 291:10
**equity** [9] - 41:15, 77:15, 77:17, 77:18, 81:21, 82:11, 82:24, 244:14, 267:25
**Eric** [1] - 85:16
**escapes** [1] - 38:4
**especially** [1] - 160:3
**essence** [1] - 74:15
**essential** [1] - 268:4
**essentially** [1] - 289:3
**estimate** [1] - 269:8
**et** [7] - 5:11, 188:12, 270:9, 282:20, 282:21
**ethics** [1] - 180:23
**evais** [1] - 83:14
**evasion** [1] - 83:16
**evasive** [1] - 83:18
**event** [1] - 97:13
**events** [3] - 145:16, 158:1, 254:24
**eventually** [1] - 154:9
**ex** [30] - 41:11, 42:12, 42:15, 43:14, 43:21, 44:16, 45:22, 46:16, 53:6, 95:21, 96:9, 134:7, 137:13, 138:23, 143:17, 205:1, 206:14, 215:15, 223:6, 223:15, 223:16, 224:1, 224:14,

224:18, 225:12, 226:6, 230:15, 239:20, 241:18, 242:5
**Ex** [14] - 23:18, 54:5, 70:23, 106:3, 114:13, 137:7, 151:6, 158:15, 159:8, 162:7, 163:7, 177:12, 214:9, 245:23
**ex-girlfriend** [1] - 143:17
**ex-wife** [23] - 41:11, 42:12, 43:14, 43:21, 44:16, 46:16, 53:6, 95:21, 96:9, 134:7, 137:13, 138:23, 206:14, 215:15, 223:6, 223:15, 223:16, 224:1, 224:14, 224:18, 225:12, 239:20, 241:18
**ex-wife's** [5] - 42:15, 45:22, 205:1, 230:15, 242:5
**exactly** [4] - 103:3, 138:14, 208:3, 233:11
**EXAMINATION** [1] - 6:9
**examination** [1] - 168:24
**example** [5] - 86:13, 136:1, 136:15, 193:22, 259:17
**exceeds** [1] - 132:13
**excellent** [1] - 264:18
**except** [1] - 246:20
**exception** [2] - 51:21, 204:13
**excerpt** [1] - 212:23, 238:22
**exchange** [3] - 68:1, 172:24, 236:17
**exchanges** [2] - 67:3, 175:24
**excluding** [1] - 293:9
**exclusively** [2] - 14:21, 14:22
**Excuse** [1] - 80:7
**excuse** [8] - 65:1, 90:23, 105:23, 150:6, 182:17, 239:17, 265:16, 271:23
**excused** [1] - 270:23
**execute** [1] - 110:2, 250:15
**executed** [2] - 111:8, 246:6
**executing** [1] - 232:17, 233:24
**execution** [1] - 229:1
**executive** [1] - 249:23
**exercise** [1] - 110:25
**exhausted** [1] - 155:13
**exhibit** [6] - 159:10, 180:11, 212:24, 214:8, 214:14, 217:2
**Exhibit** [30] - 23:16, 28:22, 28:24, 54:8, 54:21, 70:25, 71:20, 78:9, 84:5, 95:3, 95:4, 106:1, 108:6, 114:10, 114:18, 137:17, 137:19, 151:8, 152:4, 158:17, 162:9, 163:11, 177:14, 217:4, 235:12, 237:4, 245:25, 249:8, 255:5, 264:25
**exhibits** [1] - 163:18
**exist** [1] - 121:3
**existence** [1] - 283:1
**exists** [1] - 197:24

**exited** [1] - 179:11
**expect** [2] - 96:13, 142:10
**expectation** [9] - 219:19, 225:11, 225:14, 228:9, 231:16, 231:18, 231:21, 232:4, 232:11
**expected** [8] - 117:18, 225:23, 225:25, 226:1, 226:3, 226:4, 226:7, 251:1
**expenses** [1] - 75:21
**expensive** [1] - 112:24
**experience** [1] - 134:24
**explain** [10] - 123:7, 129:4, 146:4, 159:17, 160:7, 172:4, 194:4, 196:7, 209:4, 280:10
**explained** [2] - 24:14, 130:25
**explicitly** [1] - 16:17
**exposed** [1] - 230:17
**exposing** [1] - 22:14
**exposure** [1] - 42:9
**Express** [1] - 14:9
**extended** [2] - 46:10, 131:16
**extension** [1] - 58:24
**extensively** [2] - 47:18, 116:22
**extent** [5] - 62:21, 63:17, 143:20, 249:24, 253:22
**extract** [1] - 68:24
**extremely** [3] - 51:11, 226:8, 268:11
**eye** [3] - 51:22, 66:14, 66:20
**eyes** [4] - 51:9, 51:11, 51:16, 51:24

# F

**F-type** [1] - 64:25
**face** [2] - 85:4, 286:11
**facetious** [1] - 155:18
**facility** [2] - 55:18, 114:3
**facing** [2] - 188:4, 229:6
**fact** [25] - 7:11, 50:16, 61:10, 87:19, 92:8, 92:9, 94:13, 112:3, 113:22, 144:1, 157:1, 159:5, 182:5, 194:22, 195:12, 210:4, 225:15, 236:23, 243:9, 263:20, 264:3, 272:17, 274:10, 289:16
**factors** [1] - 127:6
**factory** [5] - 55:13, 55:15, 55:17, 55:21, 56:7, 64:21, 137:22
**Fagan** [1] - 102:5
**Failla** [4] - 38:3, 38:12, 38:13, 123:23
**fair** [9] - 50:23, 57:14, 190:23, 234:2, 234:7, 241:13, 243:2, 294:19, 295:13
**Fairfax** [1] - 193:20
**fake** [2] - 132:23, 133:3
**Fake** [1] - 133:1

**fall** [1] - 280:20
**false** [1] - 17:1
**falsely** [1] - 17:10
**Fambro** [1] - 138:5
**fame** [1] - 291:10
**familiar** [10] - 7:16, 8:3, 116:20, 116:21, 153:1, 158:3, 158:21, 175:6, 175:7, 206:2
**families** [2] - 152:24, 192:20
**family** [24] - 45:18, 55:24, 90:1, 96:20, 101:6, 101:14, 101:22, 137:5, 137:13, 137:22, 138:8, 153:3, 160:25, 161:2, 166:15, 172:16, 175:22, 177:9, 196:17, 202:20, 244:3, 245:11, 255:19
**Family** [1] - 152:12
**famous** [2] - 176:7, 176:9
**fan** [5] - 70:2, 87:5, 87:11, 172:15, 176:10
**fantasy** [2] - 275:2, 275:3
**far** [54] - 28:1, 32:1, 35:20, 35:22, 38:25, 39:6, 40:13, 42:13, 45:1, 52:12, 53:1, 57:16, 63:13, 64:13, 67:25, 70:11, 82:14, 83:19, 87:8, 122:12, 147:12, 154:6, 157:22, 158:6, 177:8, 177:10, 182:15, 183:20, 185:8, 185:15, 189:25, 190:18, 191:15, 196:21, 197:3, 206:17, 212:6, 219:6, 220:9, 220:14, 243:8, 245:18, 245:21, 262:22, 264:8, 266:18, 271:10, 272:24, 275:25, 278:3, 278:13, 279:2
**Far** [1] - 255:6
**Fargo** [14] - 53:12, 53:21, 219:8, 220:5, 221:22, 222:3, 222:22, 223:4, 223:17, 224:19, 224:21, 228:23, 233:22
**fashion** [1] - 175:17
**fashioned** [1] - 100:12
**father** [10] - 38:16, 50:15, 54:4, 55:5, 63:2, 143:20, 256:6, 256:15, 275:10, 280:14
**fatter** [1] - 243:11
**favor** [3] - 19:23, 116:12
**favorite** [1] - 78:11
**favors** [1] - 119:10
**faze** [1] - 142:14
**FBI** [29] - 25:5, 25:8, 26:13, 26:24, 27:2, 27:25, 176:14, 263:2, 263:9, 264:17, 273:23, 273:24, 274:3, 274:10, 274:13, 276:18, 276:25, 277:3, 277:5, 277:6, 277:8, 277:13, 277:19, 278:7, 278:24, 279:9, 286:17

fear [1] - 189:22
FEC [1] - 71:2
Federal [3] - 270:24, 271:24, 294:17
federal [80] - 21:23, 22:21, 22:22, 23:2, 23:7, 23:14, 24:2, 24:22, 24:25, 25:6, 26:5, 26:9, 26:19, 27:17, 27:23, 28:6, 28:7, 30:8, 31:11, 31:12, 31:25, 32:2, 36:25, 37:6, 37:25, 38:2, 49:5, 67:7, 90:11, 90:14, 92:19, 94:14, 103:7, 104:13, 112:2, 112:5, 118:8, 119:9, 121:13, 121:19, 122:13, 122:18, 122:20, 124:16, 126:7, 127:25, 129:7, 131:25, 132:2, 144:13, 154:3, 156:14, 163:24, 180:24, 183:2, 183:10, 183:12, 183:14, 183:25, 184:1, 185:1, 185:6, 185:13, 185:18, 187:14, 194:11, 194:15, 211:13, 211:14, 213:16, 218:23, 221:15, 222:8, 226:14, 227:1, 261:15, 273:2, 286:13, 291:21
FedEx [2] - 57:9, 57:13
FedExes [1] - 57:11
feds [5] - 60:16, 60:18, 116:3, 185:8, 190:1
fee [3] - 199:19, 284:10, 285:5
fees [1] - 154:25
few [20] - 15:2, 15:3, 15:16, 44:18, 61:25, 98:15, 102:6, 102:19, 105:6, 132:20, 165:11, 197:16, 198:9, 199:7, 201:2, 239:9, 240:10, 275:12, 287:6
fewer [1] - 212:11
Fi [3] - 88:19, 259:1, 259:10
fiction [2] - 274:23, 275:4
Fieldthorn [2] - 9:12, 12:11
fifteen [1] - 91:20
Fifth [17] - 15:25, 16:13, 16:16, 16:22, 18:20, 19:14, 19:18, 19:22, 19:25, 21:25, 58:13, 90:9, 96:14, 98:25, 142:11, 212:4, 231:3
fight [1] - 286:8
fighting [1] - 189:15
figure [4] - 91:4, 127:15, 210:22, 265:24
file [10] - 15:18, 21:24, 35:21, 54:2, 146:5, 167:15, 211:24, 212:2, 212:5, 282:6
filed [3] - 5:13, 205:4, 242:9
filibuster [1] - 196:7
filing [3] - 129:14, 212:24
fill [1] - 282:2

final [5] - 18:18, 18:19, 18:22, 18:24, 197:20
finally [2] - 82:19, 251:4
finance [1] - 31:10
financed [1] - 201:1
finances [3] - 201:11, 248:12, 295:12
financial [16] - 6:19, 33:12, 38:22, 38:25, 39:24, 44:1, 44:2, 44:14, 44:25, 45:7, 65:14, 146:15, 146:17, 175:14, 193:14, 245:17
financially [3] - 201:7, 201:16, 202:17
financing [1] - 22:15
fine [14] - 59:3, 96:12, 112:18, 113:16, 114:11, 141:19, 151:3, 151:5, 195:5, 230:10, 243:17, 246:9, 249:7, 252:14
finish [5] - 8:16, 108:13, 109:12, 195:4, 211:4
finished [4] - 231:6, 232:1, 274:19, 274:20
fired [2] - 164:16, 178:9
firm [5] - 62:8, 90:3, 90:4, 90:5, 283:18
firms [2] - 273:16, 279:23
first [27] - 38:19, 48:3, 51:14, 69:4, 70:3, 87:5, 89:25, 103:9, 114:6, 130:17, 172:20, 172:22, 203:5, 203:24, 204:9, 204:19, 205:13, 205:23, 217:24, 221:2, 236:6, 236:16, 247:11, 247:16, 247:21, 253:18, 263:3
First [6] - 7:13, 53:20, 102:18, 102:23, 200:17, 274:3
Fit [1] - 86:7
fit [1] - 149:16
five [17] - 31:4, 42:24, 102:11, 140:1, 140:23, 167:5, 167:6, 193:16, 193:17, 200:25, 245:16, 257:16, 262:5, 262:11, 262:13, 275:14, 283:24
fixed [3] - 9:5, 9:6, 9:7
flat [2] - 66:1, 98:16
Flatley [1] - 100:1
flatly [1] - 123:19
Fletcher [2] - 122:10, 122:12
flew [2] - 48:7, 50:7
flight [6] - 48:12, 48:15, 150:5, 215:23, 215:24, 216:1
flights [2] - 48:16, 49:15
floating [2] - 77:22, 110:23
fluctuations [1] - 135:23
fluently [1] - 268:7
fly [6] - 47:24, 50:6, 150:4, 150:13, 153:22, 153:24
focus [1] - 246:12

focused [2] - 134:14, 243:5
follow [4] - 19:18, 141:6, 141:7, 271:3
follow-up [1] - 19:18
followed [2] - 278:13, 285:18
followers [1] - 275:22
following [3] - 220:3, 270:7, 292:21
follows [1] - 6:8
food [5] - 150:4, 193:19, 195:16, 253:2
foods [1] - 74:20
footage [1] - 32:9
force [3] - 7:24, 8:7, 288:20
Force [3] - 41:14, 62:21, 63:1
foreign [5] - 130:7, 262:9, 269:10, 290:10, 293:1
foreign-born [1] - 130:7
forensics [1] - 250:12
forever [1] - 154:16
forget [6] - 31:2, 50:20, 105:24, 141:4, 290:18, 290:21
forgiven [1] - 212:20
form [8] - 26:6, 31:9, 126:12, 130:7, 175:17, 198:1, 226:4, 250:13
formed [1] - 287:13
former [2] - 27:24, 100:1
forming [2] - 208:6, 288:22
forms [1] - 102:3
Fort [5] - 5:14, 39:13, 50:3, 51:12, 150:3
forth [3] - 96:5, 226:25, 230:13
fortunately [1] - 51:12
forward [2] - 107:9, 113:17
forwarded [2] - 54:14, 266:13
forwarding [2] - 9:13, 9:14
Foundation [5] - 53:20, 102:18, 102:23, 200:17, 268:8
founded [1] - 254:1
founder [1] - 253:14
founders [1] - 75:19
four [21] - 7:5, 15:9, 15:14, 15:19, 31:4, 42:24, 66:17, 103:13, 105:21, 140:1, 141:13, 144:16, 145:2, 186:20, 186:21, 191:22, 193:16, 196:6, 206:20, 242:6, 242:10
four-hour [2] - 186:20, 186:21
fourth [1] - 114:25
frame [4] - 174:21, 179:23, 201:4, 261:24
frameworks [1] - 179:19
France [5] - 143:19, 154:23, 155:2, 268:1, 268:18
Francisco [1] - 7:7
frankly [1] - 156:1, 180:3, 181:18, 238:10, 284:16

fraud [2] - 110:13, 136:3
freaked [1] - 286:13
free [3] - 142:7, 273:25
Freedom [1] - 286:7
French [12] - 155:2, 163:12, 166:10, 166:14, 268:2, 268:3, 268:6, 268:8, 268:12, 275:11, 291:1, 291:2
French-American [1] - 268:8
Friday [2] - 93:24, 237:1
fried [3] - 86:21, 87:24, 257:24
friend [13] - 52:5, 76:1, 85:13, 102:3, 109:3, 116:23, 152:6, 152:13, 157:24, 181:13, 209:7, 275:11
friendly [7] - 155:2, 157:22, 157:23, 181:12, 196:11, 266:25, 268:7
friends [11] - 102:2, 113:20, 135:2, 137:6, 162:24, 172:17, 175:22, 188:2, 188:12, 196:10, 202:21
frivolous [2] - 22:16, 292:6
front [7] - 133:7, 229:23, 235:16, 235:17, 284:12, 290:6
fruit [1] - 64:23
frustrating [1] - 265:25
FTX [2] - 173:16, 174:9
full [17] - 6:15, 33:25, 38:13, 61:16, 61:18, 95:20, 156:24, 164:9, 165:20, 166:9, 168:16, 174:24, 243:24, 243:25, 270:5, 270:23, 273:5
fully [6] - 21:11, 32:3, 40:16, 41:19, 225:23, 265:15
fun [3] - 274:17, 275:20, 291:21
fund [6] - 125:8, 154:15, 192:25, 259:23, 260:10, 260:13
fundamentally [1] - 282:14
funded [4] - 41:19, 63:2, 124:14, 268:17
funders [1] - 171:18
funding [9] - 30:8, 30:10, 81:9, 289:21, 290:14, 292:2, 292:25, 293:14, 294:6
funds [12] - 182:18, 200:10, 219:5, 219:14, 225:13, 235:1, 237:23, 245:6, 259:20, 261:5, 267:13, 269:11
funeral [4] - 31:1, 31:3, 143:16, 266:23
funerals [1] - 143:21
funny [2] - 149:21, 158:25
future [5] - 140:20, 150:3, 154:9, 160:6, 250:4

# G

**Ga** [1] - 197:6
**Gabi** [1] - 50:20
**galley** [1] - 276:6
**game** [2] - 294:19, 295:13
**Gary** [4] - 196:7, 196:16, 196:19, 197:1
**gas** [1] - 256:13
**Gator** [33] - 30:20, 30:24, 31:7, 31:12, 135:7, 135:17, 138:2, 139:15, 140:16, 141:10, 142:17, 143:3, 143:6, 143:9, 143:13, 145:4, 145:13, 148:3, 161:13, 161:14, 161:17, 163:3, 164:7, 193:12, 193:13, 195:6, 195:9, 266:15, 266:19, 267:6, 280:18, 293:15
**Gator's** [2] - 161:13, 165:13
**Gavin** [1] - 288:12
**Gawker** [15] - 197:12, 197:13, 197:14, 197:24, 198:7, 198:22, 199:1, 199:4, 199:8, 199:11, 199:12, 199:25, 200:19, 200:23, 201:23
**Gaza** [1] - 196:23
**gazelle** [1] - 228:5
**gears** [1] - 256:23
**gemini** [1] - 173:12
**Gemini** [6] - 87:7, 87:9, 87:15, 87:17, 87:21, 174:8
**gen** [1] - 17:16
**general** [12] - 51:9, 51:14, 97:25, 103:25, 138:4, 172:15, 176:6, 183:24, 192:17, 207:5, 228:8, 270:1
**generalized** [1] - 17:11
**Generally** [1] - 190:23
**generally** [15] - 17:15, 18:6, 18:10, 18:11, 57:9, 76:7, 113:11, 135:4, 144:20, 184:1, 197:7, 205:17, 229:11, 233:10, 261:5
**generations** [1] - 256:9
**generous** [1] - 48:14
**genetic** [1] - 99:9
**geneticist** [1] - 243:13
**genocide** [1] - 196:23
**Genome** [1] - 74:17
**Genome-Wide** [1] - 74:17
**Genomic** [1] - 104:7
**genomic** [3] - 74:12, 250:10, 251:1
**genomics** [10] - 100:18, 127:8, 228:10, 250:20, 250:25, 252:5, 252:17, 252:23, 253:1, 259:18
**gentleman** [4] - 191:18, 192:15, 192:18, 196:11
**genuinely** [1] - 16:5

**George** [2] - 62:3, 275:15
**Gerbetany** [1] - 52:2
**German** [2] - 116:24
**germane** [2] - 211:7, 213:14
**gift** [2] - 44:22, 145:14
**Gigafund** [10] - 95:25, 283:17, 284:11, 284:12, 285:23, 286:4, 286:5, 287:5
**girlfriend** [7] - 138:22, 138:23, 143:17, 241:21, 241:22, 242:1, 266:25
**girlfriends** [1] - 172:17
**gist** [2] - 239:7, 239:11
**given** [18] - 6:22, 13:17, 44:21, 44:22, 86:23, 92:17, 110:20, 149:7, 152:8, 176:2, 218:13, 222:7, 225:16, 230:11, 284:21, 284:23, 295:19
**God** [3] - 6:2, 256:21, 280:19
**gonna** [14] - 24:21, 58:16, 59:3, 60:20, 83:17, 89:22, 91:10, 91:15, 91:21, 100:10, 123:21, 185:7, 233:11, 263:15
**good-natured** [1] - 181:21
**gotta** [5] - 158:25, 161:17, 283:19, 294:13
**gov** [1] - 158:18
**government** [135] - 23:2, 23:7, 23:14, 24:22, 25:1, 26:5, 26:7, 26:9, 27:17, 27:23, 31:11, 31:13, 31:16, 32:1, 32:2, 36:25, 37:6, 49:5, 104:13, 112:2, 112:5, 113:7, 117:24, 118:5, 118:6, 118:7, 118:8, 118:10, 119:1, 119:8, 119:9, 119:20, 119:25, 120:1, 120:7, 120:19, 120:23, 120:24, 121:2, 121:13, 121:16, 121:19, 122:14, 122:18, 122:20, 124:12, 124:14, 124:15, 124:17, 124:21, 125:4, 125:7, 125:16, 127:25, 129:8, 131:25, 132:2, 144:9, 144:13, 148:10, 154:1, 154:13, 155:22, 156:2, 156:4, 156:8, 156:15, 156:21, 157:8, 157:14, 157:16, 158:6, 158:11, 158:13, 160:11, 160:19, 161:22, 179:12, 179:25, 182:21, 184:1, 185:6, 185:13, 186:22, 186:24, 187:12, 187:21, 187:25, 189:14, 194:12, 195:14, 210:7, 213:16, 218:23, 221:15, 222:8, 226:14, 227:2, 233:2, 235:3, 243:4, 244:9, 261:15, 262:3, 264:5, 264:11, 264:14, 264:23, 265:1, 265:11, 265:14, 266:1, 269:10, 269:15, 270:16,

270:20, 270:21, 271:21, 272:9, 273:7, 274:8, 274:11, 278:11, 281:24, 290:7, 290:10, 290:11, 291:16, 292:8, 292:20, 293:1, 293:10, 293:13, 295:12
**government's** [3] - 28:7, 156:12, 156:18
**governmental** [1] - 194:15
**governments** [6] - 154:15, 154:22, 154:24, 158:19, 269:10, 293:1
**governor** [3] - 181:11, 181:14, 181:15
**governor's** [1] - 182:9
**GPU** [1] - 69:1
**grand** [18] - 70:8, 72:18, 72:21, 76:20, 83:25, 98:14, 98:15, 102:5, 102:8, 111:13, 134:11, 193:16, 221:8, 253:12, 285:8
**grandmother** [2] - 255:20, 255:22
**grandmother's** [1] - 218:6
**grandparents** [2] - 119:25, 120:1
**grant** [2] - 58:25, 210:5
**grateful** [1] - 112:17
**graveyard** [1] - 142:12
**gravy** [1] - 244:19
**great** [11] - 105:9, 130:18, 149:23, 150:23, 163:2, 181:15, 248:13, 261:4, 261:20, 284:19, 289:15
**Great** [2] - 177:19, 177:21
**Greenwill** [24] - 30:20, 30:25, 31:12, 31:25, 135:7, 135:17, 138:2, 139:15, 140:7, 142:18, 143:3, 143:13, 143:24, 145:13, 147:8, 164:7, 165:25, 192:25, 266:15, 266:20, 267:6, 280:18, 293:15
**Greenwill's** [2] - 143:6, 143:10
**grew** [2] - 180:22, 268:6
**ground** [2] - 7:15, 16:3
**group** [5] - 186:25, 187:4, 187:5, 187:8, 267:14
**Group** [1] - 199:14
**growing** [2] - 185:3, 185:8
**grows** [1] - 105:9
**guarantee** [2] - 195:15, 259:23
**guaranteed** [1] - 240:18
**guess** [28] - 15:12, 48:6, 48:8, 49:21, 50:1, 67:5, 103:4, 119:7, 129:5, 130:5, 130:9, 131:1, 141:12, 141:21, 150:15, 156:18, 158:9, 170:22, 170:24, 193:10, 223:12, 223:22, 227:16, 235:4, 265:8, 281:16, 290:1, 291:8

**guest** [1] - 157:25
**guilty** [1] - 281:12
**Gurel** [1] - 102:4
**Gurral** [2] - 152:11, 152:12
**guy** [15] - 95:25, 103:19, 117:3, 152:25, 153:4, 162:6, 176:3, 188:21, 192:18, 196:15, 202:20, 258:19, 284:8
**guys** [7] - 43:20, 158:7, 168:3, 242:3, 244:12, 244:21, 286:6

# H

**hacked** [6] - 78:18, 79:7, 84:10, 84:16, 146:14, 146:15
**hackers** [1] - 84:11
**Hal** [14] - 110:12, 130:8, 130:20, 133:25, 197:2, 197:6, 225:22, 228:25, 231:2, 231:9, 232:16, 233:2, 233:17, 233:23
**half** [6] - 21:5, 32:19, 41:15, 124:12, 133:24
**Hallowell's** [2] - 143:18, 266:23
**hand** [8] - 5:22, 136:12, 158:17, 159:10, 205:10, 209:11, 212:23, 252:22
**handed** [1] - 28:21
**handing** [4] - 54:7, 70:25, 114:17, 162:9
**handle** [11] - 14:18, 14:19, 53:24, 61:18, 122:24, 123:13, 123:14, 123:16, 163:10, 163:12, 165:25
**handled** [3] - 166:1, 200:17, 201:13
**handler** [2] - 25:8, 264:20
**handler's** [1] - 167:23
**handler/contacts** [1] - 290:12
**handlers** [9] - 144:3, 144:4, 258:24, 262:3, 270:16, 271:1, 279:20, 280:3, 281:24
**handles** [6] - 40:2, 144:7, 163:5, 166:10, 201:10, 287:23
**handshake** [1] - 202:14
**handwritten** [1] - 77:19
**hanging** [1] - 64:23
**Hankes** [2] - 280:21, 281:2
**HANKES** [1] - 281:4
**Hankes-Drielsma** [2] - 280:21, 281:2
**happy** [41] - 22:2, 29:2, 29:6, 45:17, 45:24, 46:2, 52:24, 57:20, 61:6, 66:2, 82:20, 113:14, 126:8, 142:16, 142:17, 172:11, 181:19, 211:9, 215:4, 215:6, 241:20, 241:22, 243:15, 243:16, 244:19, 244:21, 244:23, 248:12, 248:19, 251:4,

252:13, 253:9, 260:25, 271:5, 275:19, 284:17, 285:25, 286:16, 291:20
**Hapsari** [1] - 42:16
**harass** [2] - 90:17, 127:23
**harassed** [1] - 292:5
**harassing** [2] - 132:1, 189:1
**harassment** [1] - 129:23
**hard** [14] - 49:24, 56:20, 56:22, 57:14, 87:23, 88:2, 107:18, 118:24, 135:16, 190:22, 190:24, 225:24, 252:2, 259:8
**hardware** [3] - 190:12, 190:14, 190:18
**harmed** [1] - 180:7
**harvest** [1] - 108:14
**harvested** [1] - 105:10
**head** [8] - 98:11, 134:18, 139:21, 143:7, 173:5, 174:6, 174:22, 287:20
**heading** [1] - 35:4
**headquarters** [2] - 146:19, 286:17
**health** [5] - 43:23, 45:19, 192:10, 193:21, 288:17
**healthiest** [1] - 193:23
**heard** [6] - 48:19, 96:9, 143:14, 173:24, 230:18, 281:13
**Heather** [1] - 237:22
**heavens** [1] - 280:24
**heavily** [1] - 113:5
**held** [7] - 33:14, 36:8, 64:11, 85:22, 85:23, 85:24, 86:1
**help** [13] - 6:2, 77:6, 77:12, 77:14, 107:11, 115:18, 115:22, 118:16, 132:10, 164:23, 187:2, 230:1, 251:3
**helped** [2] - 113:19, 218:23, 254:3
**helpful** [2] - 280:13, 280:14
**helping** [3] - 22:7, 113:23, 187:3
**Hendrick** [1] - 90:24
**high** [2] - 245:16, 256:13
**high-five** [1] - 245:16
**higher** [2] - 24:15, 181:19
**highlight** [2] - 130:19, 150:24
**highlighted** [1] - 162:22
**highlighting** [3] - 246:21, 246:24, 246:25
**highly** [1] - 107:14
**hilarious** [1] - 31:21
**himself** [3] - 189:6, 286:3, 286:4
**hiring** [1] - 254:5
**historical** [1] - 274:23
**historically** [1] - 20:20
**history** [1] - 31:23
**hmm** [54] - 28:23, 32:14, 32:25, 34:11, 38:20, 40:17, 52:15,

54:24, 69:7, 79:13, 79:23, 82:6, 90:22, 95:5, 95:11, 102:24, 106:6, 115:1, 118:4, 126:11, 126:16, 129:3, 133:9, 134:20, 137:24, 140:4, 141:15, 142:25, 152:17, 157:9, 159:11, 159:16, 180:13, 202:25, 203:18, 206:23, 206:25, 208:22, 214:18, 220:1, 237:21, 247:4, 248:4, 251:17, 255:10, 267:12, 270:10, 270:12, 276:14, 285:9, 288:15
**Hoan** [1] - 44:3
**Hold** [1] - 64:15
**hold** [43] - 29:8, 34:4, 37:9, 63:7, 64:15, 67:9, 67:17, 67:19, 74:24, 75:8, 78:24, 109:10, 111:25, 114:17, 129:1, 133:17, 134:16, 136:25, 142:24, 178:5, 187:16, 187:18, 198:17, 208:5, 208:8, 209:3, 210:12, 210:25, 211:2, 211:19, 213:4, 217:2, 295:7
**holdings** [2] - 190:12, 191:8
**home** [13] - 44:11, 48:8, 101:14, 120:23, 164:22, 193:20, 239:21, 241:19, 241:20, 263:19, 263:20, 284:18, 294:9
**homework** [1] - 92:10
**hon** [1] - 248:16
**Honda** [1] - 86:7
**honest** [6] - 58:17, 82:16, 109:22, 109:23, 120:10, 120:12, 139:7, 139:8, 153:21, 161:19, 181:7, 197:18, 247:25, 248:17, 289:15, 291:22
**Hong** [1] - 179:20
**honoring** [1] - 193:4
**hope** [2] - 243:9, 243:10
**host** [3] - 284:19, 286:16, 295:20
**hosts** [1] - 193:4
**hot** [1] - 263:18
**hotel** [9] - 12:1, 12:7, 12:9, 14:1, 14:2, 14:4, 215:25, 234:23, 235:8
**hotels** [2] - 11:19, 12:2, 154:10
**hour** [12] - 32:18, 32:19, 32:21, 90:21, 91:8, 91:18, 91:20, 167:25, 168:14, 182:14, 186:20, 186:21
**hourly** [1] - 157:1
**hours** [5] - 32:13, 32:15, 32:17, 90:11, 168:16
**House** [1] - 189:17
**house** [7] - 77:24, 105:13,

119:23, 124:13, 125:9, 242:5, 242:8
**houses** [1] - 11:19
**Houston** [7] - 50:7, 50:16, 51:18, 51:21, 51:23, 52:8, 52:9
**how'd** [3] - 14:6, 75:9, 147:20
**Hsu** [1] - 81:9
**Huffington** [1] - 197:25
**huge** [2] - 112:24, 136:2
**human** [6] - 264:2, 276:8, 277:10, 277:22, 278:19, 278:25, 279:7, 279:8
**hundred** [17] - 15:2, 15:3, 30:4, 76:20, 81:10, 83:8, 102:5, 105:5, 105:6, 111:12, 120:9, 129:6, 136:4, 151:22, 172:7, 245:4, 260:12
**hundreds** [2] - 44:19, 75:10
**hurricane** [3] - 159:14, 160:1, 160:8
**hurricanes** [1] - 160:5
**Hurrigation** [1] - 159:23
**hurry** [2] - 241:23, 243:7
**hurt** [1] - 51:12
**hyphenated** [1] - 50:21
**hypothetical** [1] - 223:23

# I

**I-L-L-U-M-I-N-A** [1] - 99:24
**ice** [1] - 203:13
**idea** [10] - 13:6, 15:8, 129:16, 135:13, 174:2, 182:2, 182:5, 266:17, 281:8, 288:19
**identif** [1] - 195:23
**identified** [1] - 270:11
**identify** [32] - 40:15, 104:3, 104:21, 111:22, 112:5, 117:11, 117:14, 121:21, 123:20, 125:20, 149:4, 149:9, 149:10, 149:18, 157:4, 184:22, 188:11, 190:12, 195:1, 195:18, 195:19, 195:24, 196:4, 220:15, 235:7, 267:9, 270:7, 272:14, 292:10, 293:5, 293:6
**Identify** [1] - 34:12
**identifying** [2] - 118:17, 291:14
**identity** [2] - 174:25
**ideology** [1] - 159:7
**Igor** [1] - 49:3
**IHG** [1] - 154:9
**ill** [2] - 192:10, 284:7
**illegal** [5] - 92:18, 129:11, 130:9, 184:4, 252:5
**illegality** [1] - 180:24
**illegally** [1] - 278:7
**illiquid** [3] - 45:17, 104:2, 104:10

**Illumina** [2] - 99:22, 100:2
**image** [1] - 88:17
**images** [1] - 10:10
**immaterial** [3] - 232:3, 272:25, 273:4
**immediately** [3] - 86:24, 118:25, 242:4
**immunity** [3] - 185:11, 263:21, 276:23
**implied** [1] - 116:19
**importance** [1] - 273:19
**important** [8] - 78:21, 100:20, 130:3, 180:9, 211:3, 263:4, 263:8
**in-person** [2] - 46:14, 46:15
**inacc** [1] - 237:11
**inaccurate** [2] - 85:3, 124:11
**Inc** [1] - 73:21
**incapable** [1] - 9:2
**incident** [3] - 83:15, 86:20, 242:14
**incidental** [1] - 200:20
**incidentals** [1] - 44:21
**inclined** [1] - 143:9
**include** [3] - 132:15, 132:16, 287:4
**included** [1] - 227:20
**including** [1] - 269:10
**income** [2] - 100:6, 100:7
**incorporated** [1] - 147:17
**incorrect** [2] - 124:3, 178:3
**incorrectly** [1] - 86:16
**increasingly** [1] - 255:21
**incriminate** [1] - 16:14
**ind** [1] - 227:1
**independently** [1] - 46:4
**Indian** [2] - 192:15, 269:5
**indicate** [1] - 272:22
**indicative** [1] - 108:12
**indicted** [1] - 278:6
**indirect** [4] - 160:18, 195:20, 197:15, 217:7
**indirectly** [3] - 157:13, 192:23, 235:1
**individual** [1] - 227:1
**individuals** [4] - 121:19, 123:20, 157:15, 292:24
**Indonesia** [3] - 43:3, 107:8, 107:10
**industry** [3] - 113:5, 180:23, 252:5
**inelegant** [1] - 132:21
**infinite** [2] - 154:11, 154:12
**info** [1] - 147:21
**infor** [3] - 147:21, 174:25, 290:16
**inform** [1] - 249:5
**informant** [12] - 25:5, 26:13, 185:19, 186:9, 187:20,

194:12, 264:2, 264:7, 273:25, 274:5, 278:9, 286:13
**Information** [1] - 278:10
**information** [44] - 16:6, 24:15, 24:20, 25:9, 25:17, 25:20, 28:9, 29:22, 29:23, 29:24, 30:1, 30:4, 33:9, 33:10, 33:18, 34:21, 34:23, 41:4, 41:23, 42:2, 59:5, 61:3, 61:22, 61:24, 63:18, 103:4, 147:19, 149:11, 185:2, 188:25, 209:9, 215:7, 218:14, 221:1, 221:9, 221:10, 221:12, 221:21, 222:6, 226:17, 230:11, 252:6, 261:1, 276:24
**informed** [4] - 179:25, 241:18, 250:24, 290:3
**initiates** [1] - 123:15
**ink** [2] - 56:14, 56:25
**innovation** [1] - 139:12
**input** [1] - 183:14
**insiders** [2] - 140:14, 140:15
**insignificant** [1] - 72:5
**insofar** [2] - 113:1, 129:18
**instead** [1] - 211:11
**institution** [3] - 33:13, 39:1, 146:24
**institutions** [3] - 38:22, 39:25
**instr** [1] - 272:1
**instruct** [8] - 10:17, 25:20, 62:23, 218:24, 258:24, 259:7, 272:19, 272:20
**instructed** [19] - 36:19, 92:24, 94:5, 152:21, 220:24, 221:3, 227:11, 229:25, 232:12, 258:21, 261:12, 261:14, 265:23, 266:12, 269:16, 270:5, 271:1, 279:20, 282:8
**instructing** [1] - 229:19
**instructions** [3] - 167:17, 265:6, 270:15
**intelligence** [2] - 176:16, 179:21
**Intelligence** [2] - 188:22, 189:1
**intend** [7] - 61:1, 61:2, 89:24, 90:6, 90:13, 168:16, 168:24
**intended** [3] - 21:20, 240:3, 245:4
**intending** [2] - 140:17, 247:7
**intends** [1] - 294:10
**intent** [3] - 229:16, 229:17, 231:1
**intention** [8] - 19:10, 19:11, 19:12, 116:13, 121:25, 128:20, 223:12, 223:14
**intentionally** [1] - 172:19
**intents** [1] - 231:7
**interacted** [1] - 42:23
**interactions** [2] - 193:14, 221:9
**interest** [26] - 62:23, 90:1,

95:23, 100:18, 101:6, 101:12, 101:14, 101:24, 104:7, 104:22, 105:16, 119:24, 132:8, 136:22, 141:21, 165:7, 209:9, 213:16, 225:5, 228:11, 228:12, 230:7, 245:11, 253:6, 253:11, 267:25
**interested** [18] - 103:25, 104:8, 111:10, 111:12, 111:13, 113:8, 114:4, 127:7, 127:18, 179:18, 179:22, 182:25, 187:1, 187:5, 187:6, 250:11, 250:13, 276:2
**interesting** [12] - 73:9, 111:15, 112:25, 113:1, 160:2, 161:25, 183:1, 252:18, 255:1, 255:3, 269:25, 291:11
**interestingly** [1] - 287:3
**interests** [4] - 100:20, 105:1, 105:18, 108:4
**International** [1] - 53:12
**interpret** [1] - 212:19
**interrog** [1] - 52:20
**interrogatories** [6] - 23:22, 29:1, 33:10, 34:5, 40:16, 52:14
**interrogatory** [6] - 34:2, 34:12, 38:14, 52:20, 52:22, 53:25
**intervene** [1] - 273:1
**intimidate** [3] - 21:22, 22:16, 29:20
**introduced** [3] - 182:6, 263:10, 284:4
**introduction** [1] - 193:13
**inv** [1] - 17:24
**invasive** [3] - 59:14, 60:17, 84:14
**invented** [1] - 256:11
**invest** [19] - 69:9, 76:23, 82:7, 104:17, 106:20, 107:11, 111:18, 135:6, 137:4, 137:6, 152:21, 161:4, 201:2, 201:24, 202:7, 267:5, 284:25, 286:9, 287:9
**invested** [22] - 75:1, 75:23, 76:1, 76:24, 79:24, 82:4, 85:12, 109:9, 132:16, 133:12, 139:17, 139:22, 143:24, 152:9, 152:16, 159:20, 192:23, 284:11, 284:23, 284:25, 285:7, 289:18
**investigate** [1] - 141:21
**investigated** [3] - 60:16, 60:18, 187:24
**investigating** [3] - 185:14, 290:9, 292:1
**investigation** [10] - 25:6, 30:9, 49:3, 141:22, 142:3, 206:21, 211:13, 211:15, 273:11, 274:11

**investigations** [2] - 263:12, 263:13
**investing** [10] - 103:22, 106:24, 107:19, 108:13, 109:1, 111:3, 111:20, 132:23, 178:20, 196:16
**investment** [34] - 6:19, 76:23, 77:3, 80:5, 83:13, 85:18, 104:14, 104:16, 104:18, 105:9, 107:5, 108:13, 108:15, 136:16, 138:13, 140:17, 140:24, 141:14, 142:21, 143:2, 144:16, 144:20, 152:18, 159:14, 161:14, 164:3, 165:3, 165:24, 166:6, 195:2, 195:20, 202:11, 281:6, 286:3
**investments** [19] - 17:17, 17:20, 17:24, 68:9, 76:4, 83:21, 87:6, 105:15, 106:14, 106:19, 106:24, 108:10, 141:5, 143:21, 153:6, 160:15, 160:17, 164:4, 251:2
**investor** [9] - 76:16, 81:17, 96:2, 110:11, 139:9, 163:20, 163:21, 287:17, 287:18
**investors** [8] - 73:13, 76:11, 76:12, 144:21, 144:23, 145:3, 287:16, 289:1
**investors'** [1] - 136:18
**invited** [2] - 254:24, 275:21
**inviting** [1] - 280:13
**invoke** [3] - 15:25, 16:13, 16:16
**invoked** [1] - 278:11
**involve** [4] - 26:16, 28:12, 292:18, 292:19
**involved** [46] - 25:5, 28:1, 42:1, 42:7, 49:2, 68:4, 69:10, 69:21, 69:22, 69:23, 110:7, 117:3, 129:24, 144:12, 148:12, 166:16, 176:12, 179:5, 179:6, 181:6, 181:19, 183:8, 184:17, 185:3, 185:10, 195:2, 218:20, 222:7, 222:25, 228:10, 252:25, 253:2, 254:4, 254:22, 255:20, 260:6, 266:4, 266:18, 278:23, 281:12, 281:14, 281:16, 282:21, 282:25
**involvement** [16] - 181:8, 183:20, 189:23, 218:16, 218:18, 218:20, 219:17, 223:2, 249:25, 250:16, 253:16, 253:19, 253:24, 254:20, 256:15, 256:16
**involving** [8] - 23:6, 27:24, 40:25, 67:20, 84:15, 195:20, 195:22, 252:17
**IP** [6] - 74:8, 74:10, 74:11, 99:16, 251:7, 251:18

**IPO** [2] - 140:8, 140:9
**ironclad** [2] - 67:16, 67:24
**issue** [8] - 8:18, 56:24, 66:2, 67:7, 95:24, 172:5, 248:15, 294:19
**issued** [1] - 281:17
**issues** [3] - 66:14, 229:6, 244:23
**it'll** [2] - 94:24, 177:20
**ital** [1] - 238:3
**Italian** [1] - 162:6
**Italy** [1] - 162:5
**items** [2] - 75:24, 76:5
**iteration** [1] - 270:6
**iterations** [1] - 275:17
**itinerary** [1] - 51:20
**itself** [6] - 21:21, 73:8, 233:19, 257:24, 274:10, 288:23

# J

**Jaguar** [3] - 64:25, 67:1, 98:16
**jail** [21] - 122:1, 122:4, 130:16, 149:18, 149:20, 149:23, 149:25, 151:3, 185:25, 186:10, 186:14, 187:13, 188:4, 189:5, 189:7, 189:22, 190:10, 262:17, 262:25, 263:16
**James** [1] - 188:21
**January** [1] - 39:5
**Jay** [1] - 100:1
**Jeffrey** [1] - 274:24
**Jesus** [1] - 287:7
**Jewish** [1] - 196:15
**Jim** [2] - 287:7
**job** [5] - 89:25, 98:20, 166:5, 245:16, 250:2
**Joe** [3] - 162:3, 164:6
**jogs** [1] - 163:9
**Johannes** [2] - 116:23, 117:3
**John** [10] - 102:5, 113:2, 164:6, 164:10, 164:13, 195:7, 280:13, 281:15, 293:19, 293:24
**Johnathan** [9] - 241:5, 263:10, 263:11, 264:20, 276:11, 276:17, 277:13, 277:21, 278:6
**Johns** [1] - 164:21
**Johnson** [42] - 5:10, 5:12, 6:11, 6:14, 6:16, 8:14, 10:12, 12:23, 33:14, 35:10, 40:15, 41:21, 59:1, 60:12, 63:15, 69:6, 79:5, 79:14, 82:1, 89:15, 91:5, 106:7, 125:1, 147:3, 164:2, 164:21, 168:16, 168:17, 169:6, 169:20, 169:22, 204:16, 229:3, 229:7, 230:25, 234:18, 236:23,

246:11, 283:10, 292:18, 294:14, 295:11
**JOHNSON** [1] - 6:7
**JohnsonThought** [3] - 151:14, 152:2, 152:6
**JohnsonThought1** [1] - 151:15
**joining** [1] - 260:16
**joint** [1] - 182:6
**joke** [7] - 17:21, 84:3, 158:25, 159:1, 159:4, 258:13
**jokes** [2] - 17:14, 18:3
**joking** [2] - 259:21, 263:11
**Jonathan** [2] - 27:25, 76:19
**Jones** [2] - 68:4, 68:5
**Josh** [2] - 68:4, 68:5
**Journal** [1] - 290:17
**journalist** [3] - 291:5, 291:19, 293:11
**journalistic** [1] - 293:2
**journalists** [13] - 188:24, 189:3, 189:19, 290:9, 290:16, 290:22, 291:3, 291:7, 291:10, 292:1, 292:16, 292:19, 293:12
**Juan** [1] - 263:19
**judge** [13] - 36:3, 36:13, 37:17, 38:1, 40:4, 61:5, 93:2, 93:6, 93:25, 94:5, 149:16, 248:1, 273:2
**Judge** [49] - 8:8, 19:1, 21:10, 24:1, 24:8, 24:10, 24:13, 24:23, 38:3, 38:8, 38:11, 38:12, 40:15, 41:6, 41:8, 51:2, 54:8, 55:6, 59:21, 94:1, 123:23, 142:6, 149:13, 150:2, 160:21, 185:22, 238:16, 239:5, 239:19, 240:4, 240:21, 241:2, 246:3, 247:5, 247:17, 247:18, 248:17, 248:22, 249:2, 261:17, 270:21, 271:4, 271:22, 271:25, 272:9, 272:23, 281:17, 294:20, 295:17
**judges** [2] - 38:2, 38:5
**judgment** [19] - 18:15, 18:18, 18:19, 18:22, 18:24, 19:2, 20:21, 21:14, 23:22, 54:21, 61:4, 65:21, 90:8, 215:13, 225:17, 225:22, 229:2, 289:10, 289:12
**judgment's** [3] - 21:11, 130:10, 227:13
**juice** [1] - 48:3
**Julian** [3] - 186:4, 186:16, 262:18
**Julie** [1] - 164:14
**July** [3] - 46:11, 50:7, 51:21
**Jurvetson** [1] - 48:25
**Justice** [1] - 38:9
**JX** [2] - 217:11

**JXZ** [16] - 216:13, 216:16, 216:21, 217:1, 217:7, 217:10, 217:15, 217:20, 218:3, 218:7, 218:10, 220:4, 221:21, 221:25, 228:23, 233:22

# K

**K-U-K-R-A-L** [2] - 48:21, 48:22
**KawRuh** [2] - 62:21, 245:2
**Kazan** [1] - 176:3
**keen** [1] - 103:21
**keep** [8] - 33:4, 88:23, 91:8, 163:13, 163:17, 235:23, 248:11, 295:15
**keeps** [1] - 159:21
**kept** [1] - 175:13
**Keri** [2] - 48:17, 154:4
**KERI** [2] - 48:21, 48:22
**key** [2] - 92:13, 244:5
**keys** [1] - 191:3
**kicked** [6] - 26:15, 26:24, 27:1, 151:10, 151:17, 151:19, 151:21, 151:25
**kid** [1] - 41:7
**kidnapped** [1] - 180:6
**kids** [1] - 41:6
**kill** [1] - 83:4
**Kim** [1] - 164:14
**kind** [47] - 43:17, 50:8, 51:16, 57:4, 58:8, 60:17, 76:5, 84:17, 113:6, 127:16, 132:23, 136:9, 136:12, 136:13, 138:4, 142:12, 144:2, 148:14, 167:20, 168:3, 180:1, 181:13, 181:20, 182:25, 188:5, 194:17, 201:20, 215:11, 238:10, 248:14, 258:13, 260:7, 260:17, 261:21, 267:19, 272:18, 272:25, 273:12, 276:23, 288:18, 291:16, 291:18, 291:21, 294:1
**kinda** [8] - 62:2, 98:5, 132:8, 134:18, 143:20, 190:2, 260:17, 285:16
**Kinko's** [1] - 57:8
**Kirkenoff** [1] - 49:4
**kitchen** [1] - 44:11
**Kleinman** [4] - 148:21, 155:12, 155:13, 155:15
**knocking** [1] - 270:3
**knowing** [1] - 265:15
**knowingly** [2] - 17:1, 270:17
**knowledge** [2] - 198:5, 198:6
**known** [3] - 258:12, 268:8, 293:24
**knows** [3] - 25:7, 148:4, 161:17
**Kong** [1] - 179:20
**KR** [1] - 48:21

**Kraken** [2] - 173:8, 174:8
**Kristen** [1] - 203:19
**KuCoin** [1] - 173:20
**Kukral** [2] - 48:18, 154:4
**Kyle** [1] - 176:3

# L

**LA** [1] - 48:16
**Labs** [11] - 104:6, 134:12, 252:25, 253:6, 253:7, 253:9, 253:15, 253:16, 253:17, 254:12
**Lambert** [34] - 20:11, 25:7, 31:24, 41:16, 41:17, 62:23, 62:25, 65:25, 84:23, 92:16, 110:12, 128:8, 130:8, 130:21, 133:25, 136:3, 197:2, 197:6, 209:6, 212:12, 225:22, 229:1, 229:5, 231:2, 231:10, 232:16, 232:20, 232:23, 233:3, 233:17, 233:23, 286:23, 290:5
**Lambert's** [2] - 228:14, 244:22
**LAND** [8] - 104:15, 106:11, 106:12, 106:16, 106:17, 106:19, 106:21, 107:4
**lane** [2] - 161:22, 161:23
**language** [2] - 106:10, 108:11
**large** [1] - 260:14
**largely** [1] - 260:24
**larger** [4] - 45:18, 196:17, 254:2, 254:3
**largest** [4] - 80:22, 204:15, 292:2, 292:3
**last** [63] - 7:1, 11:12, 11:15, 12:17, 21:10, 29:14, 30:24, 31:2, 39:9, 42:22, 43:4, 43:11, 43:20, 43:25, 46:10, 46:23, 48:2, 48:5, 49:9, 50:20, 50:21, 52:3, 54:8, 65:13, 66:16, 67:10, 69:16, 81:9, 85:10, 102:11, 103:12, 106:9, 139:10, 139:18, 143:14, 153:22, 153:24, 156:11, 156:25, 164:13, 171:7, 178:18, 180:11, 183:17, 184:10, 184:13, 191:20, 192:2, 193:17, 195:12, 204:23, 215:15, 242:11, 242:21, 256:17, 257:16, 268:19, 268:21, 280:23, 281:13, 286:19
**lasted** [1] - 112:16
**late** [2] - 19:21, 203:10
**latest** [1] - 67:22
**Lauder** [4] - 196:8, 196:13, 196:19, 197:1
**Lauger** [1] - 55:24
**laughing** [1] - 263:14

**laundering** [1] - 262:21
**Law** [1] - 178:7
**law** [18] - 22:7, 26:6, 60:20, 68:7, 89:21, 90:4, 90:5, 183:9, 183:10, 183:12, 183:14, 183:25, 185:1, 185:2, 185:19, 273:1, 273:16, 279:23
**law's** [1] - 77:24
**lawfare** [1] - 294:10
**laws** [1] - 175:11
**lawsuit** [25] - 19:19, 20:8, 22:16, 30:8, 30:10, 36:5, 60:15, 98:6, 98:21, 99:2, 106:21, 146:5, 184:14, 184:16, 197:12, 199:5, 205:4, 209:6, 289:21, 290:5, 290:15, 292:2, 293:14, 293:20, 294:8
**lawsuit's** [1] - 289:7
**lawsuits** [5] - 148:12, 199:10, 252:3, 292:6, 294:6
**lawyer** [2] - 78:25, 199:18
**lawyers** [12] - 20:18, 21:1, 21:3, 148:17, 148:19, 198:25, 199:3, 220:21, 229:25, 230:1, 230:9, 230:10
**leak** [2] - 21:20, 155:19
**leaked** [2] - 90:18, 127:24
**learn** [2] - 217:24, 222:5
**learned** [3] - 108:18, 240:11, 288:24
**lease** [1] - 11:10
**least** [12] - 29:24, 46:17, 49:20, 69:3, 126:19, 128:4, 140:23, 152:2, 177:1, 178:8, 197:25, 232:14
**leave** [6] - 91:7, 91:21, 167:15, 168:17, 230:16, 261:12
**leaving** [4] - 33:3, 51:23, 167:12, 167:13
**Lederman** [7] - 28:12, 28:16, 184:5, 184:11, 184:14, 184:16, 185:3
**left** [3] - 49:18, 152:10, 244:2
**legal** [7] - 6:15, 34:14, 154:16, 154:25, 183:2, 232:22, 244:22
**legality** [2] - 180:24, 183:3
**legalizing** [1] - 181:22
**legally** [2] - 84:18, 111:17
**legitimate** [2] - 51:6, 131:14
**leniency** [1] - 185:12
**lent** [6] - 101:8, 101:25, 102:2, 102:4, 102:5, 197:19
**less** [13] - 51:1, 73:4, 127:9, 128:19, 139:25, 152:20, 153:7, 171:8, 194:4, 230:23, 232:13, 239:15
**lesson** [1] - 62:2
**letter** [6] - 185:21, 238:15,

238:19, 238:22, 240:7, 242:15
**level** [5] - 166:17, 183:2, 183:3, 253:14, 291:21
**leverage** [1] - 280:1
**Lexington** [1] - 166:16
**liar** [2] - 8:24, 110:12
**license** [2] - 60:20, 66:15
**lie** [3] - 17:19, 17:22, 31:17
**lieu** [1] - 82:9
**life** [6] - 97:24, 126:25, 141:5, 184:6, 218:6, 265:23
**lights** [1] - 159:22
**likely** [27] - 21:20, 67:23, 78:18, 98:22, 99:8, 99:17, 102:22, 107:10, 111:9, 111:20, 117:24, 117:25, 120:9, 150:1, 150:14, 160:4, 160:5, 180:1, 195:7, 225:8, 227:20, 230:1, 265:4, 267:15, 289:5
**likewise** [1] - 175:22
**limit** [4] - 14:10, 40:18, 42:9, 101:2
**limited** [3] - 63:14, 99:13, 211:10
**line** [5] - 18:7, 60:2, 61:4, 186:7, 247:17
**lineage** [2] - 166:14, 285:23
**lines** [3] - 132:12, 247:16, 247:21
**linguistically** [1] - 239:11
**LinkedIn** [1] - 143:12
**lion's** [1] - 83:12
**Lippert** [1] - 62:3
**LIPPERT** [1] - 62:3
**liquid** [2] - 72:18, 72:21, 105:16
**liquidate** [14] - 45:24, 46:4, 46:7, 86:9, 86:24, 87:1, 95:20, 100:22, 100:24, 101:4, 105:12, 140:17, 141:2, 206:13
**liquidated** [2] - 136:8, 175:25
**liquidating** [3] - 100:14, 104:1, 104:8
**list** [15] - 11:22, 12:19, 92:25, 93:1, 93:5, 94:6, 94:7, 129:24, 133:16, 133:23, 134:4, 172:24, 193:24, 276:3
**listed** [2] - 66:9, 101:16
**listen** [1] - 45:3
**listening** [1] - 293:8
**listing** [3] - 140:10, 140:12, 140:13
**literally** [3] - 232:24, 253:17, 285:24
**litigate** [2] - 154:12, 291:20
**litigation** [4] - 31:10, 197:15, 198:7, 199:1
**live** [6] - 9:9, 11:3, 52:11, 55:20, 112:22, 143:13

**lived** [4] - 11:12, 11:16, 12:17, 164:22
**lives** [5] - 11:4, 11:5, 191:18, 256:11, 283:20
**living** [6] - 12:20, 12:21, 66:12, 126:25, 194:10, 241:20
**LLC** [30] - 5:11, 145:13, 147:10, 147:16, 217:1, 217:7, 217:10, 217:11, 217:15, 217:20, 218:4, 218:7, 218:8, 218:11, 218:19, 218:25, 219:2, 221:22, 228:23, 233:22, 243:22, 244:20, 245:7, 247:19, 255:13, 255:14, 264:24, 265:10, 268:23
**loan** [4] - 98:17, 102:10, 102:12
**locate** [1] - 77:23
**located** [2] - 102:25, 257:9
**lock** [1] - 120:4
**lockup** [2] - 136:17, 140:14
**lollipops** [1] - 39:15
**London** [4] - 48:7, 164:23, 186:19, 195:13
**long-term** [1] - 107:15
**look** [14] - 32:4, 103:5, 113:17, 114:7, 127:3, 130:20, 134:19, 141:16, 215:10, 230:17, 238:9, 277:17, 277:18
**looked** [7] - 109:3, 189:24, 230:3, 256:20, 260:15, 282:19, 282:20
**looking** [10] - 38:5, 69:25, 71:20, 90:1, 115:12, 115:13, 117:1, 180:15, 236:19, 237:2
**looks** [11] - 114:11, 114:23, 213:5, 213:21, 215:1, 221:8, 230:9, 237:13, 237:14, 237:19, 286:2
**looming** [1] - 104:11
**loopytuesday6@protonmail** [1] - 15:23
**Los** [3] - 11:17, 42:25, 294:12
**lose** [4] - 59:3, 60:20, 89:21, 289:18
**losing** [1] - 86:16
**loss** [2] - 115:5, 261:20
**loud** [2] - 35:7, 81:7
**love** [1] - 208:20
**Love** [3] - 48:4, 48:7, 195:13
**lovely** [6] - 152:14, 152:25, 153:3, 192:22, 196:14, 202:19
**low** [1] - 64:23
**low-hanging** [1] - 64:23
**lowest** [1] - 83:22
**luck** [3] - 123:18, 193:25, 194:3
**Luckey** [1] - 77:8
**Luke** [3] - 283:23, 285:21, 286:8
**lunch** [6] - 27:19, 32:22, 32:23,

167:6, 168:12, 191:25
**lying** [3] - 17:17, 155:20, 155:21

# M

**M-A** [1] - 281:5
**mac** [1] - 127:5
**machines** [1] - 68:25
**macroeconomic** [1] - 127:6
**Macron** [2] - 268:9, 268:20
**made-up** [1] - 37:21
**mail** [15] - 9:11, 9:15, 9:21, 10:3, 10:10, 12:14, 12:15, 29:5, 34:7, 38:17, 53:25, 54:4, 65:7, 255:25, 259:3
**mailbox** [1] - 256:14
**mailed** [3] - 38:15, 55:4, 58:2
**main** [7] - 30:20, 61:25, 138:1, 162:3, 207:3, 248:19, 257:23
**maintenance** [1] - 44:24
**major** [1] - 201:14
**majority** [1] - 204:15
**Malkin** [1] - 182:6
**man** [9] - 10:19, 10:20, 152:14, 192:22, 196:14, 260:21, 290:6, 290:25
**manageable** [1] - 170:10
**managing** [1] - 283:16
**Mandrel** [1] - 201:24
**maneuver** [1] - 83:18
**manufactured** [1] - 121:4
**manufacturing** [1] - 55:18
**map** [1] - 113:23
**March** [1] - 205:20
**Marciopa** [1] - 246:7
**marijuana** [15] - 178:21, 179:7, 180:16, 180:19, 180:23, 181:23, 182:19, 183:15, 183:19, 185:3, 185:7, 185:14, 189:23, 190:2, 262:20
**marijuana-growing** [1] - 185:3
**marijuana-related** [1] - 180:19
**mark** [5] - 78:8, 78:16, 106:1, 151:8, 212:24
**Marked** [14] - 23:18, 54:5, 70:23, 106:3, 114:13, 137:7, 151:6, 158:15, 159:8, 162:7, 163:7, 177:12, 214:9, 245:23
**marked** [2] - 54:7, 158:17
**market** [3] - 53:2, 107:20, 203:21
**markets** [3] - 104:2, 104:9, 105:13
**Marling** [4] - 52:10, 76:13, 148:4, 287:18
**married** [1] - 220:12
**Marriott** [2] - 154:7, 154:8
**marry** [1] - 240:1
**mat** [1] - 291:20

**materially** [1] - 136:11
**matter** [25] - 36:4, 80:19, 83:11, 90:8, 94:9, 94:9, 99:12, 126:7, 138:8, 192:12, 201:21, 215:11, 229:13, 230:20, 231:5, 231:12, 233:16, 233:25, 241:21, 254:12, 261:11, 261:13, 267:1, 267:4, 286:21, 294:21
**matters** [12] - 27:14, 43:23, 44:1, 44:2, 62:4, 83:1, 136:11, 154:12, 192:11, 233:7, 269:6, 284:17
**matures** [1] - 135:24
**Max** [1] - 184:11
**maximal** [1] - 129:22
**maximum** [4] - 129:6, 131:3, 172:7, 182:15
**McCain** [1] - 113:2
**McCormick** [2] - 153:1, 153:2
**meals** [1] - 48:13
**mean** [76] - 9:6, 15:13, 19:11, 22:13, 22:14, 25:4, 29:23, 30:14, 41:8, 41:14, 50:25, 56:22, 57:4, 57:5, 57:19, 58:21, 59:2, 59:3, 66:3, 72:10, 77:5, 86:5, 86:7, 87:3, 88:24, 91:13, 98:24, 99:5, 100:25, 103:18, 104:5, 113:4, 113:9, 118:18, 118:22, 126:2, 126:20, 128:23, 130:4, 131:10, 131:19, 144:4, 145:24, 148:14, 148:17, 150:21, 151:21, 152:22, 157:14, 165:10, 171:14, 172:1, 182:12, 190:1, 192:9, 192:17, 193:3, 193:9, 194:21, 197:24, 203:18, 214:13, 220:18, 220:20, 223:25, 225:20, 234:8, 235:22, 243:13, 258:8, 269:13, 270:1, 273:15, 275:16, 291:6, 291:25
**means** [9] - 22:23, 25:18, 25:21, 26:1, 111:24, 123:2, 123:3, 159:20, 277:16
**meant** [1] - 129:20
**measure** [2] - 225:18, 235:4
**media** [2] - 90:19, 159:7
**Media** [2] - 199:14
**medical** [7] - 8:11, 8:17, 119:22, 178:21, 179:7, 180:16, 192:11
**medication** [3] - 8:11, 8:13, 8:17
**meet** [4] - 107:4, 138:6, 138:8, 138:25
**meeting** [5] - 186:23, 186:25, 187:1, 204:24, 205:8
**Mehdtan** [1] - 158:7

**member** [3] - 48:25, 157:23, 249:23
**members** [5] - 95:24, 96:20, 138:15, 245:22, 290:10
**membership** [1] - 185:18
**memo** [1] - 77:21
**memorialized** [1] - 77:21
**memorize** [1] - 143:9
**memory** [3] - 109:21, 157:3, 163:9
**men** [1] - 152:7
**mention** [4] - 101:17, 109:6, 159:14, 161:8
**mentioned** [12] - 12:12, 99:14, 104:5, 104:6, 104:7, 105:18, 108:14, 145:18, 147:3, 234:21, 250:3, 252:23
**message** [11] - 9:23, 9:24, 10:10, 170:15, 171:24, 197:5, 212:16, 212:19, 229:18, 229:19, 229:20
**messages** [10] - 10:9, 21:8, 170:16, 170:20, 171:14, 172:13, 205:19, 210:10, 210:14, 210:19
**met** [8] - 107:2, 138:7, 138:12, 138:13, 179:20, 179:24, 196:10
**Metis** [13] - 145:12, 145:13, 145:18, 146:10, 146:14, 146:21, 147:9, 148:2, 148:8, 148:19, 155:7, 155:9
**mic'ing** [1] - 131:15
**Michael** [1] - 291:9
**Michelle** [1] - 182:6
**mid** [2] - 204:5, 283:19
**Middle** [1] - 261:8
**midpoint** [1] - 204:5
**might** [34] - 15:23, 18:5, 43:6, 53:22, 58:25, 70:11, 70:14, 70:16, 75:2, 76:18, 84:22, 85:1, 102:17, 103:2, 131:12, 139:20, 145:10, 165:12, 165:13, 173:2, 174:5, 176:4, 179:14, 179:15, 198:8, 202:2, 239:8, 251:7, 256:18, 256:19, 280:18, 280:19, 281:5, 287:3
**military** [1] - 116:25
**million** [48] - 18:15, 19:8, 45:16, 74:25, 75:16, 75:17, 75:20, 80:1, 81:9, 81:11, 82:18, 83:20, 97:9, 97:15, 97:16, 105:5, 105:7, 126:19, 134:8, 136:5, 139:25, 140:1, 141:14, 144:17, 145:2, 165:11, 197:16, 198:9, 200:24, 200:25, 202:12, 219:24, 223:3, 224:20, 225:17, 225:21, 227:5, 227:15, 228:24, 243:18,

244:9, 260:12, 260:13, 288:3, 288:4, 288:6, 289:10
**millionaire** [5] - 126:15, 126:17, 126:18, 127:1, 127:12
**millions** [7] - 126:24, 140:3, 140:6, 158:22, 159:2, 178:13, 269:13
**mind** [2] - 55:10, 139:12
**mine** [10] - 46:2, 76:1, 85:13, 109:4, 113:20, 157:24, 162:21, 165:12, 190:19, 275:11
**mine's** [1] - 123:17
**minimal** [19] - 29:21, 29:23, 58:12, 60:10, 83:14, 92:7, 98:14, 128:18, 128:21, 128:23, 129:5, 129:7, 129:16, 129:20, 131:1, 131:2, 172:5, 219:21, 269:24
**minimally** [1] - 172:6
**minimize** [1] - 181:8
**mining** [13] - 68:11, 68:12, 68:14, 68:15, 68:23, 69:14, 85:11, 178:13, 178:24, 179:5, 179:11, 179:17, 179:22
**minor** [1] - 40:25
**minute** [1] - 278:14
**minutes** [10] - 31:19, 32:16, 32:24, 33:3, 57:21, 57:23, 112:16, 167:6, 168:1, 230:22
**misbehavior** [1] - 92:17
**miscoded** [1] - 86:14
**mislead** [4] - 241:2, 248:22, 248:24, 249:3
**misleading** [2] - 248:5, 248:6
**misremembering** [1] - 103:3
**miss** [1] - 153:4
**missing** [1] - 270:18
**misstatement** [1] - 17:21
**mistaken** [3] - 31:24, 85:1, 241:4
**mistakes** [1] - 240:11
**mister** [1] - 193:15
**MIT** [2] - 158:8, 197:23
**mitigate** [2] - 160:8, 197:23
**mitigation** [4] - 159:15, 159:24, 160:1, 160:8
**Mittelman** [40] - 21:4, 21:6, 45:13, 45:16, 81:8, 95:19, 103:10, 103:11, 203:17, 203:20, 207:4, 208:24, 209:18, 213:5, 215:4, 215:7, 216:6, 216:8, 216:10, 216:13, 218:2, 218:14, 219:22, 221:4, 222:9, 226:17, 227:2, 227:3, 229:20, 229:24, 230:17, 237:7, 242:23, 254:5, 254:9, 265:18, 266:6, 284:4
**Mittelman's** [1] - 105:22
**Mittelmans** [1] - 245:18

**mixers** [1] - 191:9
**Mnuchin** [2] - 176:10
**Mobility** [1] - 137:10
**model** [2] - 103:22, 132:23
**Mohammad** [2] - 76:14, 260:22
**moist** [2] - 51:11, 51:12
**moisture** [1] - 51:10
**molecular** [1] - 243:13
**moment** [1] - 70:19
**moments** [1] - 245:13
**Monday** [3] - 5:4, 36:3, 94:5
**monetize** [1] - 203:5
**money** [131] - 19:7, 19:9, 20:2, 46:19, 46:24, 47:24, 53:2, 70:6, 71:4, 71:7, 72:6, 74:5, 74:23, 75:4, 75:12, 75:24, 76:23, 77:12, 77:14, 80:13, 81:23, 81:25, 82:2, 82:9, 82:10, 82:20, 92:14, 97:3, 98:3, 101:7, 101:8, 101:25, 102:1, 102:2, 102:5, 102:7, 102:10, 102:12, 108:16, 110:17, 110:19, 113:19, 116:6, 116:13, 116:14, 116:15, 117:18, 119:16, 120:20, 121:6, 137:4, 139:22, 144:19, 145:5, 145:9, 145:15, 145:22, 146:1, 146:5, 146:10, 146:11, 146:13, 147:20, 147:23, 148:16, 153:9, 153:17, 154:12, 154:24, 155:4, 155:13, 155:25, 157:20, 159:6, 160:19, 175:10, 180:10, 197:14, 197:19, 198:3, 198:6, 200:1, 200:20, 201:19, 202:2, 202:15, 202:16, 209:10, 215:14, 220:8, 220:13, 223:14, 223:20, 223:21, 223:23, 225:6, 225:8, 225:16, 230:14, 232:17, 236:18, 239:25, 245:20, 245:21, 245:22, 253:13, 254:3, 256:3, 256:7, 256:8, 256:14, 262:20, 265:19, 267:23, 269:9, 284:1, 284:10, 284:13, 284:21, 284:23, 285:1, 285:4, 285:22, 287:4, 288:1, 288:8, 288:25, 289:3, 289:4, 289:9, 289:18
**monies** [1] - 119:13
**monitored** [1] - 104:13
**Monte** [3] - 55:13, 55:18, 88:5
**Montgomery** [1] - 12:20
**month** [4] - 29:16, 153:16, 178:13, 192:2
**monthly** [3] - 63:10, 63:12, 63:22
**months** [7] - 31:4, 49:10, 66:17, 66:18, 192:5, 192:7
**moot** [3] - 260:7, 260:18, 261:3

**Morgan** [3] - 73:12, 76:10, 76:12
**moribund** [3] - 70:19, 73:3, 152:20
**Moribund** [1] - 73:4
**moribunds** [1] - 71:18
**Mormon** [2] - 275:4, 287:2
**Morris** [1] - 178:8
**most** [45] - 15:17, 19:20, 53:10, 53:11, 62:4, 67:22, 68:21, 70:6, 72:20, 74:23, 84:25, 86:1, 86:11, 102:21, 102:22, 110:8, 116:21, 120:8, 120:10, 120:12, 136:9, 136:11, 141:10, 148:15, 150:14, 152:7, 152:23, 154:8, 154:10, 176:1, 176:19, 176:24, 181:5, 193:21, 193:22, 197:7, 204:12, 212:12, 227:20, 256:6, 256:7, 256:16, 257:23, 259:2, 259:5
**mostly** [10] - 29:19, 45:17, 65:1, 70:1, 103:19, 129:25, 132:20, 132:22, 138:7, 159:24
**mother** [7] - 13:5, 43:23, 68:7, 77:24, 81:18, 256:6, 256:15
**mother-in-law's** [1] - 77:24
**motion** [7] - 21:24, 211:16, 211:24, 212:2, 212:5, 281:18, 282:4
**Moto** [8] - 104:15, 106:11, 106:12, 106:16, 106:17, 106:20, 106:21, 107:4
**move** [8] - 62:9, 82:20, 100:17, 141:8, 239:22, 239:25, 284:17, 290:18
**moved** [5] - 42:13, 66:11, 66:13, 92:21, 160:25
**movie** [1] - 287:6
**moving** [1] - 90:2
**MR** [75] - 5:19, 6:4, 6:10, 8:5, 20:25, 23:16, 23:20, 54:6, 70:24, 88:21, 88:25, 89:3, 89:11, 89:14, 91:3, 96:15, 96:17, 106:4, 110:14, 110:16, 114:14, 137:8, 151:7, 158:16, 159:9, 162:8, 163:8, 165:1, 165:2, 166:22, 167:2, 167:5, 167:8, 168:2, 168:7, 168:11, 168:23, 169:3, 169:5, 169:12, 169:18, 169:21, 177:13, 177:25, 190:3, 190:7, 193:5, 193:7, 197:8, 197:10, 200:5, 208:9, 208:11, 208:12, 209:14, 209:16, 211:23, 214:5, 214:10, 215:17, 215:19, 230:21, 230:24, 234:4, 234:7, 234:11, 234:17, 245:24, 272:3, 272:5, 272:7, 283:2, 283:9, 295:7, 295:10

**muddled** [1] - 172:19
**Mueller** [2] - 188:7, 188:8
**mugshot** [3] - 130:20, 149:24, 150:23
**multi** [2] - 140:3, 140:6
**multi-millions** [2] - 140:3, 140:6
**multiple** [2] - 256:24, 295:11
**munitions** [1] - 83:4
**Musk** [37] - 19:19, 20:8, 21:23, 22:7, 25:6, 30:11, 76:15, 84:11, 84:15, 90:3, 90:5, 95:25, 96:2, 132:2, 209:5, 211:6, 211:12, 211:13, 226:4, 241:6, 283:23, 284:12, 285:2, 285:12, 285:15, 289:20, 290:3, 290:4, 290:14, 292:1, 292:2, 292:16, 292:23, 292:25, 293:13, 293:25
**Musk's** [3] - 49:3, 128:1, 209:8
**must** [2] - 242:24, 258:19
**mutual** [2] - 144:2, 144:4
**myDNA** [1] - 252:4

**N**

**name** [46] - 6:15, 10:5, 31:2, 33:12, 33:13, 37:12, 38:13, 42:15, 48:19, 50:20, 50:21, 52:2, 52:3, 58:6, 59:8, 59:18, 61:17, 61:18, 61:21, 62:3, 85:24, 94:7, 116:24, 124:21, 124:24, 135:10, 135:15, 164:19, 167:23, 174:14, 184:19, 207:1, 207:5, 222:12, 222:18, 222:19, 254:4, 255:13, 260:22, 267:9, 280:15, 290:22, 291:13, 293:3
**named** [10] - 25:4, 26:12, 50:21, 78:25, 102:4, 164:14, 186:8, 188:7, 188:21, 273:24
**names** [33] - 6:17, 38:21, 92:25, 93:1, 93:5, 93:7, 93:8, 94:6, 94:8, 103:8, 121:21, 121:23, 122:2, 122:5, 126:1, 131:12, 138:18, 138:19, 138:24, 138:25, 157:4, 157:5, 164:1, 164:9, 188:17, 206:24, 263:6, 270:14, 280:23, 291:12, 291:25
**namesake** [1] - 256:10
**nannies** [1] - 172:17
**National** [1] - 113:2
**nationwide** [1] - 103:1
**NATO** [3] - 115:18, 117:5, 117:6
**natured** [1] - 181:21
**naught** [1] - 267:15
**Navy** [3] - 161:4, 165:20, 165:21

**NDA** [1] - 99:13
**near** [1] - 193:20
**necessarily** [10] - 17:21, 18:4, 18:6, 34:25, 37:24, 126:21, 126:24, 157:9, 232:15, 251:13
**necessary** [5] - 32:20, 128:5, 172:14, 183:11
**need** [27] - 10:13, 16:17, 29:17, 29:18, 33:1, 34:5, 46:22, 57:3, 58:9, 65:20, 78:8, 94:20, 97:24, 100:3, 121:5, 167:3, 168:19, 168:20, 203:2, 235:22, 237:23, 239:21, 243:17, 250:19, 270:23, 271:19, 291:12
**needed** [5] - 46:1, 118:16, 119:21, 148:13, 253:6
**negative** [3] - 145:17, 146:22, 203:21
**net** [2] - 98:4, 127:14
**network** [3] - 22:14, 268:14, 280:22
**networked** [1] - 158:2
**nev** [1] - 245:16
**never** [44] - 32:11, 33:24, 41:18, 48:19, 62:2, 63:4, 87:16, 87:20, 103:14, 103:15, 105:18, 106:12, 116:18, 134:3, 145:18, 167:24, 173:7, 173:9, 173:13, 173:17, 173:25, 175:19, 176:6, 183:6, 190:17, 190:25, 191:15, 218:5, 222:25, 223:13, 259:15, 264:3, 265:24, 266:3, 266:4, 272:24, 272:25, 281:3, 281:7, 285:18
**nevertheless** [1] - 272:9
**new** [9] - 100:18, 113:24, 151:11, 228:10, 250:13, 251:8, 288:22
**New** [7] - 11:18, 31:4, 31:6, 36:5, 36:11, 123:23, 283:20
**news** [2] - 68:18, 68:20
**Next** [1] - 10:8
**next** [20] - 10:11, 11:23, 23:7, 23:15, 25:14, 25:22, 26:10, 26:21, 57:12, 61:10, 69:6, 141:8, 141:9, 174:18, 232:10, 247:17, 248:7, 255:16
**nice** [5] - 192:18, 195:17, 202:20, 284:8
**night** [7] - 11:13, 93:24, 151:2, 153:22, 153:24, 158:23, 241:5
**nights** [2] - 12:7, 12:9
**nine** [3] - 54:23, 192:6, 201:22
**ninth** [2] - 6:25, 7:1
**no"** [1] - 229:9
**no's** [1] - 251:16

**nobody** [1] - 274:14
**nobody's** [1] - 250:20
**nominally** [1] - 191:13
**non** [18] - 10:13, 20:24, 41:20, 83:3, 96:16, 110:15, 186:17, 189:10, 190:4, 193:6, 197:9, 209:15, 215:18, 263:23, 272:5, 290:11, 293:12, 293:13
**non-government** [2] - 290:11, 293:13
**non-journalists** [1] - 293:12
**non-prosecution** [1] - 263:23
**non-responsive** [10] - 10:13, 20:24, 41:20, 96:16, 110:15, 193:6, 197:9, 209:15, 215:18, 272:5
**non-state** [1] - 186:17
**non-violent** [2] - 83:3, 189:10
**none** [14] - 25:9, 35:14, 35:16, 42:13, 53:14, 62:18, 63:12, 64:8, 88:9, 88:10, 222:1, 224:4, 224:22, 244:3
**nonresponsive** [3] - 165:1, 200:3, 208:11
**noon** [9] - 91:7, 91:16, 91:21, 91:22, 91:23, 91:24, 150:6, 167:12, 167:14
**north** [1] - 80:2
**northern** [1] - 191:19
**Northern** [1] - 5:14
**Nosek** [8] - 283:23, 284:3, 285:21, 286:6, 286:8, 286:11, 286:12, 286:21
**Nosek's** [1] - 284:6
**note** [2] - 51:4, 77:19
**noted** [1] - 295:24
**notepad** [1] - 133:7
**notes** [1] - 137:10
**nothing** [20] - 6:1, 45:2, 64:6, 64:17, 110:3, 152:10, 174:10, 174:11, 206:10, 217:20, 217:22, 230:19, 250:18, 254:11, 278:4, 286:20, 295:18
**nothing's** [1] - 64:8
**notice** [1] - 108:11
**noticed** [1] - 239:9
**notifications** [1] - 281:22
**nov** [1] - 276:15
**novel** [6] - 274:15, 274:16, 274:22, 275:6, 276:10, 276:11
**novels** [1] - 274:7
**November** [11] - 5:4, 5:9, 107:21, 204:22, 205:2, 205:3, 205:7, 205:14, 205:16, 206:12, 238:16
**novo** [1] - 202:8
**NSA** [1] - 293:18

**number** [61] - 11:6, 11:8, 13:9, 25:5, 29:7, 33:12, 33:21, 34:3, 42:17, 52:16, 52:17, 62:14, 62:18, 63:5, 63:8, 64:3, 64:5, 64:24, 67:8, 69:2, 72:16, 73:13, 77:11, 93:7, 112:7, 122:22, 123:17, 123:23, 124:3, 124:4, 124:5, 124:6, 124:8, 124:9, 127:15, 143:6, 146:14, 152:5, 156:13, 164:8, 164:12, 164:17, 165:18, 176:20, 178:9, 182:13, 183:8, 188:24, 189:3, 189:18, 189:19, 199:10, 199:11, 200:12, 217:8, 217:10, 229:5, 256:12, 286:19, 290:16
**Number** [2] - 12:25, 13:7
**numbers** [3] - 13:11, 13:14, 123:24
**numerous** [1] - 157:23

**O**

**oath** [17] - 5:18, 7:18, 7:22, 8:6, 18:11, 28:18, 28:19, 149:3, 151:21, 177:3, 184:8, 222:21, 223:8, 224:6, 240:4, 241:14, 244:18
**object** [20] - 10:12, 20:23, 41:20, 59:12, 59:14, 93:3, 93:4, 93:8, 93:10, 93:11, 94:4, 96:15, 110:14, 190:3, 193:5, 197:8, 209:15, 215:17, 234:4
**Objection** [1] - 272:3
**objection** [34] - 10:2, 10:25, 18:7, 24:24, 59:2, 61:7, 92:8, 92:18, 92:23, 93:9, 93:19, 94:10, 94:12, 103:7, 112:1, 113:17, 126:4, 126:6, 141:17, 142:7, 163:24, 165:1, 200:3, 208:9, 209:14, 211:8, 214:3, 246:9, 272:3, 282:16, 282:18, 286:18, 289:15, 294:1
**objections** [2] - 96:13, 284:15
**obligations** [1] - 271:25
**obliged** [3] - 103:8, 163:25, 167:20
**obscure** [1] - 191:7
**obtained** [1] - 172:21
**obtrusive** [1] - 248:14
**obvious** [3] - 94:24, 95:1, 101:23
**obviously** [12] - 40:25, 41:1, 41:17, 51:19, 63:1, 107:24, 136:2, 143:8, 158:25, 211:12, 258:13, 291:25
**occasion** [1] - 44:20
**occasions** [3] - 44:19, 277:20,

284:19
**occur** [1] - 193:15
**October** [4] - 11:14, 114:20, 115:16, 196:25
**oddly** [1] - 255:22
**off-the-books** [1] - 148:10
**offense** [1] - 189:10
**offensive** [1] - 247:18
**offer** [2] - 254:11
**offered** [5] - 87:20, 93:11, 240:1, 244:10, 244:11
**offering** [1] - 259:19
**offers** [2] - 81:10, 264:4
**Office** [5] - 24:17, 270:22, 271:23, 272:10, 272:23
**office** [3] - 138:13, 181:18, 181:19
**officer** [7] - 112:2, 112:4, 113:10, 118:15, 126:7, 142:2, 179:21
**offices** [1] - 253:18
**official** [1] - 273:1
**officially** [1] - 122:13
**often** [7] - 14:20, 43:13, 191:23, 205:22, 206:18, 242:8, 250:2
**OI5** [4] - 161:15, 280:5, 280:9, 281:6
**oil** [2] - 256:11, 256:13
**old** [4] - 43:23, 100:12, 151:12, 192:19
**old-fashioned** [1] - 100:12
**older** [2] - 113:25, 280:22
**oligarch** [1] - 130:7
**oligarchs** [1] - 118:9
**Oman** [3] - 76:14, 260:13, 261:21
**Omani** [2] - 260:10, 261:4
**Omanis** [2] - 260:20, 261:4
**Omayer** [1] - 102:4
**omitted** [1] - 270:14
**on-again-off-again** [1] - 138:23
**on-again/off-again** [1] - 266:25
**once** [7] - 12:4, 43:15, 46:17, 73:5, 91:23, 196:10, 258:12
**one** [143] - 7:2, 8:2, 15:17, 15:18, 21:4, 22:18, 29:7, 33:12, 38:3, 38:25, 45:10, 48:2, 52:2, 53:6, 55:15, 66:11, 66:24, 69:12, 69:25, 70:13, 72:7, 72:17, 73:25, 74:24, 75:5, 75:18, 76:12, 76:13, 77:8, 78:11, 82:25, 83:1, 84:13, 86:2, 86:12, 86:21, 87:20, 87:21, 92:25, 94:7, 95:24, 96:3, 102:3, 103:7, 105:5, 105:22, 106:5, 106:18, 114:9, 125:6, 126:2, 127:2, 132:6, 132:7, 136:19, 138:1, 138:3, 138:15, 144:2, 145:8, 147:4, 147:5, 148:21,

150:8, 150:9, 151:12, 152:23, 153:8, 155:18, 157:25, 158:7, 161:12, 162:2, 162:15, 162:21, 163:2, 163:3, 163:4, 163:20, 164:1, 173:2, 174:3, 174:5, 174:17, 176:19, 177:9, 180:20, 181:25, 184:20, 186:25, 187:4, 191:1, 193:12, 193:14, 195:6, 195:21, 195:24, 198:14, 198:15, 206:1, 206:5, 213:1, 213:23, 216:22, 218:22, 220:18, 223:18, 228:8, 230:25, 231:1, 231:7, 232:14, 235:21, 236:19, 239:9, 241:3, 243:24, 257:24, 258:24, 261:7, 264:21, 265:4, 265:5, 270:17, 271:1, 279:5, 281:15, 282:10, 282:12, 283:14, 284:2, 287:5, 290:18, 294:7
**one's** [6] - 69:6, 126:25, 141:7, 198:21, 236:8, 250:22
**ones** [12] - 15:11, 15:14, 50:6, 73:14, 76:18, 102:3, 134:17, 141:6, 163:12, 166:10, 187:1, 212:12
**ongoing** [4] - 26:17, 26:18, 27:13, 27:24
**online** [4] - 17:6, 17:16, 17:25, 63:17
**onward** [1] - 287:15
**op** [1] - 227:17
**Open** [1] - 294:8
**open** [10] - 8:8, 53:15, 136:9, 147:11, 175:15, 212:3, 239:6, 255:13, 295:15
**operating** [1] - 183:4
**operation** [23] - 85:11, 117:4, 178:25, 179:5, 197:23, 200:21, 227:17, 227:23, 231:6, 231:13, 231:17, 231:23, 231:24, 232:3, 232:5, 233:2, 233:10, 233:13, 234:1, 268:4, 273:13, 273:14, 286:11
**operation's** [1] - 228:7
**operational** [4] - 259:13, 269:11, 273:20
**operations** [6] - 183:7, 185:4, 185:8, 232:9, 254:16, 273:18
**opportunity** [1] - 240:1
**oppose** [2] - 77:10, 281:19
**opposed** [2] - 83:5, 176:11
**opposition** [1] - 282:6
**option** [1] - 110:2
**options** [19] - 104:20, 105:2, 105:21, 106:19, 108:4, 108:19, 108:21, 109:25, 110:1, 110:18, 110:22, 110:25, 111:9, 111:13,

111:18, 111:23, 112:5, 159:25, 161:12
**Oracle** [2] - 260:6, 260:16
**orange** [1] - 48:3
**order** [11] - 61:6, 93:23, 96:7, 211:17, 211:25, 215:13, 236:11, 237:13, 237:15, 254:6, 281:17
**ordered** [4] - 51:3, 54:9, 55:6, 59:21
**orders** [6] - 22:21, 54:14, 270:25, 271:25, 282:3, 284:20
**oregano** [1] - 153:2
**origin** [1] - 191:8
**originally** [3] - 91:13, 91:17, 283:21
**Oskoui** [23] - 76:15, 95:25, 206:16, 207:10, 209:6, 209:10, 226:4, 245:19, 283:11, 283:15, 283:25, 284:7, 285:7, 285:22, 286:3, 286:4, 286:6, 286:7, 286:10, 286:16, 287:9
**Oskoui's** [2] - 284:6, 284:18
**Oth** [1] - 95:22
**otherwise** [1] - 18:11
**Othram** [86] - 20:18, 36:7, 36:9, 45:8, 45:11, 45:25, 46:5, 62:19, 80:25, 81:1, 81:6, 81:8, 92:11, 95:9, 95:21, 95:22, 95:23, 96:2, 96:18, 96:23, 97:6, 100:17, 134:6, 136:7, 201:24, 202:6, 202:23, 203:6, 203:7, 203:14, 203:25, 204:13, 204:14, 204:21, 207:2, 207:22, 208:24, 209:7, 213:10, 213:15, 213:18, 213:19, 215:2, 217:17, 218:12, 220:16, 220:20, 223:3, 223:14, 224:20, 225:3, 227:7, 228:12, 228:22, 228:25, 231:1, 231:8, 231:20, 233:4, 233:5, 233:18, 240:17, 243:21, 244:1, 244:4, 245:3, 245:12, 245:15, 245:17, 249:10, 249:12, 249:21, 250:7, 250:9, 251:4, 253:25, 254:1, 254:4, 254:5, 254:16, 265:1, 265:11, 284:4, 284:17, 284:23
**ourselves** [1] - 224:13
**outcome** [4] - 98:21, 243:2, 243:16, 244:24
**outcomes** [1] - 110:9
**outside** [2] - 33:2, 41:12
**over-broad** [1] - 211:25
**over-generalized** [1] - 17:11
**overall** [2] - 94:10, 175:14
**overbroad** [1] - 248:14

**overjoyed** [1] - 200:22
**overly** [1] - 238:9
**overturned** [7] - 90:9, 96:14, 100:11, 130:10, 142:11, 227:9, 227:13
**overview** [1] - 68:10
**owe** [6] - 75:14, 102:1, 102:7, 103:19, 245:22, 284:10
**owed** [10] - 44:17, 44:18, 44:19, 81:25, 82:9, 145:9, 200:1, 200:24, 202:16, 285:5
**owes** [3] - 209:10, 245:20
**own** [45] - 18:4, 41:14, 42:9, 45:15, 64:12, 64:24, 64:25, 65:3, 73:5, 86:22, 86:23, 88:9, 88:10, 98:15, 104:20, 105:2, 112:9, 112:11, 120:6, 120:21, 129:23, 129:24, 133:23, 133:25, 134:1, 134:6, 134:7, 134:9, 134:11, 134:13, 134:15, 135:7, 136:1, 136:7, 142:19, 190:14, 190:20, 201:1, 235:1, 244:15, 252:20, 253:9, 276:25, 277:22
**owned** [12] - 55:23, 73:5, 85:20, 86:14, 105:20, 190:13, 190:17, 191:1, 245:3, 256:12, 257:17, 258:15
**owner** [3] - 73:11, 73:12, 119:3
**ownership** [3] - 65:7, 215:4, 228:12
**owns** [5] - 68:6, 148:4, 177:9, 217:18, 251:19

# P

**p.m** [8] - 169:15, 234:14, 237:19, 282:4, 283:6, 295:24
**page** [18] - 35:3, 106:7, 114:25, 139:1, 162:11, 162:12, 162:14, 162:17, 162:18, 178:18, 217:1, 219:10, 236:13, 236:16, 237:16, 247:10, 247:11
**Page** [2] - 213:22, 214:17
**pages** [2] - 236:15, 275:17
**paid** [31] - 12:1, 19:9, 48:1, 48:10, 48:12, 48:15, 48:16, 50:11, 50:15, 50:16, 50:17, 83:21, 115:22, 117:19, 117:20, 120:24, 134:3, 148:21, 153:9, 154:4, 154:5, 154:24, 158:10, 164:17, 165:17, 198:10, 198:15, 199:3, 199:4, 264:1, 274:6
**Palmer** [13] - 77:5, 77:6, 77:7, 77:8, 77:11, 80:13, 81:25, 82:23, 82:24, 202:12, 202:15, 202:16
**Palmer's** [1] - 82:22

**pandemic** [2] - 72:13, 263:8
**paneled** [1] - 139:13
**panels** [1] - 134:22
**paper** [2] - 133:10, 259:3
**papers** [1] - 57:24
**paperwork** [1] - 166:1
**paragraph** [2] - 106:9, 248:7
**parents** [3] - 45:20, 50:15, 120:23
**parents'** [2] - 124:13, 125:9
**park** [1] - 145:14
**part** [23] - 25:2, 26:11, 31:15, 42:8, 51:22, 95:16, 97:20, 100:16, 121:2, 124:13, 134:15, 139:6, 154:3, 188:22, 212:3, 221:24, 227:16, 249:2, 268:8, 268:11, 280:11, 282:21
**participate** [9] - 23:10, 24:3, 92:7, 129:10, 129:12, 129:22, 149:17, 211:9, 281:11
**participated** [1] - 129:13
**participating** [2] - 60:14, 227:25
**particular** [7] - 52:1, 116:20, 182:7, 186:25, 187:5, 227:3, 282:17
**particularly** [2] - 188:6, 195:11
**parties** [3] - 178:12, 286:23, 286:24
**partly** [8] - 72:13, 98:20, 103:21, 110:8, 138:21, 138:22, 293:23
**partner** [4] - 96:1, 239:25, 283:16, 285:21
**partners** [1] - 161:24
**parts** [1] - 235:24
**party** [2] - 267:2, 286:24
**Pasadena** [1] - 103:2
**passed** [1] - 196:12
**Passion** [1] - 287:8
**passkeys** [1] - 191:3
**Passport** [1] - 164:13
**past** [13] - 26:14, 76:4, 88:10, 142:12, 142:13, 192:5, 192:7, 193:2, 258:6, 261:23, 261:25, 283:24, 287:9
**pasted** [1] - 185:21
**pat** [1] - 250:1
**patent** [3] - 85:4, 85:5, 251:19
**patented** [1] - 251:20
**patents** [2] - 139:13, 256:12
**pathological** [1] - 8:24
**patriotic** [1] - 196:15
**pay** [53] - 14:6, 19:16, 20:2, 50:11, 63:20, 71:7, 76:6, 76:8, 77:16, 77:17, 81:23, 85:4, 93:13, 100:8, 100:11, 100:23, 101:4, 101:9, 101:10, 110:17, 110:19, 116:6,

119:21, 135:23, 145:15, 148:19, 148:22, 153:12, 153:13, 153:16, 153:17, 153:20, 154:8, 154:9, 155:11, 156:2, 156:5, 156:6, 159:6, 161:21, 198:25, 215:14, 234:25, 236:18, 244:17, 252:13, 258:23, 264:4, 274:4, 284:3, 284:5, 285:5
**Payala** [5] - 76:2, 134:11, 201:24, 202:11
**paying** [9] - 19:12, 82:10, 100:14, 148:16, 159:20, 235:3, 235:7, 235:9, 259:10
**payment** [1] - 83:6
**payout** [1] - 83:6
**peak** [1] - 176:19
**penetrated** [1] - 113:6
**Pentagon** [1] - 116:25
**people** [85] - 10:5, 14:24, 14:25, 20:11, 21:22, 22:15, 26:17, 36:9, 53:4, 74:9, 83:4, 92:13, 96:1, 99:21, 101:8, 102:1, 102:6, 110:8, 112:8, 113:14, 118:8, 119:9, 121:8, 121:11, 121:15, 121:21, 124:16, 125:12, 125:16, 125:20, 126:22, 127:7, 132:15, 138:18, 138:24, 138:25, 145:3, 145:25, 149:19, 155:3, 159:6, 161:23, 164:8, 164:10, 178:9, 179:24, 180:6, 180:8, 180:22, 181:6, 181:17, 181:18, 181:20, 182:24, 183:8, 183:22, 189:11, 189:19, 190:22, 190:24, 195:17, 197:7, 199:11, 202:21, 207:1, 209:12, 218:22, 218:25, 226:5, 228:6, 233:2, 250:24, 257:4, 257:6, 257:7, 260:15, 261:15, 273:11, 282:25, 284:12, 286:24, 289:22, 290:7, 293:4, 294:5
**people's** [2] - 11:20, 140:14
**per** [2] - 37:18, 232:19, 252:20
**percent** [14] - 30:4, 33:9, 33:23, 73:6, 83:9, 96:22, 120:9, 129:6, 131:3, 151:22, 172:7, 212:11, 244:25, 245:4
**percentage** [1] - 116:17
**perfect** [1] - 43:9
**Perfect** [1] - 73:20
**perfectly** [3] - 142:16, 142:17, 210:7
**perhaps** [1] - 192:24
**period** [6] - 46:10, 66:10, 67:22, 140:14, 189:20, 203:1
**periods** [1] - 174:19
**perjurous** [1] - 17:1

**perma** [1] - 151:24
**permission** [4] - 149:1, 149:8, 149:10, 216:3
**permitted** [1] - 156:12
**Perrott** [2] - 104:23, 112:8
**Perrott's** [1] - 105:24
**Persian** [2] - 253:21, 284:14
**person** [39] - 17:4, 30:7, 30:20, 37:7, 37:21, 46:14, 46:15, 47:8, 50:17, 50:19, 68:3, 85:15, 99:20, 107:23, 146:5, 146:14, 149:9, 179:25, 192:21, 207:3, 216:2, 216:4, 221:13, 221:16, 221:19, 221:21, 222:13, 222:15, 222:18, 222:19, 230:3, 278:25, 281:14, 282:19, 287:23, 289:23, 292:14
**person-to-person** [1] - 68:3
**personal** [11] - 34:21, 34:23, 39:17, 63:16, 71:10, 75:21, 90:3, 98:17, 147:2, 209:7, 252:5
**personally** [15] - 17:7, 35:10, 38:19, 69:8, 69:13, 75:2, 90:7, 130:11, 137:2, 171:21, 171:22, 210:10, 252:6, 285:22, 294:11
**perspective** [1] - 276:23
**persuasive** [1] - 20:1
**Peter** [5] - 76:15, 274:25, 280:19, 283:22
**pharmacogenomics** [1] - 74:21
**phase** [1] - 130:13
**phases** [1] - 130:13
**Philippines** [1] - 107:10
**phone** [29] - 11:6, 11:8, 13:9, 13:11, 13:13, 42:17, 59:6, 88:18, 88:20, 112:7, 112:14, 122:22, 123:17, 123:22, 123:24, 124:3, 124:4, 143:8, 146:7, 147:22, 150:8, 167:11, 169:9, 207:7, 214:21, 214:22, 214:23
**phones** [10] - 13:17, 13:18, 13:23, 256:25, 257:2, 257:4, 257:5, 257:7, 257:8
**phonetic** [1] - 158:8
**photo** [6] - 77:25, 78:1, 78:3, 146:20, 184:22, 184:23
**phrase** [2] - 228:4, 281:11
**phrases** [1] - 191:3
**physical** [3] - 9:8, 180:8, 193:18
**physically** [2] - 47:8, 146:18
**pick** [1] - 135:18
**picker** [1] - 255:22
**picture** [6] - 9:22, 33:23, 33:25, 66:19, 175:14, 270:15
**pictures** [1] - 177:16

**piece** [5] - 115:15, 133:10, 259:2, 273:15
**Piper** [15] - 19:19, 26:6, 47:23, 89:24, 90:2, 90:4, 90:7, 99:2, 101:22, 130:11, 132:6, 160:10, 160:24, 292:3
**Pittman** [42] - 8:8, 19:2, 21:10, 24:1, 24:8, 24:10, 24:13, 24:23, 40:15, 41:6, 41:8, 51:3, 54:9, 55:6, 59:21, 94:1, 149:13, 150:2, 160:21, 185:22, 238:16, 239:6, 239:19, 240:4, 240:21, 241:2, 246:3, 247:5, 247:17, 247:18, 248:17, 248:22, 249:2, 261:17, 270:21, 271:4, 271:23, 272:10, 272:23, 281:17, 294:20, 295:17
**Pittman's** [1] - 271:25
**pittman_orders** [1] - 247:14
**place** [16] - 5:18, 51:13, 55:11, 55:12, 66:11, 66:12, 107:22, 130:6, 195:15, 204:3, 225:20, 231:2, 232:23, 242:3, 242:16, 248:13
**placed** [3] - 157:10, 228:25, 231:9
**places** [11] - 51:20, 62:24, 67:3, 107:12, 156:7, 156:8, 156:13, 157:11, 166:18, 166:19, 257:5
**plaintiff** [3] - 22:18, 54:22, 93:19
**plaintiff's** [1] - 128:15
**Plaintiff's** [1] - 78:9
**plaintiffs** [10] - 5:20, 58:23, 92:21, 128:3, 208:15, 231:10, 233:3, 233:17, 233:23, 295:15
**plan** [1] - 107:1
**plane** [1] - 113:25
**planning** [4] - 15:25, 65:11, 91:5, 288:22
**plans** [1] - 223:1
**platform** [1] - 172:24
**platforms** [2] - 47:13, 174:12
**plausible** [1] - 84:17
**player** [1] - 286:12
**players** [1] - 245:18
**plays** [1] - 30:9
**plus** [1] - 159:21
**podcast** [1] - 179:10
**poem** [1] - 191:4
**Point** [6] - 5:11, 225:21, 229:1, 230:9, 231:3, 232:16
**point** [24] - 52:19, 65:10, 69:25, 72:8, 72:17, 74:24, 75:5, 86:21, 87:21, 99:25, 107:16, 127:2, 127:16, 127:20, 127:22, 145:8, 148:21,

172:13, 180:20, 184:21, 260:18, 261:3, 264:15, 273:5
**points** [8] - 50:13, 154:6, 154:7, 154:8, 154:9, 159:7, 235:5
**police** [1] - 242:9
**policies** [1] - 115:19
**policy** [1] - 193:3
**political** [3] - 12:19, 75:21, 83:1
**politically** [2] - 82:24, 192:12
**Polk** [6] - 38:3, 38:8, 38:9, 38:11, 38:13
**Pompeo** [1] - 186:16
**pools** [1] - 191:9
**poorly** [1] - 76:7
**portfolio** [4] - 132:13, 132:18, 133:11, 139:13
**portion** [3] - 46:1, 134:1, 230:15
**position** [38] - 24:18, 41:15, 45:11, 45:14, 46:7, 63:21, 75:16, 80:8, 80:22, 86:10, 87:1, 92:4, 92:5, 95:20, 96:3, 96:11, 128:4, 128:8, 128:15, 136:2, 136:5, 136:7, 140:18, 140:23, 141:2, 176:8, 206:13, 230:19, 233:1, 233:6, 233:16, 244:6, 244:7, 291:6
**positions** [2] - 175:20, 175:21
**positive** [2] - 173:18, 174:3
**possess** [2] - 177:4, 245:3
**possessed** [1] - 245:3
**possibility** [1] - 232:6
**possible** [18] - 29:22, 29:25, 58:12, 84:12, 84:23, 117:2, 127:8, 145:6, 148:5, 178:16, 183:21, 190:1, 193:3, 193:9, 197:3, 213:25, 251:10
**possibly** [4] - 68:20, 188:5, 188:11, 290:1
**Post** [1] - 197:25
**post** [11] - 17:6, 17:9, 17:10, 17:16, 17:24, 21:14, 23:22, 47:16, 54:21, 66:19, 108:7
**post-judgment** [3] - 21:14, 23:22, 54:21
**posted** [5] - 18:19, 151:24, 210:14, 239:4, 259:18
**posture** [1] - 230:19
**potential** [7] - 185:25, 186:10, 186:14, 189:22, 189:23, 250:4, 262:17
**potentially** [1] - 11:7
**Poverty** [1] - 178:7
**power** [3] - 107:23, 107:25, 108:1
**powered** [3] - 134:22, 159:21, 268:10
**powerful** [1] - 152:24
**powers** [2] - 93:17, 94:16
**practice** [1] - 26:6

**practitioner** [1] - 51:15
**prairie** [1] - 142:13
**pre** [2] - 203:18, 229:4
**preci** [1] - 263:1
**precise** [20] - 37:3, 61:2, 74:21, 78:13, 89:23, 90:14, 94:15, 97:12, 141:23, 151:16, 211:1, 223:21, 224:11, 224:13, 224:14, 225:2, 243:12, 243:14, 263:1, 266:12
**precisely** [3] - 203:18, 225:16, 232:12
**predict** [1] - 126:3
**Prediction** [1] - 104:7
**preeminent** [1] - 111:14
**prefer** [9] - 94:13, 104:9, 104:12, 110:10, 112:20, 171:13, 172:10, 172:15, 294:11
**Prem** [1] - 288:12
**prepaid** [1] - 264:6
**prerogative** [1] - 131:17
**presence** [2] - 189:18, 193:18
**present** [11] - 73:5, 116:14, 129:9, 129:10, 169:20, 222:22, 229:15, 229:17, 229:23, 241:25, 293:4
**presented** [1] - 128:4
**preservation** [1] - 234:3
**preserve** [6] - 95:15, 97:22, 170:20, 171:9, 225:18, 225:20
**preserved** [3] - 171:11, 229:5, 232:20
**preserving** [3] - 92:14, 228:15, 229:11
**President** [4] - 70:2, 85:14, 87:4, 268:9
**president** [1] - 268:9
**press** [1] - 127:24
**pressure** [1] - 51:24
**presumably** [9] - 104:24, 125:24, 126:20, 143:3, 164:5, 169:10, 207:11, 227:9, 227:12
**presume** [2] - 199:19, 246:24
**pretending** [1] - 131:14
**pretty** [13] - 72:12, 72:15, 73:7, 73:9, 97:25, 123:17, 130:23, 143:10, 143:11, 185:9, 243:15, 289:15
**prevail** [3] - 19:14, 19:17, 227:12
**prevailed** [1] - 189:16
**prevent** [2] - 232:16, 233:23
**prevented** [1] - 51:8
**previous** [2] - 39:2, 39:5
**previously** [7] - 31:15, 39:4, 108:15, 149:13, 254:15, 254:18, 283:22

**price** [1] - 107:16
**prices** [2] - 256:13
**principle** [2] - 94:12, 282:17
**print** [3] - 56:17, 56:18, 146:20
**printed** [1] - 238:20
**printer** [7] - 55:11, 56:6, 56:23, 64:20, 64:21, 115:7, 237:14
**prison** [1] - 189:10
**privacy** [6] - 11:23, 21:19, 40:24, 191:7, 191:9, 248:13
**private** [4] - 99:12, 119:23, 191:3, 248:12
**privileged** [4] - 78:12, 78:17, 78:18, 79:9
**privy** [1] - 229:22
**pro** [2] - 33:8, 178:20
**prob** [1] - 179:14
**probable** [1] - 265:9
**probe** [4] - 119:7, 188:7, 188:8, 189:2
**problem** [7] - 86:5, 103:6, 113:6, 215:14, 230:8, 255:3, 292:4
**problems** [2] - 103:23, 115:7
**procedure** [1] - 119:22
**Procedures** [1] - 278:10
**proceed** [5] - 6:4, 6:6, 6:12, 89:13, 99:1
**proceeding** [2] - 129:17, 267:7
**proceeds** [23] - 65:20, 94:25, 182:18, 199:4, 199:17, 199:24, 201:23, 217:17, 218:11, 219:19, 220:4, 220:16, 223:3, 227:19, 231:9, 231:19, 232:7, 233:4, 233:18, 233:24, 265:1, 265:11, 281:7
**process** [21] - 21:24, 57:6, 60:10, 60:18, 61:7, 85:21, 130:6, 130:9, 131:14, 146:21, 178:20, 180:15, 186:8, 187:22, 188:20, 199:20, 205:2, 213:19, 228:17, 251:21, 288:24
**processing** [1] - 179:6
**proclaim** [1] - 153:6
**produce** [16] - 54:9, 59:16, 59:22, 62:12, 64:5, 78:3, 90:18, 93:5, 111:4, 111:7, 207:14, 207:17, 207:25, 208:13, 260:19
**produced** [3] - 64:2, 79:4, 208:23
**producing** [4] - 59:12, 59:25, 60:25, 71:12
**product** [2] - 288:13, 288:15
**production** [14] - 54:22, 62:12, 62:14, 62:18, 63:5, 64:3, 71:13
**productive** [1] - 105:11
**professional** [1] - 106:13

**program** [3] - 26:15, 27:2, 68:24
**project** [1] - 251:2
**projects** [1] - 130:2
**promised** [1] - 185:11
**promote** [1] - 159:6
**proper** [1] - 11:18
**properly** [1] - 56:15
**properties** [1] - 146:17
**property** [3] - 156:3, 156:4, 256:20
**proponent** [1] - 181:22
**proposed** [1] - 93:23
**proposition** [1] - 99:19
**proprietary** [1] - 252:1
**prosecute** [1] - 26:17
**prosecution** [2] - 26:19, 263:23
**protect** [1] - 84:18
**protected** [2] - 252:6, 252:21
**protecting** [3] - 118:7, 248:13, 276:22
**protection** [2] - 187:25, 291:19
**protective** [2] - 211:16, 211:24
**prove** [2] - 260:24
**provide** [25] - 25:16, 25:20, 28:9, 29:21, 33:9, 33:11, 33:18, 33:21, 37:12, 41:4, 52:16, 61:2, 61:24, 63:22, 117:15, 138:18, 166:6, 191:12, 260:25, 267:13, 270:23, 277:13, 277:21, 279:18, 279:19
**provided** [13] - 46:24, 164:23, 185:1, 214:24, 214:25, 216:5, 226:16, 238:22, 266:9, 270:5, 270:14, 277:2, 277:10
**providing** [5] - 30:3, 41:5, 209:9, 267:23, 273:5
**provoke** [2] - 150:19, 150:22
**proxy** [1] - 130:7
**Prucell** [2] - 207:5, 207:6
**public** [3] - 65:5, 104:9, 105:12
**publicly** [5] - 37:23, 74:16, 126:14, 264:17, 273:19
**published** [1] - 241:18
**publisher** [1] - 276:4
**pull** [3] - 52:4, 58:7, 59:7
**pulling** [1] - 103:15
**pump** [1] - 256:11
**punish** [1] - 22:6
**punishment** [2] - 21:21, 189:8
**Purcell** [4] - 213:6, 215:1, 226:1
**purchase** [6] - 95:17, 125:8, 205:24, 225:2, 243:21, 245:5
**purchased** [1] - 172:20
**purpose** [29] - 41:16, 97:8, 128:1, 133:18, 133:24, 135:8, 135:10, 135:20, 136:15, 139:10, 139:15, 143:23, 144:22, 166:2, 192:24,

200:19, 207:23, 217:17, 228:18, 229:16, 231:1, 231:7, 232:14, 232:15, 232:18, 232:22, 233:21, 269:17, 270:8
**purposes** [1] - 83:3
**pursue** [2] - 22:2, 101:21
**pursuing** [1] - 22:3
**purview** [1] - 269:7
**push** [1] - 150:2
**put** [33] - 12:24, 62:24, 75:4, 75:15, 75:22, 82:15, 92:11, 92:19, 96:25, 97:4, 97:10, 97:16, 105:8, 108:25, 116:17, 145:5, 146:1, 189:5, 189:7, 198:24, 200:25, 201:20, 228:13, 228:14, 240:24, 248:21, 249:5, 252:21, 263:16, 276:20, 276:21
**putting** [12] - 39:16, 43:16, 43:21, 93:10, 104:2, 105:12, 232:18, 234:2, 234:7, 249:6, 291:23, 292:8
**puzzle** [4] - 68:25, 251:12, 252:16, 252:17

## Q

**Qatar** [1] - 157:13
**Qatari** [2] - 157:23, 158:11
**qualify** [2] - 140:15, 229:14
**quantify** [4] - 142:20, 143:1, 163:23, 164:3
**quarter** [2] - 46:17, 46:19
**question's** [3] - 35:2, 69:5, 245:10
**questioning** [1] - 18:7
**questions** [45] - 8:19, 10:15, 21:14, 23:1, 23:6, 23:25, 29:10, 32:18, 36:1, 40:23, 60:2, 61:5, 78:15, 78:19, 78:20, 90:17, 91:4, 91:9, 91:22, 92:6, 107:15, 120:4, 126:9, 131:9, 131:10, 131:21, 131:22, 132:3, 136:9, 149:15, 150:18, 167:21, 168:15, 190:11, 194:22, 215:20, 262:14, 264:23, 283:11, 294:17, 294:18, 294:23, 295:11, 295:14, 295:20
**quick** [2] - 168:12, 253:4
**Quinn** [1] - 90:2
**quit** [1] - 152:9
**quite** [28] - 40:20, 40:22, 47:18, 51:24, 103:14, 103:15, 116:22, 135:2, 139:8, 148:15, 151:22, 175:12, 180:5, 194:24, 196:9, 196:18, 197:17, 205:21, 241:22, 242:8, 244:23, 252:13,

260:14, 261:22, 276:19, 280:20, 289:14, 293:25
**quo** [1] - 171:1
**quote** [2] - 285:23, 285:24
**quoted** [1] - 68:19

## R

**race** [1] - 182:9
**Radar** [1] - 80:21
**raise** [6] - 5:21, 77:12, 77:14, 113:19, 189:21, 203:22
**raised** [2] - 24:2, 204:14
**ran** [1] - 181:15
**random** [1] - 123:10
**rarely** [1] - 14:25
**rather** [10] - 61:10, 103:23, 122:1, 122:4, 149:18, 149:22, 193:20, 250:22, 267:4
**Re** [1] - 126:2
**re** [1] - 235:18
**reach** [10] - 225:21, 228:14, 228:15, 228:25, 229:3, 229:12, 231:2, 231:9, 232:23, 291:7
**reachable** [1] - 143:10
**reactivated** [1] - 172:13
**read** [26] - 18:18, 18:22, 19:4, 19:5, 35:7, 35:8, 81:6, 106:9, 139:3, 162:15, 162:19, 165:23, 195:8, 212:22, 215:8, 237:25, 240:14, 240:16, 247:16, 248:7, 275:10, 275:11, 275:15, 275:16, 277:9, 278:2
**reader** [1] - 47:20
**readily** [2] - 57:11, 143:11
**reading** [1] - 131:6
**ready** [5] - 6:4, 6:11, 169:22, 214:15, 234:18
**Reagan** [1] - 196:13
**real** [8] - 101:10, 139:12, 168:8, 168:12, 204:5, 253:16, 286:12, 292:3
**realize** [4] - 55:6, 65:19, 90:10, 92:21
**realized** [4] - 92:10, 92:14, 136:11, 136:16
**really** [79] - 18:12, 34:18, 35:17, 38:9, 40:4, 41:11, 43:18, 45:6, 49:6, 50:4, 57:3, 57:14, 58:8, 62:6, 76:6, 76:8, 82:16, 82:17, 84:24, 103:21, 105:10, 105:16, 110:6, 113:7, 114:4, 115:8, 116:24, 117:21, 119:14, 119:24, 126:21, 126:22, 126:23, 127:9, 127:10, 127:15, 130:13, 131:25, 132:10, 132:22, 133:2, 134:14, 135:25,

136:11, 141:3, 142:14, 148:9, 153:13, 153:20, 155:8, 156:1, 162:1, 164:17, 165:17, 165:21, 175:13, 176:6, 181:3, 194:9, 196:24, 201:21, 202:9, 226:9, 227:10, 241:10, 256:17, 261:20, 265:20, 265:24, 267:18, 267:19, 281:15, 284:6, 284:9, 286:15, 286:25, 294:5
**reason** [15] - 23:3, 24:3, 24:12, 42:8, 51:23, 84:7, 84:8, 100:16, 121:3, 201:15, 225:10, 241:9, 273:7, 285:13
**reasonable** [1] - 211:10
**reasons** [6] - 70:14, 84:13, 125:6, 228:8, 238:21, 259:13
**recapitalize** [2] - 289:4, 289:5
**receive** [5] - 9:21, 118:3, 133:13, 197:14, 198:6
**received** [8] - 182:17, 210:5, 221:5, 226:12, 229:18, 242:22, 269:9, 281:7
**Receiver** [46] - 92:8, 92:22, 93:8, 93:17, 93:21, 93:22, 94:11, 94:13, 94:17, 103:5, 103:7, 104:21, 111:22, 112:4, 113:13, 118:13, 118:14, 118:16, 125:22, 125:23, 125:25, 126:2, 141:12, 141:15, 141:16, 141:18, 141:20, 142:1, 142:2, 142:8, 142:15, 142:16, 142:17, 142:20, 143:1, 163:22, 163:25, 164:2, 225:23, 261:1, 270:2, 270:3, 281:18, 282:15, 282:16, 282:17
**Receiver's** [1] - 142:5
**receivers** [1] - 93:11
**Receivers** [1] - 94:6
**receiving** [2] - 217:17, 219:19
**recent** [1] - 67:22
**recently** [4] - 101:19, 192:12, 206:1, 212:19
**recession** [1] - 104:11
**recipient** [2] - 265:1, 265:10
**recite** [1] - 191:4
**recollection** [1] - 200:18
**recommend** [1] - 51:22
**recommended** [1] - 52:10
**record** [48] - 5:8, 5:17, 6:15, 31:22, 32:13, 34:10, 67:14, 78:25, 89:7, 89:10, 89:12, 89:23, 90:12, 90:24, 151:24, 159:1, 167:4, 168:1, 168:3, 168:6, 169:2, 169:14, 169:16, 169:19, 208:20, 209:22, 210:19, 213:25, 214:4, 214:7, 214:11, 234:13, 234:15, 241:7, 241:8, 243:17, 244:15,

244:16, 249:6, 249:7, 250:18, 283:3, 283:5, 283:7, 285:25, 295:6, 295:9, 295:23
**record's** [1] - 16:18
**recorded** [1] - 210:6
**records** [6] - 32:7, 42:5, 47:3, 47:4, 62:9, 112:11
**recovery** [1] - 191:2
**refer** [1] - 10:20
**reference** [6] - 152:11, 159:5, 159:22, 251:18, 273:20
**referenced** [1] - 97:18
**referencing** [1] - 242:15
**referred** [1] - 189:5
**referring** [5] - 28:11, 115:11, 159:3, 231:13, 283:12
**refers** [2] - 117:2, 178:19
**reflect** [2] - 31:22, 65:6
**refuse** [8] - 123:20, 149:6, 149:7, 149:14, 160:13, 160:14, 279:11, 295:20
**refused** [6] - 23:10, 131:20, 286:14, 294:18, 295:11, 295:14
**refusing** [8] - 122:8, 122:9, 122:11, 156:16, 157:7, 187:10, 264:12, 295:19
**regard** [1] - 110:12
**regarding** [3] - 172:3, 211:6
**register** [2] - 174:15, 174:19
**Regret** [1] - 149:25
**regrettably** [1] - 150:1
**regularly** [2] - 15:5, 15:13
**rejected** [2] - 20:16, 264:4
**rejects** [1] - 282:2
**relate** [1] - 171:10
**related** [6] - 62:22, 70:5, 180:19, 208:24, 211:11, 220:11
**relates** [1] - 183:18
**relating** [1] - 185:14
**relation** [1] - 255:12
**relationship** [43] - 23:2, 23:7, 23:13, 24:22, 24:25, 26:4, 27:16, 27:23, 31:11, 32:2, 36:25, 37:5, 48:25, 49:3, 121:12, 121:18, 122:12, 122:17, 122:18, 122:19, 131:24, 132:4, 138:17, 147:1, 147:13, 156:14, 158:5, 158:9, 185:6, 196:7, 217:1, 217:6, 245:15, 245:17, 268:2, 268:3, 269:18, 269:21, 273:6, 274:24, 279:8, 279:16, 287:2
**relationships** [2] - 70:4, 213:16
**relative** [2] - 5:11, 288:5
**relay** [1] - 222:9
**relevance** [9] - 9:3, 9:25, 10:2, 10:15, 10:25, 11:23, 12:8, 14:3

**relevant** [9] - 11:25, 15:17, 33:19, 35:17, 41:12, 90:16, 175:14, 208:17, 295:21
**relief** [5] - 93:12, 93:16, 93:19, 93:20, 94:5
**relies** [1] - 252:6
**relying** [1] - 295:12
**remarried** [1] - 239:25
**remember** [40] - 16:6, 16:10, 24:1, 24:7, 24:13, 37:17, 50:4, 52:4, 57:20, 66:24, 68:18, 78:9, 78:25, 79:7, 79:8, 87:24, 92:6, 109:21, 126:13, 138:14, 138:19, 138:24, 145:8, 148:22, 151:22, 157:5, 160:23, 161:18, 174:16, 181:4, 185:19, 197:11, 199:2, 199:6, 202:1, 203:12, 206:23, 213:8, 270:6, 270:19
**remembering** [1] - 138:24
**reminded** [1] - 105:23
**remotely** [2] - 258:15, 258:16
**remove** [2] - 250:15
**remunerative** [1] - 252:19
**rendered** [1] - 20:21
**rent** [3] - 156:2, 156:5, 156:6
**rep** [1] - 230:5
**repeat** [1] - 224:13
**Repeat** [2] - 75:25, 152:19
**repeatedly** [1] - 290:3
**repeating** [1] - 172:19
**replied** [1] - 221:5
**reply** [5] - 18:21, 212:21, 212:22, 213:11, 221:5
**replying** [1] - 282:13
**report** [7] - 83:6, 167:15, 167:18, 167:19, 276:20, 278:2, 279:3
**reported** [1] - 278:17
**reporter** [12] - 5:17, 12:24, 89:1, 99:23, 139:5, 166:23, 183:16, 195:4, 211:20, 280:25, 291:13, 294:22
**REPORTER** [13] - 5:21, 5:24, 8:1, 89:12, 91:1, 166:25, 168:19, 168:21, 177:18, 177:22, 211:22, 214:1, 295:3
**reporter's** [3] - 8:14, 133:21, 168:14
**reporters** [2] - 291:14, 292:9
**reporting** [4] - 276:25, 277:10, 278:20, 279:21
**reports** [5] - 242:9, 276:7, 276:17, 277:3, 277:22
**represent** [4] - 19:1, 101:22, 178:12, 230:8
**representative** [2] - 28:7, 260:10
**represented** [5] - 31:15,

160:11, 160:24, 199:1, 230:6
**representing** [2] - 84:21, 215:1
**Republic** [1] - 269:5
**Republicans** [1] - 108:1
**request** [14] - 46:8, 46:14, 46:16, 62:14, 63:5, 63:25, 64:1, 64:3, 84:14, 271:16, 271:17, 271:21, 275:22, 276:2
**requested** [2] - 58:25, 189:17
**requests** [4] - 54:21, 62:12, 62:17, 71:13
**require** [3] - 60:9, 251:13, 294:18
**required** [1] - 219:21
**requires** [1] - 274:19
**requisite** [1] - 129:14
**reset** [1] - 259:8
**residences** [1] - 11:20
**residential** [1] - 9:4
**resign** [1] - 189:7
**resolved** [4] - 231:17, 231:18, 232:6, 233:16
**resources** [3] - 92:17, 92:19, 231:25
**respect** [12] - 57:5, 110:5, 113:8, 129:18, 130:5, 130:8, 131:11, 131:13, 131:15, 211:20, 250:18, 261:4
**respected** [1] - 96:7
**respond** [5] - 21:17, 29:14, 115:8, 281:18, 281:19
**response** [4] - 33:9, 62:14, 64:3, 282:3
**responses** [2] - 38:15, 54:1
**responsibility** [5] - 142:23, 161:21, 195:8, 215:6
**responsible** [2] - 209:13, 261:7
**responsive** [14] - 10:13, 20:24, 33:21, 41:20, 96:16, 110:15, 111:6, 131:5, 190:6, 193:6, 197:9, 209:15, 215:18, 272:5
**rest** [4] - 75:17, 150:17, 246:15
**restrict** [1] - 22:17
**restrictive** [1] - 203:16
**resulted** [1] - 146:16
**resume** [1] - 168:24
**resuscitated** [1] - 70:19
**retain** [1] - 230:1
**retained** [1] - 90:2
**retaining** [1] - 230:3
**retention** [1] - 171:25
**retire** [1] - 62:2
**retired** [1] - 62:1
**retrieve** [2] - 171:14, 171:21
**retrospect** [1] - 31:21
**return** [1] - 288:25
**returns** [3] - 35:21, 58:2, 59:13
**Reuters** [1] - 291:2

**revenue** [2] - 244:12, 244:13
**reverse** [1] - 140:11
**review** [3] - 236:6, 277:14, 277:15
**reviewed** [2] - 246:16, 246:17
**Revolution** [2] - 137:11, 166:13
**ribbon** [1] - 56:24
**rich** [4] - 72:9, 72:12, 72:16, 133:4
**richer** [1] - 72:7
**RICO** [1] - 283:21
**rid** [2] - 257:5, 257:25
**ridiculous** [1] - 131:6
**rights** [1] - 152:8
**risible** [1] - 253:14
**rival** [1] - 109:1
**River** [1] - 113:23
**Rob** [3] - 213:5, 215:1, 226:1
**Robert** [5] - 52:10, 76:13, 148:4, 207:5, 287:18
**Rochester** [1] - 283:21
**Rodriguez** [2] - 122:3, 122:19
**Rodriguez's** [1] - 123:22
**Rohrabacher** [1] - 186:18
**role** [3] - 221:24, 222:2, 254:16
**rolled** [1] - 83:13
**roman** [1] - 275:1
**romantic** [1] - 48:24
**room** [1] - 235:8
**rough** [1] - 110:1
**round** [4] - 80:1, 81:10, 203:22, 204:14
**routinely** [3] - 255:24, 274:11, 291:6
**routing** [1] - 52:17
**rude** [1] - 143:21
**Rudolph** [1] - 116:23
**rule** [2] - 19:23, 269:4
**rules** [6] - 7:15, 16:3, 58:13, 90:11, 90:14, 231:4
**Rules** [4] - 142:4, 270:24, 271:24, 294:18
**run** [8] - 114:4, 136:23, 181:11, 181:14, 181:18, 182:10, 258:11
**running** [4] - 68:24, 69:1, 231:24, 233:2
**runny** [1] - 56:25
**runs** [1] - 62:8
**Russian** [2] - 112:23, 115:5
**Russians** [1] - 114:16
**rustle** [1] - 293:24

**S**

**S400s** [1] - 117:4
**safer** [1] - 239:22
**safety** [4] - 39:22, 180:8, 195:15
**Sahlahme** [1] - 158:8

**sake** [2] - 168:14, 230:22
**salad** [1] - 271:14
**salaries** [1] - 288:11
**salary** [2] - 83:22
**sale** [9] - 80:12, 182:19, 207:23, 225:4, 227:6, 231:1, 231:8, 231:19, 233:4
**sales** [2] - 116:17, 182:19
**San** [2] - 7:7, 263:19
**sandwich** [1] - 194:20
**Sasan** [3] - 253:10, 253:11
**sat** [2] - 127:13, 222:5
**satisfy** [2] - 65:21, 225:22
**Saul** [1] - 105:25
**savings** [1] - 53:2
**savvy** [1] - 258:19
**saw** [7] - 35:6, 46:10, 48:2, 193:17, 221:2, 253:17, 268:22
**scan** [3] - 177:15, 177:18, 177:19
**scanned** [3] - 9:17, 177:20, 177:23
**Schmitt** [2] - 153:1, 153:2
**school** [1] - 119:23
**schoolwork** [2] - 43:17, 43:22
**science** [1] - 275:4
**scion** [1] - 152:23
**scoop** [1] - 289:14
**scope** [5] - 40:9, 40:18, 40:21, 142:21, 211:10
**score** [1] - 43:9
**Score** [1] - 73:20
**Scott** [4] - 107:4, 107:14, 107:15
**screenshot** [24] - 210:9, 210:10, 210:19, 212:7, 212:8, 212:11, 214:21, 214:25, 215:5, 216:5, 216:10, 216:11, 221:7, 221:11, 226:11, 226:12, 226:16, 226:25, 255:5, 265:17, 266:5, 266:7, 266:9
**screenshots** [2] - 208:21, 209:22
**screenshotted** [2] - 212:12, 221:6
**scrolling** [1] - 73:15
**SEALS** [1] - 161:5
**searches** [1] - 248:14
**second** [7] - 52:5, 77:12, 81:16, 87:24, 90:23, 106:7, 275:4
**seconds** [1] - 209:4
**secret** [8] - 24:15, 25:10, 25:13, 171:18, 251:22, 251:24, 262:14, 273:18
**Secretary** [1] - 73:17
**secretary** [1] - 176:11
**sections** [1] - 188:8
**security** [3] - 183:18, 241:19,

259:13
**Security** [3] - 12:25, 13:6, 113:2
**see** [49] - 35:5, 35:15, 44:3, 44:17, 46:9, 46:12, 46:16, 47:17, 48:4, 51:19, 57:23, 57:25, 59:24, 60:2, 73:10, 73:18, 75:22, 79:22, 80:20, 80:25, 92:3, 98:19, 98:20, 110:9, 115:2, 115:15, 121:9, 130:10, 130:12, 134:9, 137:3, 150:16, 159:13, 162:17, 163:1, 163:9, 167:11, 178:22, 186:5, 186:18, 189:9, 213:4, 213:17, 214:19, 219:9, 219:11, 237:20, 246:14, 276:2
**seed** [2] - 80:1, 191:3
**seeing** [1] - 96:12
**seek** [1] - 180:10
**seeks** [1] - 164:3
**seem** [1] - 109:12
**sees** [1] - 149:16
**seized** [1] - 289:10
**self** [6] - 72:1, 126:15, 126:17, 126:18, 126:20, 126:23
**self-made** [5] - 126:15, 126:17, 126:18, 126:20, 126:23
**sell** [34] - 45:24, 65:11, 65:20, 86:9, 95:13, 95:14, 95:20, 96:6, 96:8, 96:22, 96:24, 97:22, 97:23, 101:6, 101:13, 101:14, 105:11, 140:23, 203:5, 203:7, 203:10, 203:15, 203:20, 203:25, 204:21, 205:9, 206:15, 207:15, 213:9, 244:5, 251:4, 252:20, 253:6, 253:10
**selling** [11] - 45:14, 103:12, 202:13, 205:16, 205:21, 205:22, 206:8, 206:9, 207:2, 207:9, 240:17
**sen** [1] - 242:21
**Sen** [1] - 113:24
**Senate** [3] - 188:22, 189:1, 189:17
**send** [28] - 29:4, 34:6, 47:5, 47:9, 52:24, 57:3, 59:9, 65:7, 82:2, 113:16, 123:4, 123:6, 123:8, 131:7, 150:14, 153:17, 218:1, 218:14, 221:3, 229:19, 243:15, 246:7, 256:5, 265:17, 265:18, 266:6, 276:5
**sending** [1] - 219:21
**sends** [5] - 9:16, 9:24, 10:3, 10:9
**sense** [2] - 133:1, 133:3
**sent** [39] - 9:11, 9:17, 9:20, 9:23, 12:14, 12:16, 29:2, 32:22, 52:21, 54:22, 84:23, 145:8, 155:3, 155:6, 171:15,

176:1, 193:16, 212:16, 212:19, 213:8, 215:7, 216:10, 221:4, 221:6, 223:22, 223:23, 226:23, 229:20, 245:14, 246:2, 246:12, 247:5, 247:13, 259:19, 266:8, 275:24, 275:25, 276:15
**Sentaero** [2] - 114:1
**sentence** [3] - 81:4, 81:5, 115:2
**sentences** [4] - 194:4, 196:6, 209:3, 283:14
**separate** [2] - 136:25, 147:2, 155:14, 202:17, 208:6, 276:25
**seppuku** [2] - 257:20, 258:13
**September** [8] - 46:12, 107:3, 107:21, 107:24, 108:8, 109:5, 237:1, 237:19
**series** [6] - 120:3, 121:8, 147:22, 188:23, 193:21, 229:22
**serious** [6] - 85:14, 111:12, 183:7, 196:24, 242:1, 242:2
**serv** [1] - 29:15
**serve** [1] - 291:3
**served** [1] - 29:15
**servers** [1] - 86:21
**serving** [1] - 264:1
**session** [1] - 166:24
**set** [39] - 40:8, 42:8, 42:14, 121:2, 124:12, 124:16, 125:4, 125:7, 141:4, 148:24, 170:18, 170:25, 199:16, 216:13, 216:16, 216:21, 216:22, 216:23, 217:9, 217:12, 217:21, 217:23, 217:24, 218:3, 218:7, 218:21, 218:22, 218:25, 219:2, 254:8, 264:5, 265:11, 265:16, 266:1, 266:3, 266:15, 268:24, 269:17, 281:9
**setting** [4] - 218:10, 219:18, 221:25, 222:2
**settings** [1] - 171:25
**settled** [1] - 19:20
**setup** [1] - 125:18
**seven** [9] - 32:12, 32:15, 32:17, 90:11, 168:16, 177:2, 255:18, 282:1, 287:21
**several** [10] - 138:1, 158:1, 186:24, 190:21, 198:12, 264:21, 277:20, 284:18, 289:22, 294:6
**severed** [2] - 70:4, 85:15
**shady** [1] - 267:19
**shall** [1] - 284:14
**sham** [1] - 129:12
**share** [2] - 83:12, 276:10
**shared** [2] - 275:6, 276:14
**shareholder** [2] - 204:15,

249:25
**shares** [26] - 81:20, 92:12, 95:12, 95:16, 95:21, 96:6, 96:8, 97:6, 100:17, 103:12, 103:20, 136:18, 136:22, 140:14, 202:6, 202:13, 204:25, 205:1, 244:3, 249:10, 249:13, 249:14, 251:4, 252:8
**shell** [1] - 20:10
**Sheridan** [1] - 218:5
**shift** [1] - 127:5
**short** [2] - 32:23, 213:19
**shortly** [1] - 267:22
**shot** [1] - 162:3
**shot-caller** [1] - 162:3
**show** [4] - 58:18, 80:12, 110:21, 293:16
**showed** [1] - 131:13
**shower** [1] - 55:24
**showing** [4] - 131:1, 227:24, 260:19, 294:16
**shown** [2] - 131:11, 131:15
**shows** [1] - 123:10
**shut** [4] - 39:8, 257:24, 258:16, 263:13
**Sibble** [1] - 275:15
**sic** [1] - 159:24
**sick** [1] - 43:24
**side** [3] - 53:24, 61:19, 163:6
**sides** [1] - 206:4
**sign** [2] - 263:21, 281:25
**Signal** [51] - 14:18, 14:19, 14:20, 21:7, 21:8, 42:21, 112:14, 122:24, 123:2, 123:13, 123:14, 123:16, 170:14, 170:15, 170:16, 171:12, 171:13, 171:15, 171:19, 172:8, 172:9, 172:10, 172:11, 172:12, 172:15, 192:21, 204:3, 205:19, 207:22, 209:19, 210:4, 210:5, 210:6, 210:7, 210:10, 210:14, 210:19, 212:9, 222:11, 226:14, 226:17, 226:24, 226:25, 229:18, 242:22, 260:25, 266:13, 290:1
**signal** [2] - 176:12, 203:21
**signature** [1] - 79:12
**Signature** [1] - 295:25
**signed** [3] - 204:9, 206:4, 281:22
**silly** [1] - 272:18
**simple** [5] - 123:18, 148:15, 196:9, 204:18, 217:14
**simpler** [1] - 283:1
**simply** [3] - 198:2, 209:5, 254:19
**single** [1] - 260:19
**sister** [1] - 137:16
**sitting** [2] - 127:11, 131:13

**situation** [5] - 17:18, 46:21, 138:9, 155:8, 188:14
**situations** [1] - 17:12
**six** [8] - 7:9, 21:4, 49:9, 102:11, 177:2, 255:18, 275:15, 282:1
**sixer** [1] - 280:22
**sizable** [4] - 165:8, 165:9, 165:10
**skill** [1] - 254:8
**Skydweller** [2] - 267:10, 267:11
**sleep** [1] - 9:9
**slept** [1] - 11:16
**slight** [1] - 112:15
**slightly** [2] - 239:7, 242:25
**slipped** [1] - 55:10
**sloppy** [1] - 240:13
**slow** [1] - 268:16
**smacking** [1] - 189:14
**small** [3] - 75:24, 76:5, 273:15
**small-ticket** [2] - 75:24, 76:5
**smarter** [1] - 76:15
**smeared** [1] - 266:20
**smoked** [1] - 253:21
**snippet** [1] - 236:14
**Social** [2] - 12:25, 13:6
**social** [1] - 159:7
**socially** [1] - 11:2
**software** [5] - 74:13, 74:18, 88:16, 175:3, 251:21
**solar** [5] - 134:22, 139:13, 140:20, 159:21, 268:10
**Solar** [1] - 137:10, 159:21
**sold** [11] - 35:16, 66:5, 75:13, 75:14, 75:16, 80:8, 88:14, 116:18, 127:4, 199:17, 245:13
**sole** [4] - 23:4, 25:16, 25:21, 25:23
**solved** [1] - 255:2
**solving** [1] - 250:12
**someone** [9] - 9:1, 9:15, 23:5, 24:16, 32:5, 144:12, 191:13, 226:13
**sometime** [2] - 36:12, 139:18
**sometimes** [13] - 18:3, 18:5, 46:17, 47:7, 50:25, 171:8, 187:23, 190:20, 202:8, 202:20
**somewhat** [2] - 109:25, 140:13
**somewhere** [11] - 7:7, 11:5, 57:8, 65:2, 77:22, 77:25, 143:14, 153:19, 257:18, 260:12, 262:5
**son** [1] - 140:19
**soon** [1] - 284:16
**sooner** [1] - 51:23
**sophisticated** [3] - 201:8, 201:16, 267:16
**sorry** [6] - 8:1, 37:25, 59:1,

93:17, 163:16, 221:13
**sort** [30] - 36:3, 45:19, 51:16, 51:18, 66:8, 69:11, 70:18, 70:20, 76:5, 119:20, 119:21, 129:17, 129:20, 155:2, 180:5, 180:24, 182:18, 183:1, 192:20, 197:20, 202:14, 202:17, 228:1, 232:3, 241:24, 252:7, 253:2, 261:3, 280:21, 293:24
**sorts** [1] - 229:6
**sought** [3] - 93:12, 93:19, 93:21
**Sound** [1] - 287:6
**sounds** [3] - 179:14, 179:15, 254:17
**source** [20] - 27:3, 27:7, 100:7, 138:4, 144:19, 145:1, 166:6, 216:8, 264:2, 264:18, 273:19, 276:8, 277:10, 277:22, 278:19, 278:25, 279:7, 279:8, 291:4, 291:19
**sources** [6] - 100:5, 277:11, 291:16, 292:8, 292:20, 293:10
**Southern** [1] - 178:7
**Southwest** [1] - 154:5
**sovereign** [5] - 259:23, 260:10, 260:13, 261:4, 276:23
**space** [6] - 48:21, 48:22, 179:12, 181:6, 250:20, 250:25
**SpaceX** [1] - 49:1
**speaking** [11] - 18:6, 57:9, 60:4, 76:8, 113:11, 170:12, 181:1, 197:7, 224:7, 260:20, 268:6
**special** [16] - 41:16, 81:20, 133:18, 133:24, 135:8, 135:10, 135:20, 136:15, 139:10, 139:15, 143:23, 144:22, 166:2, 192:24, 269:17, 270:8
**Special** [1] - 241:4
**specific** [6] - 29:10, 49:9, 189:23, 197:2, 202:10, 275:13
**specifically** [1] - 289:20
**specifics** [1] - 119:8
**speech** [2] - 22:17, 176:10
**spell** [4] - 48:20, 99:23, 280:23, 281:3
**spelled** [2] - 268:15, 281:1
**spend** [9] - 18:12, 58:11, 134:14, 136:9, 141:3, 160:3, 225:18, 232:21, 289:9
**spending** [3] - 14:10, 52:8, 223:14
**spent** [6] - 11:13, 74:23, 244:22, 248:12, 248:18, 288:11
**spices** [1] - 153:2

**spirits** [1] - 193:23
**spit** [1] - 288:16
**split** [1] - 140:11
**spoken** [7] - 184:5, 192:3, 196:19, 196:24, 206:19, 268:21, 286:19
**SPV** [8] - 62:24, 77:4, 104:6, 134:15, 142:19, 165:4, 192:25, 195:20
**SPVs** [2] - 160:18, 164:20
**spy** [3] - 180:1, 192:16
**square** [1] - 51:8, 109:6, 109:15
**squirrel** [1] - 105:8
**staff** [1] - 288:11
**stand** [3] - 240:6, 240:14, 240:16
**start** [18] - 59:10, 72:1, 98:8, 98:22, 99:4, 99:6, 99:8, 100:19, 157:16, 186:7, 202:5, 202:8, 205:1, 236:10, 236:16, 246:13
**started** [15] - 77:8, 83:2, 87:10, 103:17, 169:19, 178:24, 202:4, 204:4, 205:2, 205:7, 206:6, 208:19, 254:21, 263:14, 285:2
**starting** [1] - 103:15
**starts** [2] - 236:14, 270:3
**Startup** [2] - 71:25, 72:1
**startup** [1] - 75:25
**startups** [2] - 104:10, 250:11
**state** [8] - 5:16, 6:14, 17:6, 143:15, 183:2, 185:2, 186:17, 210:3
**State** [3] - 73:17, 73:19, 210:5
**statement** [3] - 154:18, 175:21, 248:22
**statements** [4] - 63:10, 63:22, 240:3, 240:21
**states** [1] - 256:22
**States** [10] - 5:13, 113:5, 117:1, 129:8, 140:22, 158:20, 186:22, 261:16, 268:18, 293:3
**station** [1] - 158:3
**status** [4] - 36:10, 171:1, 185:18, 262:15
**stay** [18] - 11:19, 12:2, 20:19, 20:21, 33:5, 55:15, 55:20, 55:21, 91:11, 91:14, 91:15, 91:18, 150:17, 154:10, 156:7, 156:9, 156:12, 216:3
**stayed** [8] - 11:22, 12:1, 48:8, 156:12, 156:17, 156:20, 157:8, 284:18
**staying** [3] - 55:11, 55:13, 65:2
**stays** [1] - 20:14
**steal** [2] - 62:25, 63:1
**Stealth** [2] - 71:25, 72:1
**Steve** [12] - 48:25, 76:14, 81:9,

95:25, 138:5, 206:16, 207:9, 226:4, 263:3, 274:25, 283:11, 283:15
**stick** [2] - 167:9, 294:22
**still** [13] - 18:21, 30:3, 62:8, 73:5, 92:3, 96:8, 113:3, 127:3, 147:12, 168:15, 175:15, 188:8, 215:14
**stock** [71] - 45:8, 45:15, 45:18, 45:25, 46:5, 62:19, 62:20, 75:13, 75:14, 95:9, 95:16, 96:19, 96:23, 97:23, 98:11, 104:6, 134:1, 134:2, 134:8, 134:12, 202:23, 203:6, 203:8, 203:10, 203:16, 203:20, 204:1, 204:21, 205:10, 205:17, 205:21, 205:22, 205:24, 206:15, 207:2, 207:15, 213:10, 218:12, 219:23, 220:16, 223:3, 225:2, 225:3, 227:7, 228:22, 228:25, 231:2, 231:8, 231:20, 233:4, 233:5, 233:18, 233:24, 240:17, 243:7, 243:20, 243:21, 243:22, 244:1, 244:5, 244:13, 244:16, 244:25, 245:3, 245:5, 245:9, 245:13, 253:8, 255:22, 255:22, 284:1
**stock-picker** [1] - 255:22
**stocks** [4] - 36:4, 36:8, 42:13, 97:12
**stolen** [2] - 66:10, 158:22, 159:2
**stoners** [1] - 180:21
**stop** [6] - 12:21, 33:17, 75:8, 128:9, 139:14, 184:3
**stopped** [2] - 27:3, 27:4
**storage** [5] - 68:2, 88:7, 88:8, 88:12, 257:10
**store** [4] - 88:6, 190:20, 191:2, 259:16
**stored** [3] - 86:16, 88:12, 257:5
**storm** [2] - 203:13
**story** [4] - 165:21, 188:19, 213:18
**strange** [1] - 97:20
**street** [1] - 91:25
**Street** [1] - 290:17
**strewn** [1] - 255:21
**strikes** [1] - 91:24
**strokes** [1] - 193:22
**strong** [2] - 32:4, 182:24
**structure** [2] - 116:10, 117:23
**structured** [2] - 117:24, 193:11
**studied** [1] - 116:22
**Studies** [1] - 74:17
**Studios** [2] - 287:5
**stuff** [22] - 43:17, 45:7, 62:9, 85:6, 98:13, 129:14, 129:15, 131:6, 133:19, 159:23,

159:25, 165:22, 174:7, 202:11, 202:15, 208:24, 230:16, 236:25, 241:24, 276:16, 284:17, 291:23
**stupid** [1] - 285:16
**styled** [1] - 5:11
**stylistically** [1] - 239:11
**subject** [3] - 160:2, 264:25, 295:16
**subjects** [1] - 295:21
**submitted** [3] - 58:21, 93:22, 238:8
**subpoena** [1] - 32:7
**subscribers** [1] - 153:10
**subscription** [1] - 47:22
**subsequent** [2] - 94:9, 256:8
**Substack** [22] - 47:17, 47:20, 108:6, 109:7, 114:5, 114:6, 114:22, 126:10, 132:11, 132:20, 137:9, 137:19, 153:9, 153:16, 185:16, 238:14, 238:23, 239:4, 240:25, 241:15, 262:15, 275:21
**Substacks** [1] - 106:5
**substance** [3] - 43:7, 239:13, 239:15
**substitute** [1] - 16:22
**subterfuge** [1] - 155:22
**successful** [4] - 197:24, 243:6, 244:8, 255:22
**sue** [7] - 20:11, 89:20, 89:22, 89:24, 90:6, 130:8, 199:11
**sued** [3] - 118:9, 199:12, 292:5
**sufficient** [1] - 230:11
**sufficiently** [1] - 55:22
**suicide** [1] - 258:14
**suing** [2] - 130:11, 160:11
**suit** [4] - 44:5, 129:19, 155:12, 292:25
**sum** [2] - 132:17, 266:19
**sumafor** [1] - 266:21
**summarize** [2] - 124:10, 278:3, 280:9
**summer** [2] - 205:6, 248:18
**summers** [1] - 248:13
**summertime** [1] - 107:3
**sums** [1] - 130:23
**sunglasses** [1] - 51:15
**super** [4] - 127:7, 131:5, 133:4, 172:12
**super-bad** [1] - 172:12
**super-rich** [1] - 133:4
**superintends** [1] - 144:5
**supervision** [2] - 144:7, 144:12
**support** [6] - 82:17, 107:13, 181:20, 183:10, 207:23, 274:2
**supporter** [1] - 183:25
**supporters** [1] - 261:5
**supportive** [1] - 184:2

**suppose** [1] - 249:6
**supposed** [25] - 22:5, 24:2, 26:20, 27:8, 27:9, 27:12, 27:13, 36:13, 40:3, 65:10, 67:6, 83:2, 138:6, 169:19, 228:16, 233:8, 261:9, 267:5, 274:4, 291:24, 292:8, 292:19, 293:10, 295:12
**Supreme** [2] - 20:3, 20:5
**surprise** [2] - 180:21, 294:5
**suspect** [2] - 107:6, 182:20
**suspicion** [1] - 182:24
**suspicious** [1] - 44:9
**swear** [1] - 5:24
**swearing** [1] - 16:5
**sweet** [1] - 130:20
**swinging** [1] - 256:11
**switch** [1] - 256:23
**swoop** [1] - 243:25
**swore** [2] - 7:22, 8:6
**sworn** [1] - 6:8
**Synthetic** [1] - 80:21
**system** [8] - 116:18, 116:21, 126:7, 226:10, 235:6, 276:21, 276:22
**systems** [1] - 112:24

## T

**table** [4] - 77:4, 82:12, 82:16, 267:24
**tacked** [1] - 50:2
**takeaway** [1] - 190:2
**talks** [1] - 25:7
**talmudic** [1] - 18:12
**Tancredo** [2] - 181:11, 181:22
**tanks** [1] - 112:23
**target** [1] - 273:20
**Task** [3] - 41:14, 62:21, 63:1
**task** [1] - 252:22
**tax** [12] - 35:21, 42:5, 58:2, 59:12, 60:25, 62:4, 83:14, 83:15, 83:16, 83:17, 83:18
**tax-evasive** [1] - 83:18
**taxable** [1] - 97:13
**taxes** [1] - 83:7
**tea** [1] - 253:21
**Tech** [17] - 104:19, 104:22, 105:1, 105:19, 105:20, 106:11, 106:16, 106:18, 108:4, 109:6, 109:13, 110:4, 110:8, 110:18, 112:6, 113:20, 159:19
**tech** [4] - 107:18, 159:15, 159:24, 258:19
**tech-savvy** [1] - 258:19
**technical** [1] - 160:10
**technically** [4] - 78:13, 80:6, 81:19, 140:15
**technologies** [1] - 279:24

**technology** [9] - 73:9, 112:21, 135:3, 140:21, 160:2, 160:8, 160:12, 273:17, 280:12
**teeth** [1] - 191:5
**telephone** [1] - 170:14
**ten** [12] - 39:11, 48:9, 69:3, 140:18, 156:25, 167:6, 193:2, 198:23, 201:22, 202:6, 242:24, 262:13
**tend** [4] - 16:14, 51:11, 51:20, 243:14
**term** [1] - 107:15
**terms** [13] - 19:3, 36:3, 62:17, 63:5, 63:16, 73:8, 85:10, 105:15, 126:22, 158:1, 202:11, 206:4, 207:8
**Terradepth** [7] - 161:7, 161:25, 163:19, 164:4, 165:3, 165:24, 201:25
**terrible** [1] - 157:3
**terribly** [6] - 112:24, 114:4, 127:18, 130:13, 138:20, 201:16
**territory** [1] - 268:12
**Terry** [6] - 122:15, 191:17, 195:6, 195:9, 195:22, 268:24
**Tesla** [2] - 90:5, 132:8
**test** [1] - 43:10
**testified** [3] - 6:8, 109:8, 264:14
**testify** [1] - 156:17
**testifying** [5] - 60:23, 149:3, 188:10, 195:1, 195:19
**testimony** [18] - 5:25, 7:21, 8:7, 8:8, 67:15, 67:16, 127:24, 148:7, 177:3, 184:8, 184:18, 184:24, 184:25, 220:7, 220:10, 222:21, 223:8, 224:5
**Texas** [10] - 5:14, 12:17, 49:22, 49:25, 50:14, 73:17, 73:19, 203:13, 283:20, 294:9
**text** [9] - 9:23, 9:24, 10:9, 10:10, 14:24, 14:25, 178:19, 197:4, 207:22
**texts** [2] - 10:9, 191:24
**Thai** [1] - 193:19
**Thailand** [1] - 107:12
**that'** [1] - 37:19
**that'll** [3] - 57:1, 57:2, 194:24
**THE** [50] - 5:8, 5:21, 5:23, 5:24, 6:3, 6:5, 8:1, 23:19, 88:23, 89:2, 89:5, 89:6, 89:9, 89:12, 90:23, 91:1, 91:2, 166:25, 167:3, 167:25, 168:5, 168:9, 168:19, 168:20, 168:21, 168:22, 169:1, 169:4, 169:13, 169:16, 177:15, 177:18, 177:19, 177:22, 177:24, 190:5, 211:22, 213:24, 214:1, 214:3, 234:12, 234:15, 283:4, 283:7, 295:1, 295:3, 295:4,

295:5, 295:8, 295:22
**theirs** [1] - 87:11
**themselves** [1] - 220:13
**then-mother-in-law** [1] - 68:7
**they've** [9] - 76:4, 126:8, 132:16, 134:2, 148:25, 241:19, 251:12, 254:23, 294:13
**Thiel** [10] - 76:16, 197:18, 197:19, 197:21, 200:1, 200:22, 241:7, 274:25, 283:22
**thinking** [6] - 32:23, 73:2, 106:23, 109:18, 136:10, 250:4
**thinks** [1] - 20:1
**third** [6] - 139:1, 162:11, 162:12, 162:14, 178:12
**thirty** [1] - 98:18
**THOMPSON** [78] - 5:19, 6:4, 6:10, 8:5, 20:23, 20:25, 23:16, 23:20, 54:6, 70:24, 88:21, 88:25, 89:3, 89:11, 89:14, 91:3, 96:15, 96:17, 106:4, 110:14, 110:16, 114:14, 137:8, 151:7, 158:16, 159:9, 162:8, 163:8, 165:1, 165:2, 166:22, 167:2, 167:5, 167:8, 168:2, 168:7, 168:11, 168:23, 169:3, 169:5, 169:12, 169:18, 169:21, 177:13, 177:25, 190:3, 190:6, 190:7, 193:5, 193:7, 197:8, 197:10, 200:3, 200:5, 208:9, 208:11, 208:12, 209:14, 209:16, 211:23, 214:5, 214:10, 215:17, 215:19, 230:21, 230:24, 234:4, 234:7, 234:11, 234:17, 245:24, 272:3, 272:5, 272:7, 283:2, 283:9, 295:7, 295:10
**Thompson** [3] - 5:19, 90:7, 247:20
**thorough** [1] - 89:25
**thousand** [4] - 11:14, 105:6, 146:22, 153:19
**thousands** [1] - 75:10
**thread** [1] - 215:8
**threaten** [1] - 279:25
**threatened** [7] - 185:24, 186:10, 186:13, 186:15, 187:13, 262:16, 262:25
**three** [44] - 12:10, 13:19, 15:9, 49:18, 49:20, 66:18, 92:25, 93:1, 93:5, 94:6, 94:8, 98:14, 103:8, 103:12, 103:13, 105:21, 106:14, 106:24, 108:3, 108:22, 109:13, 109:17, 112:14, 126:3, 136:20, 137:3, 147:7, 163:25,

164:1, 186:21, 191:22, 192:4, 192:7, 203:8, 206:20, 209:3, 225:3, 242:6, 242:10, 243:23, 261:23, 262:1, 262:2, 282:8
**threw** [1] - 187:4
**thriving** [1] - 26:6
**throw** [1] - 211:11
**throws** [1] - 19:25
**ticket** [2] - 75:24, 76:5
**tie** [2] - 129:19, 131:16
**ties** [1] - 85:15
**tiff** [1] - 197:22
**tight** [1] - 276:5
**tighten** [1] - 275:18
**timing** [1] - 58:22
**tip** [1] - 209:11
**tipping** [1] - 273:10
**tire** [2] - 66:1, 98:16
**title** [4] - 65:10, 65:23, 66:7, 66:9
**today** [27] - 7:19, 7:21, 8:6, 8:21, 13:23, 16:1, 54:9, 55:1, 55:9, 56:2, 62:13, 64:16, 78:6, 98:8, 127:11, 131:21, 149:3, 150:5, 188:10, 195:1, 195:19, 213:1, 220:7, 220:15, 254:19, 254:20, 295:18
**today's** [1] - 5:9
**together** [2] - 108:25, 242:3
**Tom** [1] - 181:10
**tomorrow** [1] - 253:10
**Ton** [1] - 44:3
**Ton-That** [1] - 44:3
**tonight** [1] - 241:15
**took** [9] - 50:6, 75:20, 176:11, 199:19, 210:11, 216:10, 238:24, 242:16, 245:13
**tools** [1] - 191:7
**top** [13] - 24:15, 25:10, 66:23, 79:12, 98:10, 134:18, 139:21, 143:7, 173:4, 174:6, 174:21, 236:9, 287:20
**topics** [1] - 279:21
**Tor** [2] - 230:3, 230:5
**tor** [1] - 230:4
**total** [10] - 31:19, 127:3, 132:13, 165:11, 221:8, 260:11, 266:19, 266:21, 269:8, 288:3
**totality** [1] - 204:25
**totally** [21] - 50:3, 73:6, 77:10, 84:9, 101:2, 125:3, 134:12, 134:13, 134:16, 138:16, 140:1, 153:12, 155:1, 155:4, 161:12, 164:16, 172:14, 176:25, 200:16, 254:6, 277:24
**touch** [3] - 138:3, 278:22
**touched** [2] - 65:18, 67:20, 174:7
**towards** [4] - 19:9, 154:24,

162:13, 284:7

**trace** [1] - 198:20

**track** [1] - 176:22

**trade** [3] - 243:13, 251:22, 251:24

**train** [1] - 50:7

**Traitwell** [36] - 70:17, 71:23, 72:2, 72:4, 72:25, 73:11, 73:22, 73:23, 74:4, 74:7, 75:2, 75:10, 75:23, 76:11, 83:13, 83:22, 85:6, 99:16, 103:17, 202:15, 250:8, 250:12, 251:5, 251:6, 251:7, 251:19, 252:9, 284:24, 285:1, 285:8, 286:2, 287:13, 287:16, 287:18, 288:13, 288:25

**Traitwell's** [3] - 288:2, 288:7, 288:8

**Traitwell.com** [1] - 106:14

**transacted** [1] - 65:13

**transaction** [11] - 68:3, 219:23, 224:20, 224:24, 228:19, 228:22, 232:15, 233:21, 237:23, 243:20, 261:3

**transactions** [3] - 67:4, 75:9, 102:14

**transcript** [1] - 12:25

**transfer** [4] - 98:22, 102:20, 102:21, 237:23

**transferred** [7] - 86:15, 102:16, 223:4, 244:20, 244:21, 245:7, 249:15

**transferring** [1] - 63:20

**transfers** [3] - 47:6, 102:22, 108:16

**transmit** [3] - 278:15, 278:19, 278:24

**transmitted** [1] - 222:10

**transmitter** [1] - 175:10

**transparent** [1] - 273:6

**transportation** [1] - 65:5

**travel** [3] - 9:10, 49:9, 51:20

**traveled** [5] - 11:17, 47:16, 47:18, 50:17, 179:20

**traveling** [4] - 47:17, 50:23, 51:1, 51:8

**treasury** [1] - 176:11

**treated** [1] - 49:1

**tremendous** [1] - 115:5

**Trevor** [10] - 104:23, 104:24, 105:23, 108:24, 110:5, 111:10, 112:7, 112:16, 112:17, 113:8

**Trevor's** [1] - 113:1

**tri** [1] - 143:15

**tri-state** [1] - 143:15

**trial** [4] - 79:8, 95:4, 129:12, 197:11

**tried** [7] - 37:18, 56:20, 95:13, 95:15, 181:8, 203:10, 281:25

**trigger** [1] - 103:15

**trip** [4] - 50:3, 50:8, 50:16, 261:21

**trouble** [3] - 160:9, 183:9, 198:16

**true** [16] - 17:7, 37:24, 66:25, 71:3, 72:7, 128:14, 128:17, 155:24, 158:7, 162:5, 178:14, 182:3, 210:17, 263:15, 275:15, 283:18

**Trump** [5] - 70:2, 85:14, 87:4, 175:21, 176:7

**Trump's** [1] - 175:21

**Trust** [12] - 39:25, 40:11, 41:14, 41:24, 42:5, 62:20, 62:21, 62:22, 63:1, 245:1, 245:2

**trust** [51] - 35:13, 35:16, 35:18, 35:21, 41:6, 41:10, 41:18, 41:24, 42:8, 45:21, 45:22, 92:16, 92:19, 94:1, 94:14, 95:15, 97:1, 97:5, 97:11, 97:17, 101:6, 101:12, 101:23, 117:25, 118:1, 118:5, 118:6, 118:7, 120:1, 120:24, 124:14, 125:7, 144:9, 157:10, 166:9, 166:12, 192:25, 199:16, 201:20, 232:19, 245:14, 249:14, 249:24, 252:21, 265:1, 265:11, 265:14, 267:19, 269:16

**trusts** [36] - 40:8, 63:13, 63:15, 64:13, 96:19, 104:12, 118:10, 119:1, 119:8, 119:10, 119:16, 119:20, 119:25, 120:7, 120:20, 121:2, 121:5, 121:6, 121:16, 124:12, 124:15, 124:21, 125:4, 125:13, 125:16, 134:7, 160:19, 177:7, 225:3, 243:23, 249:24, 255:11, 264:15, 264:24, 269:11

**truth** [9] - 6:1, 9:2, 17:13, 17:15, 17:23, 18:8, 18:10

**truthful** [3] - 16:13, 17:4, 247:7

**truthfully** [2] - 8:21, 17:9

**try** [23] - 17:15, 51:1, 56:22, 57:14, 95:14, 96:21, 103:10, 120:4, 127:23, 151:20, 160:21, 162:19, 163:23, 189:5, 194:21, 201:5, 203:5, 206:15, 233:11, 258:1, 278:3, 282:2, 290:23

**trying** [34] - 18:12, 50:5, 50:9, 60:13, 76:16, 96:22, 96:24, 96:25, 97:2, 97:4, 105:19, 109:6, 130:24, 134:17, 138:14, 189:2, 189:4, 198:18, 203:7, 203:22, 205:25, 210:22, 213:9, 241:1, 241:6, 243:4, 247:25, 248:16,

248:22, 248:24, 249:3, 249:4, 288:5

**tub** [1] - 263:18

**tumblers** [1] - 191:9

**Turkey** [6] - 117:7, 117:9, 117:10, 152:12, 157:13, 158:13

**Turkic** [1] - 269:4

**Turkish** [1] - 158:13

**turn** [5] - 106:20, 201:2, 263:10, 265:18, 276:20

**turned** [2] - 87:21, 97:7

**turns** [1] - 85:3

**twe** [1] - 206:12

**Tweet** [2] - 176:7, 176:9

**tweet** [4] - 152:2, 152:5, 158:21, 159:12

**tweeted** [2] - 70:2, 87:4

**twen** [1] - 67:1

**twenty** [8] - 11:14, 44:7, 53:17, 67:11, 179:23, 242:12, 256:19

**twice** [4] - 12:6, 43:15, 46:17, 258:13

**twins** [1] - 87:10

**Twitter** [6] - 47:17, 151:9, 151:11, 151:18, 151:19, 275:21

**two** [39] - 11:14, 12:10, 13:19, 15:9, 29:5, 30:23, 38:2, 38:5, 49:18, 50:21, 52:1, 62:4, 109:17, 136:19, 137:3, 147:7, 151:3, 162:4, 162:24, 171:8, 174:5, 182:14, 192:4, 192:5, 194:4, 203:8, 240:3, 242:7, 242:17, 247:16, 247:21, 263:2, 263:9, 269:23, 270:17, 283:14, 286:6

**typ** [1] - 278:1

**type** [8] - 38:24, 64:25, 65:14, 120:19, 149:14, 150:21, 204:20, 267:25

**types** [1] - 74:20

**typical** [1] - 20:17

**typically** [46] - 9:23, 10:18, 20:20, 22:17, 42:20, 44:21, 44:23, 46:16, 65:4, 66:14, 71:10, 76:3, 105:7, 105:12, 105:14, 109:9, 119:19, 122:25, 123:11, 123:15, 132:15, 138:19, 145:25, 146:2, 146:12, 154:23, 157:5, 164:15, 171:7, 193:12, 202:4, 204:12, 227:18, 258:22, 259:5, 269:3, 273:10, 273:12, 274:1, 276:1, 278:1

**typos** [2] - 239:9, 239:13

**Türkiye** [4] - 152:25, 158:2, 158:4, 158:6

# U

**U.S** [20] - 24:17, 53:12, 119:9, 164:24, 179:12, 179:24, 182:21, 186:22, 186:24, 221:14, 262:8, 262:12, 264:11, 269:9, 270:22, 271:4, 271:23, 272:10, 272:23, 273:1

**Uber** [1] - 150:12

**UK** [3] - 164:24, 195:14

**ultimately** [40] - 60:19, 70:1, 75:3, 77:13, 83:3, 90:9, 99:18, 104:17, 106:12, 106:17, 107:2, 107:5, 107:9, 108:25, 110:24, 111:18, 116:9, 116:18, 127:4, 130:11, 130:12, 132:9, 138:8, 159:25, 178:7, 178:17, 179:5, 180:20, 183:6, 189:7, 189:15, 227:5, 227:8, 260:5, 261:2, 261:10, 267:15, 288:20, 288:21

**ultra** [1] - 222:20

**Umbra** [7] - 62:23, 80:20, 104:6, 133:23, 136:2, 136:5, 201:24

**uncle** [4] - 158:2, 196:11, 196:12

**unclear** [4] - 136:6, 165:13, 251:9, 251:11

**uncomfortable** [1] - 204:6

**uncommon** [1] - 258:12

**under** [30] - 5:18, 7:18, 18:11, 18:17, 28:18, 28:19, 30:8, 81:6, 82:2, 142:3, 149:3, 151:21, 170:19, 174:12, 177:3, 184:8, 187:24, 196:13, 206:20, 211:13, 211:14, 222:21, 223:8, 224:6, 240:4, 241:14, 244:18, 263:11, 273:11, 274:11

**undercapitalized** [1] - 288:5

**underfunded** [1] - 184:2

**undergo** [1] - 213:20

**underlined** [1] - 238:4

**underlining** [2] - 246:25, 247:1

**underlying** [2] - 133:2, 228:18

**undertaking** [1] - 261:6

**underwrite** [1] - 260:15

**underwriting** [1] - 209:5

**unfortunate** [3] - 138:10, 250:22, 267:8

**unfortunately** [7] - 138:10, 149:25, 160:5, 187:23, 196:12, 242:8, 250:21

**uniform** [1] - 55:18

**Union** [1] - 256:22

**unique** [1] - 252:1

**United** [10] - 5:13, 113:5, 117:1, 129:8, 140:21, 158:19,

186:22, 261:16, 268:18, 293:2
**Universal** [1] - 199:13
**Univision** [2] - 199:13, 199:14
**unless** [4] - 174:12, 184:22, 197:4, 279:19
**unlikely** [2] - 194:2, 194:7
**unnamed** [1] - 218:24
**unofficially** [1] - 122:13
**unpaid** [1] - 158:10
**unusual** [1] - 181:17
**up** [103] - 19:18, 19:20, 37:21, 40:9, 42:8, 42:14, 51:23, 52:4, 58:7, 58:18, 59:7, 73:10, 75:3, 79:12, 80:8, 86:11, 86:16, 90:1, 92:24, 92:25, 94:6, 94:7, 103:8, 111:1, 111:19, 111:20, 117:4, 121:2, 121:10, 123:10, 124:12, 124:16, 125:7, 130:11, 130:23, 131:1, 131:15, 132:18, 135:18, 138:9, 148:24, 149:20, 149:25, 152:8, 161:17, 163:25, 164:1, 175:13, 191:6, 199:9, 199:13, 199:15, 199:16, 216:13, 216:16, 216:21, 216:22, 216:23, 217:9, 217:13, 217:21, 217:23, 217:25, 218:3, 218:7, 218:10, 218:21, 218:22, 218:25, 219:2, 219:18, 221:25, 222:3, 224:21, 227:24, 228:7, 231:25, 233:8, 240:24, 243:7, 243:15, 254:3, 258:20, 264:6, 265:11, 265:16, 266:1, 266:4, 266:15, 267:18, 268:6, 268:24, 269:17, 275:18, 281:9, 281:22, 282:1, 285:19, 289:14, 294:16, 294:20, 295:16
**update** [1] - 241:15
**upgraded** [3] - 234:21, 235:5, 241:19
**upload** [2] - 88:15, 88:18
**uploaded** [1] - 88:14
**upside** [1] - 117:19
**US** [1] - 154:13
**usable** [1] - 257:25
**USB** [1] - 190:25
**useful** [1] - 150:25
**useless** [1] - 136:13
**user** [1] - 174:14
**uses** [1] - 20:10

# V

**V-A-R-N-I-S-H** [1] - 281:2
**vacation** [1] - 238:11

**vague** [1] - 17:11
**valuable** [1] - 268:11
**valuation** [3] - 80:2, 165:17, 260:12
**valuations** [1] - 127:4
**value** [11] - 105:16, 108:24, 132:13, 132:18, 135:20, 136:16, 164:3, 176:20, 243:6, 252:8, 252:10
**valued** [1] - 105:3
**valueless** [1] - 99:18
**various** [11] - 44:20, 62:24, 101:8, 145:15, 145:16, 147:5, 147:24, 164:24, 200:25, 257:5, 288:17
**Varnish** [1] - 280:20
**varnish** [1] - 281:1
**vehicle** [14] - 41:16, 133:24, 135:8, 135:11, 135:21, 136:15, 139:10, 139:15, 144:22, 166:2, 192:24, 245:2, 269:17, 281:6
**vehicles** [7] - 64:24, 65:4, 107:25, 133:18, 143:23, 195:2, 270:9
**Vekselberg** [1] - 197:21
**Venmo** [1] - 47:9
**venture** [8] - 77:15, 77:18, 100:18, 103:22, 132:22, 228:10, 251:8, 283:17
**verbatim** [2] - 239:5, 285:24
**verification** [1] - 175:1
**version** [2] - 275:10, 275:16
**versus** [2] - 5:12, 128:24
**via** [6] - 10:10, 14:20, 29:5, 209:19, 226:14, 226:17
**viability** [1] - 107:16
**video** [2] - 5:10, 90:18
**VIDEOGRAPHER** [21] - 5:8, 6:5, 89:6, 89:9, 90:23, 91:2, 167:3, 167:25, 168:5, 168:9, 169:1, 169:4, 169:13, 169:16, 234:12, 234:15, 283:4, 283:7, 295:5, 295:8, 295:22
**Vienna** [1] - 196:14
**view** [1] - 51:17
**violate** [1] - 157:10
**violating** [1] - 101:22
**violation** [8] - 11:23, 20:12, 21:19, 23:13, 40:24, 130:16, 274:3, 291:19
**violence** [2] - 115:3, 115:4
**violent** [2] - 83:3, 189:10
**Virginia** [4] - 11:5, 52:12, 65:3, 191:19
**visit** [4] - 50:1, 195:16, 261:9, 261:10
**visited** [5] - 39:9, 135:1, 137:12, 137:22, 254:23
**visiting** [2] - 134:25, 142:8

**vividly** [1] - 151:23
**voice** [1] - 146:19

# W

**wa** [1] - 230:4
**wages** [1] - 77:17
**wait** [17] - 30:9, 100:10, 129:1, 133:17, 167:10, 168:19, 211:19, 224:12, 243:1, 247:21, 267:1, 269:21, 273:12, 289:8
**Wait** [1] - 194:14
**waiting** [7] - 96:12, 98:20, 98:24, 98:25, 99:6, 110:9, 252:7
**waived** [1] - 295:25
**walk** [1] - 91:25
**walked** [1] - 87:6
**Wall** [1] - 290:17
**wallet** [5] - 67:10, 68:1, 190:18, 190:24, 191:13
**wallets** [4] - 64:11, 190:12, 190:14, 190:22
**Walmart** [3] - 39:21, 53:8, 220:21
**Walmarts** [1] - 53:10
**wants** [6] - 61:5, 65:25, 111:11, 141:15, 191:25
**warranted** [1] - 142:5
**Washington** [1] - 294:12
**waste** [2] - 115:5, 131:7
**watches** [1] - 144:6
**water** [2] - 88:13, 100:3
**ways** [7] - 44:23, 85:2, 101:9, 116:20, 155:14, 181:8, 183:10
**wealth** [4] - 259:23, 260:10, 260:13, 261:4
**wear** [4] - 51:15, 129:19, 151:4
**wearing** [1] - 131:15
**website** [1] - 86:14
**Wednesday** [5] - 281:19, 281:20, 282:4, 282:12
**week** [8] - 21:11, 39:11, 43:6, 43:12, 43:15, 54:8, 237:23, 242:24
**weeks** [6] - 105:21, 108:3, 108:22, 109:13, 112:15
**weigh** [1] - 116:3
**weird** [1] - 118:9
**welcome** [8] - 61:10, 92:9, 94:18, 94:21, 95:2, 112:3, 113:13, 294:2
**well-being** [1] - 180:8
**well-networked** [1] - 158:2
**wellbeing** [1] - 125:2
**Wells** [15] - 53:12, 53:21, 219:8, 220:5, 221:22, 222:3, 222:22, 223:4, 223:17, 224:19,

224:21, 228:23, 233:22, 255:6
**West** [1] - 160:4
**western** [2] - 51:13, 268:11
**whatsoever** [3] - 97:23, 219:18, 244:4
**where'd** [3] - 34:7, 53:19, 71:7
**whistling** [3] - 142:12, 142:13
**White** [6] - 39:25, 40:11, 41:24, 42:5, 62:20, 245:1
**who've** [1] - 292:24
**whoever's** [1] - 231:24
**whole** [24] - 6:1, 21:21, 33:5, 57:23, 58:16, 61:7, 70:21, 125:17, 129:12, 146:21, 166:13, 194:17, 197:22, 199:20, 200:19, 214:7, 235:19, 258:8, 259:11, 265:20, 267:6, 268:14
**Wi** [3] - 88:19, 259:1, 259:10
**Wi-Fi** [3] - 88:19, 259:1, 259:10
**Wide** [1] - 74:17
**wife** [41] - 31:1, 36:1, 41:11, 42:12, 43:14, 43:21, 44:16, 46:16, 53:6, 62:8, 64:14, 95:21, 96:9, 134:7, 137:13, 138:23, 143:18, 144:10, 160:19, 160:20, 200:17, 201:7, 201:15, 203:19, 206:14, 207:11, 207:15, 207:23, 215:15, 223:6, 223:15, 223:16, 224:1, 224:14, 224:18, 225:12, 239:20, 241:18, 243:3, 254:10, 266:24
**wife's** [6] - 42:15, 45:22, 205:1, 230:15, 242:5, 266:23
**Wikileaks** [1] - 186:17
**wild** [1] - 286:1
**wildebeest** [1] - 228:6
**willing** [2] - 33:11, 252:13
**win** [4] - 58:16, 98:6, 182:9, 289:12
**window** [1] - 41:13
**wine** [1] - 32:8
**Winklevoss** [1] - 87:10
**winning** [1] - 22:11
**Winslow's** [1] - 31:18
**wipe** [1] - 258:1
**wiped** [1] - 258:16
**wire** [6] - 102:20, 102:21, 102:22, 108:16, 145:9, 146:13
**Wire_Instructions** [2] - 214:19, 226:12
**wired** [1] - 80:13
**Wires** [1] - 155:5
**wise** [1] - 202:17
**wish** [12] - 135:5, 137:3, 194:3, 194:21, 230:12, 243:3, 250:1,

# EXHIBIT 42

254:25, 261:6, 284:7, 284:15, 286:20
**wished** [3] - 182:10, 271:3, 286:18
**withdrawn** [1] - 47:4
**withheld** [1] - 270:13
**withholding** [1] - 41:23
**witness** [7] - 5:18, 7:11, 26:18, 26:23, 28:3, 29:21, 295:18
**WITNESS** [16] - 5:23, 6:3, 23:19, 88:23, 89:2, 89:5, 168:20, 168:22, 177:15, 177:19, 177:24, 190:5, 213:24, 214:3, 295:1, 295:4
**witnesses** [1] - 21:23
**woefully** [1] - 184:2
**Wojcicki** [1] - 260:6
**woke** [1] - 191:6
**Wolfe** [3] - 188:21, 189:4, 189:6
**wolfe** [1] - 188:23
**Wolfel** [1] - 162:3
**Wolff** [1] - 291:9
**woman** [9] - 38:4, 48:24, 52:5, 56:13, 164:14, 290:21, 290:24, 291:1, 291:2
**women** [1] - 38:3
**Wood** [2] - 52:17, 53:21
**Woodforest** [20] - 29:7, 33:13, 39:1, 39:10, 53:9, 53:15, 63:11, 63:21, 70:7, 70:16, 74:2, 74:25, 80:16, 146:18, 146:25, 148:1, 148:4, 153:18, 155:10, 220:21
**word** [4] - 141:24, 183:17, 271:14
**words** [6] - 73:3, 191:2, 238:12, 246:20, 247:2, 247:23
**works** [23] - 58:8, 117:22, 118:19, 125:3, 156:7, 164:14, 193:12, 202:4, 203:19, 226:3, 226:10, 232:8, 258:22, 259:7, 271:13, 271:18, 272:21, 273:3, 274:1, 276:1, 276:19, 285:20, 293:18
**world** [10] - 106:13, 107:22, 112:22, 195:9, 195:10, 268:2, 268:3, 269:4, 269:5, 291:7
**worried** [3] - 130:14, 188:5, 188:6
**worth** [22] - 45:13, 74:7, 75:6, 75:16, 77:9, 80:5, 81:9, 98:4, 98:15, 110:2, 110:3, 111:13, 126:19, 127:8, 127:9, 127:14, 127:21, 128:6, 134:8, 176:5, 202:6, 244:13
**Worth** [5] - 5:15, 39:13, 50:3, 51:12, 150:3
**worthwhile** [1] - 133:5
**would've** [5] - 115:16, 203:9, 205:12, 263:7, 287:11

**write** [23] - 59:19, 79:19, 84:7, 90:25, 109:7, 133:11, 138:21, 145:10, 177:20, 238:2, 238:3, 238:12, 238:13, 238:18, 253:15, 259:2, 273:25, 274:6, 276:7, 276:17, 276:20, 276:21, 277:3
**write-off** [1] - 145:10
**writing** [15] - 79:15, 84:25, 85:9, 109:14, 109:16, 109:18, 213:1, 246:17, 251:21, 274:15, 274:16, 275:3, 285:2, 285:11, 285:14
**written** [21] - 34:5, 85:8, 115:15, 134:25, 139:19, 203:25, 204:10, 204:19, 205:14, 205:15, 205:17, 205:18, 206:3, 206:10, 207:21, 247:2, 289:24, 289:25, 290:2
**wrongly** [1] - 49:1
**wrote** [16] - 77:19, 79:20, 84:6, 85:7, 132:20, 137:19, 152:15, 163:20, 185:16, 236:24, 237:6, 238:14, 247:23, 254:1, 257:19, 275:19
**Wyoming** [28] - 92:11, 96:25, 97:5, 97:17, 120:1, 218:4, 218:6, 218:8, 232:18, 233:22, 243:21, 245:7, 245:14, 247:19, 248:12, 248:19, 248:25, 255:6, 255:13, 255:14, 255:23, 256:11, 256:18, 256:22, 264:24, 265:10, 268:23, 269:3

## X

**X'd** [1] - 175:19
**Xavier** [2] - 62:20, 245:1

## Y

**year** [17] - 43:20, 48:5, 62:4, 87:2, 109:14, 139:10, 139:18, 156:11, 162:4, 176:24, 193:19, 199:24, 200:6, 204:23, 253:18, 261:10, 287:10
**years** [63] - 7:5, 7:9, 7:15, 15:17, 25:5, 30:23, 62:1, 67:8, 69:2, 69:3, 77:11, 85:16, 85:25, 101:9, 102:6, 102:11, 102:19, 103:13, 109:17, 120:22, 132:20, 136:19, 136:20, 137:3, 140:18, 140:24, 146:14, 147:7, 156:25, 162:5, 164:12, 164:18, 165:18, 177:2, 182:13, 193:2, 193:17, 198:9, 198:23, 199:7, 200:12,

201:22, 203:8, 205:21, 206:20, 242:6, 242:7, 242:11, 242:12, 242:17, 255:18, 257:17, 261:23, 261:25, 283:24, 286:19, 287:7
**yes-or-no** [1] - 120:4
**yesterday** [1] - 291:9
**Yingling** [1] - 85:17
**York** [7] - 11:18, 31:4, 31:6, 36:5, 36:11, 123:23, 283:20
**young** [2] - 10:19, 10:20
**yourself** [10] - 35:8, 77:4, 126:15, 177:7, 188:19, 223:5, 223:15, 223:25, 258:19, 267:23

## Z

**Zelle** [1] - 47:11
**zero** [6] - 91:15, 218:16, 218:18, 218:19, 223:24, 252:9
**Zionists** [4] - 158:23, 159:2, 159:3, 159:6

## —

– [1] - 131:20
— [1] - 155:17

## À

**à** [1] - 275:1

```
 1               IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF TEXAS

 3                      FORT WORTH DIVISION

 4   POINT BRIDGE CAPITAL, LLC     )    CASE NO. 4:24-CV-00988-P
     ET AL                         )
 5                                 )
                                   )    FORT WORTH, TEXAS
 6   vs.                           )
                                   )    JUNE 5, 2025
 7   CHARLES JOHNSON               )    1:45 P.M.

 8
                                VOLUME 1
 9                   TRANSCRIPT OF SHOW CAUSE HEARING
                   BEFORE THE HONORABLE MARK T. PITTMAN
10                 UNITED STATES DISTRICT COURT JUDGE

11

12   A P P E A R A N C E S:

13   FOR THE PLAINTIFF:      WILLIAM BENNETT THOMPSON
                             DLA Piper, LLP US
14                           1900 N. Pearl Street
                             Suite 2200
15                           Dallas, Texas  75201
                             Telephone:  214.743.4500
16

17   PRO SE DEFENDANT:       CHARLES JOHNSON
                             1624 Fieldthorn Drive
18                           Reston, Virginia  20194
                             Telephone:  617.429.4718
19

20   COURT REPORTER:         MONICA WILLENBURG GUZMAN, CSR, RPR
                             501 W. 10th Street, Room 310
21                           Fort Worth, Texas  76102
                             Telephone:  817.850.6681
22                           E-Mail:  mguzman.csr@yahoo.com

23

24   Proceedings reported by mechanical stenography, transcript
     produced by computer.
25
```

1                              **INDEX**

2                                              PAGE   VOL.

3

4    Appearances ................................3      1

5

6    Comments by the Court ......................3      1

7

8    Discussion with the Court ..................4      1

9

10   Court's Ruling ............................24      1

11

12   Proceedings Adjourned .....................29      1

13

14   Reporter's Certificate ....................30      1

15

16

17

18

19

20

21

22

23

24

25

1    **P R O C E E D I N G S**

2    *(June 5, 2025, 1:45 p.m.)*

3    *THE COURT:* Okay. This is Cause Number

4    4:24-CV-988-P, the matter of Point Bridge Capital, LLC, and

5    Hal Lambert vs. Charles Johnson.

6    At this time, counsel for plaintiff, please identify

7    yourself.

8    *MR. THOMPSON:* Good afternoon, Your Honor. Will

9    Thompson for the plaintiffs.

10   *THE COURT:* Mr. Johnson, would you stand and

11   identify yourself for the record.

12   *DEFENDANT JOHNSON:* Yes. Charles Johnson.

13   *THE COURT:* You haven't managed to find an attorney?

14   *DEFENDANT JOHNSON:* No, sir. I have not.

15   *THE COURT:* Okay. We're here on a couple of

16   different matters. We're here on an order to show cause that

17   I issued on May the 21st related to some things that we talked

18   about at the last hearing, Mr. Johnson.

19   I had told you that you had better attend the

20   mediation, as ordered by the Court in Document Number 52 and

21   55, and I said you had to pay the mediator or you could get in

22   trouble from me. And I said, Do you understand that; and you

23   said, Yes, you did. And I warned you that you could face

24   possible sanctions at that time if you didn't comply.

25   I was notified by the Honorable David Evans that you

1    did not comply.  And as a result of that, the mediator

2    cancelled the mediation, and I issued an order on the 21st to

3    show cause why you shouldn't be sanctioned for failing to

4    comply with the Court orders or participate in the litigation.

5    That's item number one.

6           Item number two is the motion that was filed by the

7    plaintiff for relief and notice of Mr. Johnson's noncompliance

8    with the Court's May the 8th, 2025 order.  At the last

9    hearing, you also agreed to participate in discovery in this

10   case and exchange search terms, et cetera, and that you would

11   start conducting discovery.

12          It doesn't look like either one of those have been

13   done.  So, I'm considering whether to hold you in contempt and

14   take you down to Johnson County.

15          Would my Marshal go and stand behind Mr. Johnson,

16   stand with him.  We may have to arrest him and take him in

17   today.  I'm trying to decide what I need to do to ensure

18   compliance with my orders.

19          Unlike some of the judges you may have appeared in

20   front of, I don't have enough patience for this; I told you

21   last time.

22          So, you're here to show cause.

23          *DEFENDANT JOHNSON:*  Yes, Your Honor.

24          *THE COURT:*  Why didn't you pay the mediation fee?

25          *DEFENDANT JOHNSON:*  I was on a family matter in

```
 1   California, but I'm here to pay the fee.
 2              THE COURT:  Have you got your checkbook?
 3              DEFENDANT JOHNSON:  I have -- yes, I can get it in
 4   time.
 5              THE COURT:  Well, what does that mean?  Because if I
 6   take you down to Johnson County and you're held until you
 7   purge yourself, is there somebody that can pay Judge Evans in
 8   the meantime?
 9              DEFENDANT JOHNSON:  Not that I know of, Your Honor.
10   But I do have the funds.  I didn't have the funds at the time,
11   but I have them now.
12              THE COURT:  Okay.  And you have the ability to pay
13   those today?
14              I'm trying to figure out, do I need to take you in
15   and hold you overnight tonight.
16              DEFENDANT JOHNSON:  It's not necessary, sir.
17              THE COURT:  Okay.
18              DEFENDANT JOHNSON:  And further, I'm happy to come
19   to Texas as often as needed.
20              THE COURT:  Well, let me ask you the next question,
21   because I can still hold you in contempt for failure to comply
22   with discovery.  You've read, by this point, the motion that
23   was filed regarding your noncompliance; is that right?
24              DEFENDANT JOHNSON:  I have, Your Honor.
25              THE COURT:  What's your response to that?
```

1      *DEFENDANT JOHNSON:*  I have no objection to
2   discovery, so long as it's specific.  If you look at the
3   search terms that were requested, they were extremely
4   voluminous, and many of them were not terribly relevant to
5   this case.
6           *THE COURT:*  Well, remember what I told you last time
7   about what Benjamin Franklin said, that the person that
8   represents himself has a fool for a client?
9           *DEFENDANT JOHNSON:*  That's true, Your Honor.
10          *THE COURT:*  Don't you think it might help if you
11  were able to get an attorney?
12          *DEFENDANT JOHNSON:*  I have called no fewer than six
13  law firms, Your Honor.
14          *THE COURT:*  Did you take my advice and go talk to
15  the Tarrant County Bar Association --
16          *DEFENDANT JOHNSON:*  I did not, Your Honor.
17          *THE COURT:*  -- to see if somebody could take your
18  case pro bono?
19          I mean, I don't know a lot about what you do, but I
20  assume, based on what's present before me and some of the
21  filings, that you could be considered a public figure.  Is
22  that fair to say?
23          In other words, you're someone that folks out there
24  in the public, if they follow you on your various media
25  outposts they might know you; is that right?

1          *DEFENDANT JOHNSON:*  I assume so, sir.

2          *THE COURT:*  How many followers do you have on your

3    various social media?

4          *DEFENDANT JOHNSON:*  I don't know, Your Honor.

5          *THE COURT:*  Oh, I don't believe that.

6          *DEFENDANT JOHNSON:*  I promise you, it's not

7    something I've kept up with.

8          *THE COURT:*  You don't keep track with the number of

9    followers you have on social media?

10         *DEFENDANT JOHNSON:*  No, sir.

11         *THE COURT:*  Not on your YouTube channel or this

12   other stuff?

13         *DEFENDANT JOHNSON:*  I don't have a YouTube channel,

14   sir.

15         *THE COURT:*  Well, I don't know a lot about social

16   media.  It's one of the advantages of being a district judge,

17   I don't do that stuff, nor do I care to.

18         But you do make posts out there, is that right, such

19   as the one outlined in the motion?

20         *DEFENDANT JOHNSON:*  I'm not familiar with that one,

21   Your Honor.

22         *THE COURT:*  You do have a Twitter account or you

23   did?

24         *DEFENDANT JOHNSON:*  No, Your Honor.  I do not.  My

25   Twitter account was disabled last year.

1    *THE COURT:*  But you host live chats; is that right?

2    *DEFENDANT JOHNSON:*  No, Your Honor.  I don't host

3    live chats.

4    *THE COURT:*  So, when it says in this motion that was

5    filed by plaintiffs back on June the 4th, where you conduct

6    these live chats and you talk about your lawsuits, you're not

7    conducting those, that's not true?

8    *DEFENDANT JOHNSON:*  I'm unfamiliar with that, Your

9    Honor.  There may have been a Substack discussion group where

10   people asked me about the case, but I was pretty noncommittal

11   in that Substack --

12   *THE COURT:*  Do you ever put anything out on your

13   Substack about this lawsuit?

14   *DEFENDANT JOHNSON:*  No, sir.  To the extent that

15   people have asked me about it, I've been pretty calm about it.

16   *THE COURT:*  I mean, I don't care what you do.  But

17   you never conducted a live chat?

18   *DEFENDANT JOHNSON:*  It wasn't a live chat, I don't

19   think so, Your Honor.  I have a message group where people ask

20   me questions, but --

21   *THE COURT:*  How many -- how many folks do you think

22   follow you on that?

23       I guess the reason I ask you this --

24   *DEFENDANT JOHNSON:*  Maybe no more than 20.  I'm not

25   sure.

1    *THE COURT:*  You might want to ask some of your

2    buddies if they can serve as pro bono counsel, if they're an

3    attorney.

4         *DEFENDANT JOHNSON:*  I have quite a number of people

5    who have offered to represent me all around the country, but

6    Texas, the Northern District in particular, is proving quite a

7    challenge.

8         *THE COURT:*  Well, I tend to be pretty lenient on pro

9    hac vice admissions.

10        But we're going at a rate where you're quickly

11   looking to be thrown in jail until you purge yourself from

12   your contempt.

13        Quite frankly, I'm not surprised, given the history

14   of this case, that we would be here today.  I was hoping to be

15   pleasantly surprised that you would comply with my orders, but

16   I shouldn't be shocked.  It appears not only to be your track

17   record here, but also in the case up in New York.

18        As I said -- remember I told you to study about

19   Judge McBryde before you came back next time?

20        *DEFENDANT JOHNSON:*  I did.

21        *THE COURT:*  Did you have a chance to study about

22   him?

23        *DEFENDANT JOHNSON:*  I read some things about him,

24   sir.

25        *THE COURT:*  What do you think he would do with you,

1   if he were here, if he were the Judge?  Because I can tell you

2   I know.

3        *DEFENDANT JOHNSON:*  He would not be as lenient as

4   I'm hoping you will be.

5        *THE COURT:*  He would want to make sure you had your

6   toothbrush, and then you'd go away for a while.

7        *DEFENDANT JOHNSON:*  That's right.

8        *THE COURT:*  So, I'd like to do a few things.  Do you

9   have your checkbook for the judge down in your vehicle?

10       *DEFENDANT JOHNSON:*  I do not have a vehicle here,

11  sir.

12       *THE COURT:*  Do you have a rental car?  You got here

13  via Uber?

14       *DEFENDANT JOHNSON:*  I have no rental car, I have no

15  -- none of that.  No.

16       *THE COURT:*  All right.  So, how are you going to pay

17  Judge Evans's mediation fee?

18       *DEFENDANT JOHNSON:*  My plan was by tomorrow to send

19  him either a wire or certified check from my bank.  It is a

20  Texas-based bank, so I assume we could do it that way.

21       *THE COURT:*  Do you think you can handle that today,

22  if I send you down to the holding cell and you're able to make

23  some phone calls?

24       *DEFENDANT JOHNSON:*  I don't think I would be able to

25  make some phone calls, because my phone is not here.

1          *THE COURT:*  Well, if you were allowed to get your

2     phone call.

3          *DEFENDANT JOHNSON:*  I don't know anyone that I would

4     call, because I have no one's phone number memorized, Your

5     Honor.

6               But I can assure you --

7          *THE COURT:*  You know they take credit cards down on

8     the third floor.  You could pay the mediation fee into the

9     registry of the court, then I could have it disbursed to Judge

10    Evans.

11         *DEFENDANT JOHNSON:*  Happy to do that, Your Honor.

12    That's easy to do.

13         *THE COURT:*  All right.  Well, tell me about the

14    discovery.  Now, it's one thing to say, I think that some of

15    these requests are overly broad, irrelevant, et cetera, et

16    cetera.  If that's the case, it's perfectly fine to object.

17    Then we have a hearing in front of the Court and the Judge

18    decides that; it could be me, it could be the magistrate.  But

19    that does not forgive you of the obligation that you are to

20    produce what is responsive.

21         *DEFENDANT JOHNSON:*  I have sent plaintiffs' counsel

22    some emails concerning plaintiff.  But I encourage Your Honor

23    to look at the sheer volume of the search terms, because it's

24    unlike anything -- I have friends that are attorneys, it's

25    unlike anything they've seen before.

1    *THE COURT:*  That's why you should have an attorney

2    to object.  Or if you're acting on your own, you need to

3    object to it, file the appropriate motion for protective order

4    or motion to quash.  But you continue to have an obligation

5    under the rules, pro se or not, to produce documents that are

6    responsive.  You don't just get to say, No, these are too

7    broad, I'm not giving anything.  And then the Judge can decide

8    whether the remaining requests violate the rules; but you have

9    to have a motion or -- motion to quash, motion for protective

10   order.

11          This is not the way we do things, is wait and have

12   multiple hearing upon multiple hearing.  That tends to take up

13   the Court's valuable time and resources, and I don't think

14   that you're going to like the tools that I have to enforce

15   compliance.

16          You seem to be an educated man, I bet you know what

17   I'm talking about.  I would not want to, if I were out of

18   state, go down to the jail facility that we share down in

19   Cleburne, Texas, with Johnson County.  And I also have

20   monetary sanctions and other things that I can do to ensure

21   compliance.

22          So, take a seat for a moment.  Do you have any

23   guidance or wisdom that you can give me, sir, counsel for

24   plaintiffs?

25          *MR. THOMPSON:*  Your Honor knows the case.  What I

1    will say is, we've tried to work with Mr. Johnson in good

2    faith to try to lead him along without acting as his lawyer.

3          As to the search terms, you know, we offered to put

4    him in touch with a vendor.  And the whole idea was to have

5    one collection, where you run the search terms, we run the

6    privilege, and that is it, across his devices, and then we

7    move to trial.  We've told Mr. Johnson that in our letter, we

8    said, Vendors provide hit counts, if something's too much

9    we'll talk about it in good faith and all of that.  But we

10   didn't want to come back here -- come back and forth and have

11   seriatim requests.

12          THE COURT:  There's a case that might benefit,

13   Mr. Johnson, for you to read, it's called *Dondi Properties*.  I

14   know you're not a lawyer, but I know you know how to use the

15   computer, so I bet you can find this.  It's called *Dondi*

16   *Properties Corporation vs. Commerce Savings & Loan*, 121

17   Federal Rules Decisions 284.  It's a decision that governs how

18   we conduct ourselves, and how, in particular, we conduct

19   discovery in the Northern District; because if we don't, we

20   get subject to sanctions.

21          Now, that governs behavior of the lawyers.  But it

22   also governs your behavior, because you're acting as your own

23   lawyer.  And that means you need to pick up the phone and call

24   Mr. Thompson if you have a problem with a request.  Going on

25   your Substack or live chat and complaining doesn't really

1   advance the ball.

2          Because ultimately, at the end of the day,

3   regardless of what your followers think, you're involved in a

4   Federal lawsuit.  And if you keep going down the road that

5   you're going on now, you're going to get yourself caught in a

6   bear trap and it's going to be awfully hard to get out of

7   that.

8          Go ahead, Mr. Thompson.

9          *MR. THOMPSON:*  Just a couple of points, Your Honor.

10         So, we structured this search protocol, because

11  Mr. Johnson doesn't have the knowledge, nor do we trust him to

12  conduct an adequate search himself.  So that's why we tried

13  to, you know, provide him with a vendor.

14         But just one thing I do want to note, Mr. Johnson

15  said he provided some emails, I think it was five or six he

16  just forwarded to me shortly after our hearing.  And then --

17         *THE COURT:*  Five or six emails?

18         *MR. THOMPSON:*  Less than a dozen, I'd say.

19         *THE COURT:*  Okay.

20         *MR. THOMPSON:*  And just kind of -- it was forwarded,

21  it's not really responsive to anything.

22         *THE COURT:*  Most people probably send that many on

23  their Uber ride back to the airport.

24         *MR. THOMPSON:*  Yeah.  It was -- it was just sort of

25  all within a short time span.

1        But what I do want to note for the Court, so on

2   May 15th we served our search term letter, provided him a

3   protocol, provided a link to the protective order to address

4   his concerns about privacy.

5        The very next day there's a social media post by a

6   man named Jordan Arthur Bloom.  He writes sort of -- he writes

7   really inflammatory stuff about my client.  He calls him a pig

8   face and all sorts of really nasty stuff.  Mr. Bloom writes on

9   his Substack that he had looked at the search terms and, you

10  know, said they didn't make any sense.  That was the very next

11  day after we sent this letter.  So, I called that the leak in

12  the motion, Your Honor.

13       And then a couple of days later Mr. Lambert, the

14  plaintiff here, my client, gets a call from a reporter at the

15  Wall Street Journal asking all about the search terms, saying

16  that she's heard them or she's looked at them.  You know, so

17  -- you know, we asked -- I asked immediately when I learned

18  that, contacted Mr. Johnson via email, because I wanted to

19  have it documented, ask him if he leaked the search terms, why

20  he did it.  And that email, I think I sent it on May 21st, and

21  since -- you know, from May 21st to today, he's not responded

22  one bit.

23       I've tried to keep him in the loop about the case,

24  whenever an order comes out or there's a filing or anything, I

25  immediately send it to him.  So, you know, ultimately, I think

1  Your Honor knows how it wants to handle it.  But just as it

2  pertains to collecting documents and trying to move this case

3  forward, we want to keep the aggressive schedule that the

4  Court has with the December trial date, that's why we tried to

5  have this comprehensive collection in production.  But we

6  just, at bottom, don't think that Mr. Johnson can be trusted

7  to do it on his own without some type of supervision.

8          THE COURT:  Are you representing Mr. Lambert in the

9  New York case?

10         MR. THOMPSON:  No, Your Honor.  This is the only

11  matter that I represent Mr. Lambert in.  And just the --

12         THE COURT:  Well, it appears that the Judge up there

13  is getting very frustrated as well.  I don't know what their

14  dockets look like, but mine are very, very busy.  I don't have

15  time to police this.  It's been nothing but trouble for the

16  Court.  And attempts to -- or at least the appearance of

17  attempts to try to avoid Court's orders and trying to make an

18  appearance here in court, and I'm getting exhausted by the

19  excuses.  We have to get this matter up and going.

20         I would like to take a moment -- unless,

21  Mr. Johnson, you have anything else.

22         DEFENDANT JOHNSON:  I would -- just two things, Your

23  Honor.

24         THE COURT:  Okay.

25         DEFENDANT JOHNSON:  So, the first is that my prior

1   counsel made this issue at the time, and it's something that I

2   think still needs to be addressed, which is, my family trusts

3   are represented by DLA Piper.  And we did, in fact, retain

4   DLA Piper before Mr. Thompson left Quinn Emanuel to go to work

5   at DLA Piper.

6           Mr. Thompson, when he's been asked about this

7   conflict issue -- which my family is still retaining

8   DLA Piper, I'm a beneficiary of those trusts -- has not -- has

9   not been forthcoming on that.

10          THE COURT:  Did you put this out on your Substack in

11  the same one that you --

12          DEFENDANT JOHNSON:  No, sir.  I did not.

13          THE COURT:  -- talked about Mr. Thompson's religious

14  background?

15          DEFENDANT JOHNSON:  No.  I did not, Your Honor.  And

16  what's more -- if I may, Your Honor, on the question of --

17          THE COURT:  You need -- you need to file something

18  to put that before the Court.

19          DEFENDANT JOHNSON:  I'm happy to file that, Your

20  Honor.

21          THE COURT:  Well, it sounds like you're asking for a

22  recusal.

23          DEFENDANT JOHNSON:  I am.

24          THE COURT:  You need to make a filing.

25          DEFENDANT JOHNSON:  Okay.  I will.

1       *THE COURT:*  Okay.

2       *MR. THOMPSON:*  Just for the record, Your Honor, so

3  it's clear.

4       *THE COURT:*  This is --

5       *MR. THOMPSON:*  I've run about a dozen conflict

6  checks, there's nothing there, both in my prior firm and this

7  firm.  I'm from Western Montana.  I'm not a Mormon, I married

8  a former Mormon.  But there's -- there's no Mormon conspiracy

9  involved in this case involving Elon Musk or anyone else.

10      *THE COURT:*  Well, I hope not.

11      Wyatt, you're LDS, do you know anything about this

12  conspiracy?

13      *LAW CLERK:*  I do not, Judge.

14      *THE COURT:*  I don't know, are you trustworthy, I'm

15  not sure.  I'm Catholic, so maybe I'm the worst out of

16  everybody.

17      What else do you have for us, Mr. Johnson?

18      *DEFENDANT JOHNSON:*  Just that I intend to fully

19  comply with the Court, and I'm happy to go down and pay the

20  $5,000 fee for the mediation.

21      *THE COURT:*  You told us that last time.

22      *DEFENDANT JOHNSON:*  I'm happy to do it today; right

23  now, Your Honor.

24      *THE COURT:*  All right.  So, can the Marshal take

25  you down to the court of the clerk *(sic)* and you pay the

1   $5,000 fee into the registry of the court.

2          DEFENDANT JOHNSON:  I'm happy to do it.  I assume

3   they take Amex.

4          THE COURT:  They do.  It may be they take a

5   percentage of that amount that they pay an add-on cost, I'm

6   not sure.  If they don't take Amex, we'll go from there.

7          But why don't I issue a verbal order at this time

8   that you go and you pay your $5,000 mediation fee into the

9   registry of the court.  The deputy is going to take you down

10  and make sure you do.

11         And then when you're done with that, you can come

12  back up here and we'll decide what we want to do with the

13  discovery order and as to whether I need to hold you in

14  contempt.

15         So, we'll stand in recess momentarily.  And once you

16  do that and you have your receipt in hand, we'll go from

17  there.

18         All right.  Stand adjourned.

19             (Short recess taken)

20         THE COURT:  We're back on the record, Point Bridge

21  Capital and Hal Lambert vs. Charles Johnson, 4:24-CV-988-P.

22         All right.  Mr. Johnson, were you able to pay your

23  $5,000 mediation fee into the registry of the court?

24         DEFENDANT JOHNSON:  I was.

25         THE COURT:  Do you have a receipt you can show me?

1  *DEFENDANT JOHNSON:*  I do.

2  *THE COURT:*  Would you please show that to the law

3  clerk, and he'll hand it to me.

4  *(Brief pause)*

5  *THE COURT:*  All right.  I'm going to be handing this

6  receipt back to you.  It looks like we have here a printout

7  from the District Court, and that you've paid via an American

8  Express card in the amount of $5,000 into the registry of the

9  court.  Thank you very much.

10  Wyatt, hand that to Mr. Johnson.

11  Now, this is not an amount that's been charged to

12  you that's going to the United States District Court.  This

13  represents the fee for mediation that you had agreed to pay

14  and that you had been ordered to pay last time you were here.

15  That money does not belong to the United States, that belongs

16  to the Honorable David Evans, who will be conducting the

17  mediation in this case.

18  Thank you for paying that.  I will be entering an

19  order today indicating that those amounts have been paid to

20  the registry of the court, and the Court will be writing its

21  own check and giving that money to Judge Evans to conduct the

22  mediation.

23  I presume, at least what's been represented to me,

24  that plaintiffs in this case have already paid that amount; is

25  that correct?

1          *MR. THOMPSON:*  That's correct, Your Honor.

2          *THE COURT:*  Okay.  Well, you continue to be under

3    that order to conduct mediation.  The problem is, is that

4    Judge Evans is a very in-demand mediator, plus he's also the

5    administrative judge for the Ninth *(sic)* Administrative Region

6    here at the State of Texas.  So he also has to do state

7    administrative judge duties. I think he's over about 87

8    different judges.

9          So, after this is over, Mr. Thompson, I would

10   encourage you to email or contact Judge Evans, probably better

11   to email, and I want you to copy Mr. Johnson and tell him that

12   this is what happened today, we'll be entering an order so

13   he'll see it.  But I want you to inquire about dates for

14   mediation, and then all three of you can then coordinate on

15   when you want to do it.

16          Now, I'm telling you to do this, Mr. Thompson,

17   because you're the attorney.  But as you know, you don't need

18   to have any communications that you don't include Mr. Johnson

19   on that -- with regard to scheduling.  So, I'd ask if you do

20   that, that would be very helpful.  Of course, that doesn't

21   pertain to the mediation itself, that's just for scheduling.

22          *MR. THOMPSON:*  Of course, Your Honor.

23          *THE COURT:*  So, can you do that for me?

24          *MR. THOMPSON:*  Of course, Your Honor.

25          *THE COURT:*  All right.  So, that takes care of the

1   one show cause.

2       I should sanction you even more for failing to

3   comply with the order.  But I'll give you the benefit of the

4   doubt that you paid those amounts.  That still --

5           *DEFENDANT JOHNSON:*  Thank you.

6           *THE COURT:*  Can I finish talking, please?

7           *DEFENDANT JOHNSON:*  Oh, I'm sorry.

8           *THE COURT:*  That still leaves the matter of the

9   motion for further relief and notice of Defendant Johnson's

10  noncompliance.  I've heard argument on this today, and I am

11  prepared to enter the order that was sent to me by the

12  plaintiffs.

13      I have considered, due to your noncompliance,

14  holding you in contempt.  Which would mean that you would be

15  held in contempt until you were able to purge yourself of the

16  contempt, and that would mean that you be held down in the

17  Johnson County Jail.  But the Fifth Circuit has admonished

18  district courts to consider the least sanction to enforce its

19  orders.

20      I am beginning to be frustrated and lose patience.

21  So, the next time I have one of these, I'm left with no other

22  choice but to have you held in contempt and have you held.

23  But I would rather have you participating in the lawsuit than

24  being in the jail.  But I'm running out of tools in my

25  toolbox.

1          The Judge in New York, in the orders that I've read,

2    appears to be running out of patience as well.  She's tried

3    monetary sanctions on you, that don't appear to work in her

4    case.  I don't want to go that far.

5          So, this is your last warning.  You either comply

6    with the Court's orders or you will be held in contempt.  And

7    that means you will be held in jail until you purge yourself

8    of the contempt.  I'll also include monetary sanctions on top

9    of that next time that you don't comply with my orders.

10          I'm trying to be very kind and patient here, taking

11    into the -- understanding that you are not an attorney.  But

12    even if you aren't an attorney, and you are pro se, I may have

13    to construe your pleadings liberally.  You are still under an

14    obligation to follow the rules of the Court, the Rules of

15    Civil Procedure, and the rules governing conduct in the

16    Northern District of Texas.

17          If you persist in proceeding without an attorney, I

18    would, again, tell you to read the *Dondi Properties* case,

19    familiarize yourself with the Rules of Civil Procedure and the

20    rules of conduct for this Court; you can find those on my

21    website.  I bet you're familiar with how to locate those.

22          Because you're swimming in shark-infested waters,

23    and if we keep going down the current path, I am deeply

24    concerned that you are going to get yourself into trouble.

25    This is -- does not give the appearance it's going to end

1  well.

2          I continue to encourage you to find an attorney to

3  represent you.  Again, as I said, based on my own experience

4  in the many years I've been an attorney and judge, I would not

5  represent myself.  Even if you can find yourself someone to do

6  it pro bono.  You are risking getting into deep, deep trouble.

7  And I'm tired of giving these admonishments and having these

8  hearings.  We have a much, much too busy docket in order to do

9  this.

10          So, after reading the motion for further relief and

11  hearing the argument in favor of the motion as well as the

12  response, and also having considered that there were

13  representations from the plaintiffs -- I'm sorry, and the

14  defendant at the last hearing that he would comply with the

15  discovery in this case, the Court enters the following

16  order -- and again, I do find that plaintiff -- I'm sorry,

17  defendant is in violation of the May 8th, 2025, order related

18  to discovery and his representations on the record before the

19  Court.

20          Having considered the motion, the relevant docket

21  entries and the applicable law, the Court grants the motion.

22  Defendant Charles Johnson shall, within seven days of this

23  order, surrender all devices, accounts and sources of

24  electronically stored information identified in the May 8th,

25  2025, order, at ECF Number 52, to a neutral, third-party

1    vendor agreed upon by the parties.  Or if no agreement is

2    reached within those seven days, plaintiff shall submit the

3    issue to the Court within ten days of this order.

4         The third-party vendor shall conduct searches using

5    the plaintiffs' May 15th, 2025, search terms, and collect all

6    responsive documents.  The vendor shall apply a privilege

7    filter in accordance with the protocol previously provided by

8    plaintiffs, and shall produce to plaintiffs all nonprivileged

9    responsive documents.

10        The defendant shall bear the response -- or bear the

11   costs of vendor's collection processing and production

12   efforts.  The defendant shall also supplement his written

13   discovery responses in compliance with Rule 34(b)(2)(C) within

14   ten days of the order, identifying all sources searched,

15   documents withheld and the basis for any objections or

16   privilege assertions.

17        The defendant shall bear all fees and costs that

18   plaintiffs incurred in seeking all discovery in the case.

19   Within 14 days of the order, plaintiffs shall submit an

20   itemized request for fees and costs.  To ensure compliance

21   with this order, the Court will set an additional hearing on

22   this matter on June the 19th of 2025 at 2:00 p.m.

23        Should it be discovered that defendant, Charles

24   Johnson, failed to comply with this order, the Court will

25   exercise its authority under 18 United States Code,

1   Section 401, and Mr. Johnson will be arrested by the United

2   States Marshal and held in custody until such time as he fully

3   complies with the Court's order and purges himself of

4   contempt.  I'll also note that the sanctions could also

5   include monetary sanctions.

6         If you do not attend that hearing, in the event that

7   it's necessary, I will be defaulting you, striking your answer

8   and entering a judgment in favor of the plaintiffs.  And with

9   that, we'll have this order uploaded.

10        Yes?

11        *MR. THOMPSON:*  One potential amendment to the order

12   to supplement, Your Honor.  As to the point one about

13   surrendering his devices, the plaintiffs would request that

14   Mr. Johnson make some type of submission under oath about what

15   he possesses and what he is submitting so we can check his

16   work.

17        *THE COURT:*  In other words, so he's actually

18   providing you with all the electronic sources and information?

19        *MR. THOMPSON:*  Exactly.  If he says something is not

20   included in there and we find on a social media posting

21   something else exists, we can -- we don't have to do a bunch

22   of runaround.  So, that is the only, I think, modification to

23   what Your Honor said.

24        The other thing I just note for the Court --

25        *THE COURT:*  I don't mind doing that.  But he's

1    ordered to surrender everything.  If that comes up later and

2    he doesn't, he'll be held in contempt and sanctioned, okay?

3         So, how many times do we have to have this done?

4    He's being ordered to do so, he doesn't do it, whether he

5    provides an affidavit or not, I'm going to nail him the next

6    time.

7         Do you understand?

8         *MR. THOMPSON:*  Certainly.

9         *THE COURT:*  The order is what it is.  And I'm

10   certain if you find out that he hasn't turned over everything,

11   as he's ordered to do, you will promptly file an appropriate

12   motion with me.

13        Mr. Johnson, I highly, highly encourage you to get

14   an attorney.  If you don't want to defend the lawsuit, that's

15   fine; let them take a default judgment against you and let

16   them try to collect the judgment.  But we don't have the time

17   to deal with this type of thing; I don't.  I do not have the

18   time and I'm exasperated.

19        This is not -- this is not a place to play games.

20   This is not -- this is a Federal court.  I don't have any

21   other agendas, other than moving my cases along.  And what I

22   have seen here is numerous examples of what appear to be

23   obstructionist activity by you.  And I'm trying to give you

24   the benefit of the doubt as much as possible.  But don't try

25   my patience, it's not going to end well.

1          I question really what the end game is, avoiding the

2     Court's orders, what you think is going to end up happening at

3     the end.  Because if you'd like an opportunity to make a

4     defense on your allegations to a jury, you need to cooperate.

5     This is the way the jury and justice system work in the United

6     States.  And it's been like that since way before we became a

7     country, okay?

8          And if you don't cooperate, you don't communicate, I

9     have tools to make you do so.  Don't test me.  I know that

10    you're a very intelligent person, please don't try my patience

11    on this, it's not going to end well.  I don't want to have

12    additional hearings on this.

13         I would like, best case scenario, that you be able

14    to find an attorney who can represent you and can file

15    appropriate motions on your behalf.  I can't do it for you.

16    I'm trying to be an impartial judge on this.  I can't make

17    your legal arguments for you.  But I can enforce my orders,

18    and you are not complying with them.  It's going to continue

19    getting more and more expensive the more of these hearings

20    that I have to conduct and you have to fly down here.

21         *DEFENDANT JOHNSON:*  I have no objection to coming

22    down here, Your Honor.

23         *THE COURT:*  Well, you did before, and you gave me a

24    medical excuse.

25         *DEFENDANT JOHNSON:*  Yes, Your Honor.

1      **THE COURT:**  Which I found not to be credible.  I

2  just -- in for a penny, in for a pound, isn't that right, what

3  your grandmother used to say?  You're here, and you're not

4  going to be able to slither your way out of it, you're not

5  going to be able to avoid orders and get out of it.  That only

6  hurts you.  That only hurts you.  Don't test me again.

7      And as I said, if you go back and think about it,

8  and you're like, You know what, this is not worth the money

9  even fighting this, don't continue doing this, let them take a

10  default.  But all you're doing is hurting yourself.  I thought

11  very seriously of taking you in today.  I'm giving you one

12  last chance.

13      All right.  We'll stand in recess.

14      *(Proceedings Adjourned)*

15

16

17

18

19

20

21

22

23

24

25

1          <u>REPORTER'S CERTIFICATE</u>

2

3          I, Monica Willenburg Guzman, CSR, RPR, certify

4    that the foregoing is a true and correct transcript from

5    the record of proceedings in the foregoing entitled matter.

6          I further certify that the transcript fees format

7    comply with those prescribed by the Court and the Judicial

8    Conference of the United States.

9          Signed this 9th day of May, 2025.

10

11                         <u>/s/Monica Willenburg Guzman</u>
                           Monica Willenburg Guzman, CSR, RPR
12                         Texas CSR No. 3386
                           NCRA No. 32278
13                         Official Court Reporter
                           The Northern District of Texas
14                         Fort Worth Division

15

16   CSR Expires:        7/31/2025

17   Business Address:   501 W. 10th Street, Room 310
                         Fort Worth, Texas  76102
18
     Telephone:          817.850.6681
19
     E-Mail Address:     mguzman.csr@yahoo.com
20

21

22

23

24

25

DEFENDANT JOHNSON: [53]
LAW CLERK: [1] 18/13
MR. THOMPSON: [15] 3/8 12/25 14/9 14/18 14/20 14/24 16/10 18/2 18/5 21/1 21/22 21/24 26/11 26/19 27/8
THE COURT: [72]

**$**

$5,000 [5] 18/20 19/1 19/8 19/23 20/8

**/**

/s/Monica [1] 30/11

**1**

10th [2] 1/20 30/17
121 [1] 13/16
14 [1] 25/19
15th [2] 15/2 25/5
1624 [1] 1/17
18 [1] 25/25
1900 [1] 1/14
19th [1] 25/22
1:45 [2] 1/7 3/2

**2**

20 [1] 8/24
20194 [1] 1/18
2025 [9] 1/6 3/2 4/8 24/17 24/25 25/5 25/22 30/9 30/16
214.743.4500 [1] 1/15
21st [4] 3/17 4/2 15/20 15/21
2200 [1] 1/14
284 [1] 13/17
2:00 [1] 25/22

**3**

310 [2] 1/20 30/17
32278 [1] 30/12
3386 [1] 30/12
34 [1] 25/13

**4**

401 [1] 26/1
4:24-CV-00988-P [1] 1/4
4:24-CV-988-P [2] 3/4 19/21
4th [1] 8/5

**5**

501 [2] 1/20 30/17
52 [2] 3/20 24/25
55 [1] 3/21

**6**

617.429.4718 [1] 1/18

**7**

7/31/2025 [1] 30/16
75201 [1] 1/15
76102 [1] 1/21 30/17

**8**

817.850.6681 [2] 1/21 30/18
87 [1] 21/7
8th [3] 4/8 24/17 24/24

**9**

9th [1] 30/9

**A**

ability [1] 5/12
able [8] 6/11 10/22 10/24 19/22 22/15 28/13 29/4 29/5
about [28] 3/18 6/7 6/19 7/15 8/6 8/10 8/13 8/15 8/19 9/18 9/21 9/23 11/13 12/17 13/9 15/4 15/7 15/15 15/23 17/6 17/13 18/5 18/11 21/7 21/13 26/12 26/14 29/7
accordance [1] 25/7
account [2] 7/22 7/25
accounts [1] 24/23
across [1] 13/6
acting [3] 12/2 13/2 13/22
activity [1] 27/23
actually [1] 26/17
add [1] 19/5
add-on [1] 19/5
additional [2] 25/21 28/12
address [3] 15/3 30/17 30/19
addressed [1] 17/2
adequate [1] 14/12
adjourned [2] 19/18 29/14
administrative [3] 21/5 21/5 21/7
admissions [1] 9/9
admonished [1] 22/17
admonishments [1] 24/7
advance [1] 14/1
advantages [1] 7/16
advice [1] 6/14
affidavit [1] 27/5
after [4] 14/16 15/11 21/9 24/10
afternoon [1] 3/8
again [4] 23/18 24/3 24/16 29/6
against [1] 27/15
agendas [1] 27/21
aggressive [1] 16/3
agreed [3] 4/9 20/13 25/1
agreement [1] 25/1
ahead [1] 14/8
airport [1] 14/23
AL [1] 1/4
all [22] 9/5 10/16 11/13 13/9 14/25 15/8 15/15 18/24 19/18 19/22 20/5 21/14 21/25 24/23 25/5 25/8 25/14 25/17 25/18 26/18 29/10 29/13
allegations [1] 28/4
allowed [1] 11/1
along [2] 13/2 27/21
already [1] 20/24
also [11] 4/9 9/17 12/19 13/22 21/4 21/6 23/8 24/12 25/12 26/4 26/4
am [4] 17/23 22/10 22/20 23/23
amendment [1] 26/11
American [1] 20/7
Amex [1] 19/3 19/6
amount [4] 19/5 20/8 20/11 20/24
amounts [2] 20/19 22/4
answer [1] 26/7
any [5] 12/22 15/10 21/18 25/15 27/20
anyone [2] 11/3 18/9
anything [8] 8/12 11/24 11/25 12/7 14/21 15/24 16/21 18/11
appear [2] 23/3 27/22
appearance [3] 16/16 16/18 23/25
appeared [1] 4/19
appears [3] 9/16 16/12 23/2

**A**
applicable [1] 24/21
apply [1] 25/6
appropriate [3] 12/3 27/11 28/15
are [16] 10/16 11/15 11/19 11/24 12/5 12/6 16/8 16/14 17/3 18/14 23/11 23/12 23/13 23/24 24/6 28/18
aren't [1] 23/12
argument [2] 22/10 24/11
arguments [1] 28/17
around [1] 9/5
arrest [1] 4/16
arrested [1] 26/1
Arthur [1] 15/6
ask [6] 5/20 8/19 8/23 9/1 15/19 21/19
asked [5] 8/10 8/15 15/17 15/17 17/6
asking [2] 15/15 17/21
assertions [1] 25/16
Association [1] 6/15
assume [4] 6/20 7/1 10/20 19/2
assure [1] 11/6
attempts [2] 16/16 16/17
attend [2] 3/19 26/6
attorney [12] 3/13 6/11 9/3 12/1 21/17 23/11 23/12 23/17 24/2 24/4 27/14 28/14
attorneys [1] 11/24
authority [1] 25/25
avoid [2] 16/17 29/5
avoiding [1] 28/1
away [1] 10/6
awfully [1] 14/6

**B**

back [9] 8/5 9/19 13/10 13/10 14/23 19/12 19/20 20/6 29/7
background [1] 17/14
ball [1] 14/1
bank [2] 10/19 10/20
Bar [1] 6/15
based [3] 6/20 10/20 24/3
basis [1] 25/15
be [42]
bear [4] 14/6 25/10 25/10 25/17
became [1] 28/6
because [14] 5/5 5/21 10/1 10/25 11/4 11/23 13/19 13/22 14/2 14/10 15/18 21/17 23/22 28/3
been [12] 4/12 8/9 8/15 16/15 17/6 17/9 20/11 20/14 20/19 20/23 24/4 28/6
before [9] 1/9 6/20 9/19 11/25 17/4 17/18 24/18 28/6 28/23
beginning [1] 22/20
behalf [1] 28/15
behavior [2] 13/21 13/22
behind [1] 4/15
being [3] 7/16 22/24 27/4
believe [1] 7/5
belong [1] 20/15
belongs [1] 20/15
beneficiary [1] 17/8
benefit [3] 13/12 22/3 27/24
Benjamin [1] 6/7
BENNETT [1] 1/13
best [1] 28/13
bet [3] 12/16 13/15 23/21
better [2] 3/19 21/10

**B**

bit [1] 15/22
Bloom [2] 15/6 15/8
bono [3] 6/18 9/2 24/6
both [1] 18/6
bottom [1] 16/6
BRIDGE [3] 1/4 3/4 19/20
Brief [1] 20/4
broad [2] 11/15 12/7
buddies [1] 9/2
bunch [1] 26/21
Business [1] 30/17
busy [2] 16/14 24/8

**C**

California [1] 5/1
call [4] 11/2 11/4 13/23 15/14
called [4] 6/12 13/13 13/15 15/11
calls [3] 10/23 10/25 15/7
calm [1] 8/15
came [1] 9/19
can [25] 5/3 5/7 5/21 9/22 10/1 10/21
11/6 12/7 12/20 12/23 13/15 16/6
18/24 19/11 19/25 21/14 21/23 22/6
23/20 24/5 26/15 26/21 28/14 28/14
28/17
can't [2] 28/15 28/16
cancelled [1] 4/2
CAPITAL [3] 1/4 3/4 19/21
car [2] 10/12 10/14
card [1] 20/8
cards [1] 11/7
care [3] 7/17 8/16 21/25
case [21] 1/4 4/10 6/5 6/18 8/10 9/14
9/17 11/16 12/25 13/12 15/23 16/2
16/9 18/9 20/17 20/24 23/4 23/18
24/15 25/18 28/13
cases [1] 27/21
Catholic [1] 18/15
caught [1] 14/5
cause [6] 1/9 3/3 3/16 4/3 4/22 22/1
cell [1] 10/22
certain [1] 13/23
Certainly [1] 27/8
CERTIFICATE [1] 30/1
certified [1] 10/19
certify [2] 30/3 30/6
cetera [4] 4/10 11/15 11/16
challenge [1] 9/7
chance [2] 9/21 29/12
channel [2] 7/11 7/13
charged [1] 20/11
CHARLES [7] 1/7 1/17 3/5 3/12 19/21
24/22 25/23
chat [3] 8/17 8/18 13/25
chats [3] 8/1 8/3 8/6
check [3] 10/19 20/21 26/15
checkbook [2] 5/2 10/9
checks [1] 18/6
choice [1] 22/22
Circuit [1] 22/17
Civil [2] 23/15 23/19
clear [1] 18/3
Cleburne [1] 12/19
clerk [2] 18/25 20/3
client [3] 6/8 15/7 15/14
Code [1] 25/25

collect [2] 25/5 27/16
collecting [1] 16/2
collection [3] 13/5 16/5 25/11
come [4] 5/18 13/10 13/10 19/11
comes [2] 15/24 27/1
coming [1] 28/21
Commerce [1] 13/16
communicate [1] 28/8
communications [1] 21/18
complaining [1] 13/25
compliance [5] 4/18 12/15 12/21
25/13 25/20
complies [1] 26/3
comply [12] 3/24 4/1 4/4 5/21 9/15
18/19 22/3 23/5 23/9 24/14 25/24 30/7
complying [1] 28/18
comprehensive [1] 16/5
computer [2] 1/24 13/15
concerned [1] 23/24
concerning [1] 11/22
concerns [1] 15/4
conduct [10] 8/5 13/18 13/18 14/12
20/21 21/3 23/15 23/20 25/4 28/20
conducted [1] 8/17
conducting [3] 4/11 8/7 20/16
Conference [1] 30/8
conflict [2] 17/7 18/5
consider [1] 22/18
considered [4] 6/21 22/13 24/12
24/20
considering [1] 4/13
conspiracy [2] 18/8 18/12
construe [1] 23/13
contact [1] 21/10
contacted [1] 15/18
contempt [12] 4/13 5/21 9/12 19/14
22/14 22/15 22/16 22/22 23/6 23/8
26/4 27/2
continue [5] 12/4 21/2 24/2 28/18
29/9
cooperate [2] 28/4 28/8
coordinate [1] 21/14
copy [1] 21/11
Corporation [1] 13/16
correct [3] 20/25 21/1 30/4
cost [1] 19/5
costs [3] 25/11 25/17 25/20
could [10] 3/21 3/23 6/17 6/21 10/20
11/8 11/9 11/18 11/18 26/4
counsel [5] 3/6 9/2 11/21 12/23 17/1
country [2] 9/5 28/7
counts [1] 13/8
County [5] 4/14 5/6 6/15 12/19 22/17
couple [3] 3/15 14/9 15/13
course [3] 21/20 21/22 21/24
court [34]
Court's [6] 4/8 12/13 16/17 23/6 26/3
28/2
courts [1] 22/18
credible [1] 29/1
credit [1] 11/7
CSR [5] 1/20 30/3 30/11 30/12 30/16
current [1] 23/23
custody [1] 26/2
CV [3] 1/4 3/4 19/21

Dallas [1] 1/15
date [1] 16/4
dates [1] 21/13
David [2] 3/25 20/16
day [4] 14/2 15/5 15/11 30/9
days [6] 15/13 24/22 25/2 25/3 25/14
25/19
deal [1] 27/17
December [1] 16/4
decide [3] 4/17 12/7 19/12
decides [1] 11/18
decision [1] 13/17
Decisions [1] 13/17
deep [2] 24/6 24/6
deeply [1] 23/23
default [2] 27/15 29/10
defaulting [1] 26/7
defend [1] 27/14
defendant [9] 1/17 22/9 24/14 24/17
24/22 25/10 25/12 25/17 25/23
defense [1] 28/4
demand [1] 21/4
deputy [1] 19/9
devices [3] 13/6 24/23 26/13
did [8] 3/23 4/1 6/14 6/16 7/23 9/20
9/21 15/20 17/3 17/10 17/12 17/15
28/23
didn't [5] 3/24 4/24 5/10 13/10 15/10
different [2] 3/16 21/8
disabled [1] 7/25
disbursed [1] 11/9
discovered [1] 25/23
discovery [11] 4/9 4/11 5/22 6/2 11/14
13/19 19/13 24/15 24/18 25/13 25/18
discussion [1] 8/9
district [11] 1/1 1/2 1/10 7/16 9/6
13/19 20/7 20/12 22/18 23/16 30/13
DIVISION [2] 1/3 30/14
DLA [5] 1/13 17/3 17/4 17/5 17/8
do [60]
docket [2] 24/8 24/20
dockets [1] 16/14
Document [1] 3/20
documented [1] 15/19
documents [5] 12/5 16/2 25/6 25/9
25/15
does [4] 5/5 11/19 20/15 23/25
doesn't [6] 4/12 13/25 14/11 21/20
27/2 27/4
doing [3] 26/25 29/9 29/10
don't [42]
Dondi [3] 13/13 13/15 23/18
done [8] 4/13 19/11 27/3
doubt [2] 22/4 27/24
down [15] 4/14 5/6 10/9 10/22 11/7
12/18 12/18 14/4 18/19 18/25 19/9
22/16 23/23 28/20 28/22
dozen [2] 14/18 18/5
Drive [1] 1/17
due [1] 22/13
duties [1] 21/7

**E**

E-Mail [2] 1/22 30/19
easy [1] 11/12
ECF [1] 24/25

## E

educated [1]  12/16
efforts [1]  25/12
either [3]  4/12 10/19 23/5
electronic [1]  26/18
electronically [1]  24/24
Elon [1]  18/9
else [4]  16/21 18/9 18/17 26/21
email [4]  15/18 15/20 21/10 21/11
emails [3]  11/22 14/15 14/17
Emanuel [1]  17/4
encourage [4]  11/22 21/10 24/2 27/13
end [7]  14/2 23/25 27/25 28/1 28/2
 28/3 28/11
enforce [3]  12/14 22/18 28/17
enough [1]  4/20
ensure [3]  4/17 12/20 25/20
enter [1]  22/11
entering [3]  20/18 21/12 26/8
enters [1]  24/15
entitled [1]  30/5
entries [1]  24/21
et [4]  1/4 4/10 11/15 11/15
Evans [7]  3/25 5/7 11/10 20/16 20/21
 21/4 21/10
Evans's [1]  10/17
even [4]  22/2 23/12 24/5 29/9
event [1]  26/6
ever [1]  8/12
everybody [1]  18/16
everything [2]  27/1 27/10
Exactly [1]  26/19
examples [1]  27/22
exasperated [1]  27/18
exchange [1]  4/10
excuse [1]  28/24
excuses [1]  16/19
exercise [1]  25/25
exhausted [1]  16/18
exists [1]  26/21
expensive [1]  28/19
experience [1]  24/3
Expires [1]  30/16
Express [1]  20/8
extent [1]  8/14
extremely [1]  6/3

## F

face [2]  3/23 15/8
facility [1]  12/18
fact [1]  17/3
failed [1]  25/24
failing [2]  4/3 22/2
failure [1]  5/21
fair [1]  6/22
faith [2]  13/2 13/9
familiar [2]  7/20 23/21
familiarize [1]  23/19
family [3]  4/25 17/2 17/7
far [1]  23/4
favor [2]  24/11 26/8
Federal [3]  13/17 14/4 27/20
fee [9]  4/24 5/1 10/17 11/8 18/20 19/1
 19/8 19/23 20/13
fees [3]  25/17 25/20 30/6
few [1]  10/8
fewer [1]  6/12

Fifth [1]  22/17
fighting [1]  29/9
figure [2]  5/14 6/21
file [5]  12/3 17/17 17/19 27/11 28/14
filed [3]  4/6 5/23 8/5
filing [2]  15/24 17/24
filings [1]  6/21
filter [1]  25/7
find [9]  3/13 13/15 23/20 24/2 24/5
 24/16 26/20 27/10 28/14
fine [2]  11/16 27/15
finish [1]  22/6
firm [2]  18/6 18/7
firms [1]  6/13
first [1]  16/25
five [2]  14/15 14/17
floor [1]  11/8
fly [1]  28/20
folks [2]  6/23 8/21
follow [3]  6/24 8/22 23/14
followers [3]  7/2 7/9 14/3
following [1]  24/15
fool [1]  6/8
foregoing [2]  30/4 30/5
forgive [1]  11/19
format [1]  30/6
former [1]  18/8
FORT [5]  1/3 1/5 1/21 30/14 30/17
forth [1]  13/10
forthcoming [1]  17/9
forward [1]  16/3
forwarded [2]  14/16 14/20
found [1]  29/1
Franklin [1]  6/7
frankly [1]  9/13
friends [1]  11/24
front [2]  4/20 11/17
frustrated [2]  16/13 22/20
fully [2]  18/18 26/2
funds [2]  5/10 5/10
further [4]  5/18 22/9 24/10 30/6

## G

game [1]  28/1
games [1]  27/19
gave [1]  28/23
get [12]  3/21 5/3 6/11 11/1 12/6 13/20
 14/5 14/6 16/19 23/24 27/13 29/5
gets [1]  15/14
getting [4]  16/13 16/18 24/6 28/19
give [4]  12/23 22/3 23/25 27/23
given [1]  9/13
giving [4]  12/7 20/21 24/7 29/11
go [12]  4/15 6/14 10/6 12/18 14/8 17/4
 18/19 19/6 19/8 19/16 23/4 29/7
going [22]  9/10 10/16 12/14 13/24
 14/4 14/5 14/5 14/6 16/19 19/9 20/5
 20/12 23/23 23/24 23/25 27/5 27/25
 28/2 28/11 28/18 29/4 29/5
good [3]  3/8 13/1 13/9
got [2]  5/2 10/12
governing [1]  23/15
governs [3]  13/17 13/21 13/22
grandmother [1]  29/3
grants [1]  24/21
group [2]  8/9 8/19

guidance [1]  12/23
GUZMAN [4]  1/20 30/3 30/11 30/11

## H

hac [1]  9/9
had [7]  3/19 3/19 3/21 10/5 15/9 20/13
 20/14
Hal [2]  3/5 19/21
hand [3]  19/16 20/3 20/10
handing [1]  20/5
handle [2]  10/21 16/1
happened [1]  21/12
happening [1]  28/2
happy [6]  5/18 11/11 17/19 18/19
 18/22 19/2
hard [1]  14/6
has [6]  6/8 16/4 17/8 17/8 21/6 22/17
hasn't [1]  27/10
have [78]
haven't [1]  3/13
having [3]  24/7 24/12 24/20
he [23]  9/25 10/1 10/1 10/3 10/5 14/15
 14/15 15/6 15/6 15/7 15/9 15/19 15/20
 21/6 24/14 26/2 26/15 26/15 26/19
 27/2 27/4 27/4 27/10
he'll [3]  20/3 21/13 27/2
he's [8]  15/21 17/6 21/4 21/7 26/17
 26/25 27/4 27/11
heard [2]  15/16 22/10
hearing [11]  1/9 3/18 4/9 11/17 12/12
 12/12 14/16 24/11 24/14 25/21 26/6
hearings [3]  24/8 28/12 28/19
held [9]  5/6 22/15 22/16 22/22 22/22
 23/6 23/7 26/22 27/2
help [1]  6/10
helpful [1]  21/20
her [1]  23/3
here [22]  3/15 3/16 4/22 5/1 9/14 9/17
 10/1 10/10 10/12 10/25 13/10 15/14
 16/18 19/12 20/6 20/14 21/6 23/10
 27/22 28/20 28/22 29/3
highly [2]  27/13 27/13
him [17]  4/16 4/16 4/16 9/22 9/23
 10/19 13/2 13/4 14/11 14/13 15/2 15/7
 15/19 15/23 15/25 21/11 27/5
himself [3]  6/8 14/12 26/3
his [9]  13/2 13/6 15/4 15/9 16/7 24/18
 25/12 26/13 26/15
history [1]  9/13
hit [1]  13/8
hold [4]  4/13 5/15 5/21 19/13
holding [2]  10/22 22/14
Honor [34]
HONORABLE [3]  1/9 3/25 20/16
hope [1]  18/10
hoping [2]  9/14 10/4
host [2]  8/1 8/2
how [10]  7/2 8/21 8/21 10/16 13/14
 13/17 13/18 16/1 23/21 27/3
hurting [1]  29/10
hurts [2]  29/6 29/6

## I

I'd [3]  10/8 14/18 21/19
I'll [3]  22/3 23/8 26/4
I'm [39]

## I

**I've [7]** 7/7 8/15 15/23 18/5 22/10 23/1 24/4
**idea [1]** 13/4
**identified [1]** 24/24
**identify [2]** 3/6 3/11
**identifying [1]** 25/14
**immediately [2]** 15/17 15/25
**impartial [1]** 28/16
**include [3]** 21/18 23/8 26/5
**included [1]** 26/20
**incurred [1]** 25/18
**INDEX [1]** 2/1
**indicating [1]** 20/19
**infested [1]** 23/22
**inflammatory [1]** 15/7
**information [2]** 24/24 26/18
**inquire [1]** 21/13
**intelligent [1]** 28/10
**intend [1]** 18/18
**involved [2]** 14/3 18/9
**involving [1]** 18/9
**irrelevant [1]** 11/15
**is [50]**
**isn't [1]** 29/2
**issue [4]** 17/1 17/7 19/7 25/3
**issued [2]** 3/17 4/2
**it [46]**
**it's [22]** 5/16 6/2 7/6 7/16 11/14 11/16 11/23 11/24 13/13 13/15 13/17 14/6 14/21 16/15 17/1 18/3 23/25 26/7 27/25 28/6 28/11 28/18
**item [2]** 4/5 4/6
**itemized [1]** 25/20
**its [3]** 20/20 22/18 25/25
**itself [1]** 21/21

## J

**jail [5]** 9/11 12/18 22/17 22/24 23/7
**JOHNSON [30]** 1/7 1/17 3/5 3/10 3/12 3/18 4/14 4/15 5/6 12/19 13/1 13/7 13/13 14/11 14/14 15/18 16/6 16/21 18/17 19/21 19/22 20/10 21/11 21/18 22/17 24/22 25/24 26/1 26/14 27/13
**Johnson's [2]** 4/7 22/9
**Jordan [1]** 15/6
**Journal [1]** 15/15
**judge [20]** 1/10 5/7 7/16 9/19 10/1 10/9 10/17 11/9 11/17 12/7 16/12 18/13 20/21 21/4 21/5 21/7 21/10 23/1 24/4 28/16
**judges [2]** 4/19 21/8
**judgment [3]** 26/8 27/15 27/16
**Judicial [1]** 30/7
**JUNE [4]** 1/6 3/2 8/5 25/22
**jury [2]** 28/4 28/5
**just [15]** 12/6 14/9 14/14 14/16 14/20 14/24 16/1 16/6 16/11 16/22 18/2 18/18 21/21 26/24 29/2
**justice [1]** 28/5

## K

**keep [5]** 7/8 14/4 15/23 16/3 23/23
**kept [1]** 7/7
**kind [2]** 14/20 23/10
**know [25]** 5/9 6/19 6/25 7/4 7/15 10/2 11/3 11/7 12/16 13/3 13/14 13/14

13/14 14/3 15/19 15/16 15/17 15/21 15/25 16/13 18/11 18/14 21/17 28/9 29/8
**knowledge [1]** 14/11
**knows [2]** 12/25 16/1

## L

**Lambert [5]** 3/5 15/13 16/8 16/11 19/21
**last [10]** 3/18 4/8 4/21 6/6 7/25 18/21 20/14 23/5 24/14 29/12
**later [2]** 15/13 27/1
**law [3]** 6/13 20/2 24/21
**lawsuit [4]** 8/13 14/4 22/23 27/14
**lawsuits [1]** 8/6
**lawyer [3]** 13/2 13/14 13/23
**lawyers [1]** 13/21
**LDS [1]** 18/11
**lead [1]** 13/2
**leak [1]** 15/11
**leaked [1]** 15/19
**learned [1]** 15/17
**least [3]** 16/16 20/23 22/18
**leaves [1]** 22/8
**left [2]** 17/4 22/21
**legal [1]** 28/17
**lenient [2]** 9/8 10/3
**Less [2]** 14/18
**let [4]** 5/20 27/15 27/15 29/9
**letter [3]** 13/7 15/2 15/11
**liberally [1]** 23/13
**like [11]** 4/12 10/8 12/14 16/14 16/20 17/21 20/6 28/6 28/13 29/8
**link [1]** 15/3
**litigation [1]** 4/4
**live [6]** 8/1 8/3 8/6 8/17 8/18 13/25
**LLC [2]** 1/4 3/4
**LLP [1]** 1/13
**Loan [1]** 13/16
**locate [1]** 23/21
**long [1]** 6/2
**look [4]** 4/12 6/2 11/23 16/14
**looked [2]** 15/9 15/16
**looking [1]** 9/11
**looks [1]** 20/6
**loop [1]** 15/23
**lose [1]** 22/20
**lot [2]** 6/19 7/15

## M

**made [1]** 17/1
**magistrate [1]** 11/18
**Mail [2]** 1/22 30/19
**make [12]** 7/18 10/5 10/22 10/25 15/10 16/17 17/24 19/10 26/14 28/3 28/9 28/16
**man [2]** 12/16 15/6
**managed [1]** 3/13
**many [7]** 6/4 7/2 8/21 8/21 14/22 24/4 27/3
**MARK [1]** 1/9
**married [1]** 18/7
**Marshal [3]** 4/15 18/24 26/2
**matter [7]** 3/4 4/25 16/11 16/19 22/8 25/22 30/5
**matters [1]** 3/16
**may [15]** 3/17 4/8 4/16 4/19 8/9 15/2

15/20 15/21 17/16 18/4 23/12 24/17 24/24 25/5 30/9
**maybe [2]** 8/24 18/15
**McBryde [1]** 9/19
**me [20]** 3/22 5/20 6/20 8/10 8/15 8/20 9/5 11/13 11/18 12/23 14/16 19/25 20/3 20/23 21/23 22/11 27/12 28/9 28/23 29/6
**mean [5]** 5/5 6/19 8/16 22/14 22/16
**means [1]** 13/23 23/7
**meantime [1]** 5/8
**mechanical [1]** 1/24
**media [6]** 6/24 7/3 7/9 7/16 15/5 26/20
**mediation [14]** 3/20 4/2 4/24 10/17 11/8 18/20 19/8 19/23 20/13 20/17 20/22 21/3 21/14 21/21
**mediator [3]** 3/21 4/1 21/4
**medical [1]** 28/24
**memorized [1]** 11/4
**message [1]** 8/19
**mguzman.csr [2]** 1/22 30/19
**might [4]** 6/10 6/25 9/1 13/12
**mind [1]** 26/25
**mine [1]** 16/14
**modification [1]** 26/22
**moment [2]** 12/22 16/20
**momentarily [1]** 19/15
**monetary [4]** 12/20 23/3 23/8 26/5
**money [3]** 20/15 20/21 29/8
**MONICA [4]** 1/20 30/3 30/11 30/11
**Montana [1]** 18/7
**more [6]** 8/24 17/16 22/2 28/19 28/19 28/19
**Mormon [3]** 18/7 18/8 18/8
**Most [1]** 14/22
**motion [16]** 4/6 5/22 7/19 8/4 12/3 12/4 12/9 12/9 12/9 15/12 22/9 24/10 24/11 24/20 24/21 27/12
**motions [1]** 28/15
**move [2]** 13/7 16/2
**moving [1]** 27/21
**Mr [31]**
**much [5]** 13/8 20/9 24/8 24/8 27/24
**multiple [2]** 12/12 12/12
**Musk [1]** 18/9
**my [22]** 4/15 4/18 6/14 7/24 9/15 10/18 10/19 10/25 15/7 15/14 16/25 17/2 17/7 18/6 22/24 23/9 23/20 24/3 27/21 27/25 28/10 28/17
**myself [1]** 24/5

## N

**nail [1]** 27/5
**named [1]** 15/6
**nasty [1]** 15/8
**NCRA [1]** 30/12
**necessary [2]** 5/16 26/7
**need [10]** 4/17 5/14 12/2 13/23 17/17 17/17 17/24 19/13 21/17 28/4
**needed [1]** 5/19
**needs [1]** 17/2
**neutral [1]** 24/25
**never [1]** 8/17
**New [3]** 9/17 16/9 23/1
**next [7]** 5/20 9/19 15/5 15/10 22/21 23/9 27/5
**Ninth [1]** 21/5

**N**

**no [23]**  1/4 3/14 6/1 6/12 7/10 7/24 8/2 8/14 8/24 10/14 10/14 10/15 11/4 12/6 16/10 17/12 17/15 18/8 22/21 25/1 28/21 30/12 30/12
**noncommittal [1]**  8/10
**noncompliance [4]**  4/7 5/23 22/10 22/13
**none [1]**  10/15
**nonprivileged [1]**  25/8
**NORTHERN [5]**  1/2 9/6 13/19 23/16 30/13
**not [54]**
**note [4]**  14/14 15/1 26/4 26/24
**nothing [2]**  16/15 18/6
**notice [2]**  4/7 22/9
**notified [1]**  3/25
**now [7]**  5/11 11/14 13/21 14/5 18/23 20/11 21/16
**number [8]**  3/3 3/20 4/5 4/6 7/8 9/4 11/4 24/25
**numerous [1]**  27/22

**O**

**oath [1]**  26/14
**object [3]**  11/16 12/2 12/3
**objection [2]**  6/1 28/21
**objections [1]**  25/15
**obligation [3]**  11/19 12/4 23/14
**obstructionist [1]**  27/23
**offered [2]**  9/5 13/3
**Official [1]**  30/13
**often [1]**  5/19
**Oh [2]**  7/5 22/7
**okay [11]**  3/3 3/15 5/12 5/17 14/19 16/24 17/25 18/1 21/2 27/2 28/7
**once [1]**  19/15
**one [15]**  4/5 4/12 7/16 7/19 7/20 11/14 13/5 14/14 15/22 17/11 22/1 22/21 26/11 26/12 29/11
**one's [1]**  11/4
**only [5]**  9/16 16/10 26/22 29/5 29/6
**opportunity [1]**  28/3
**order [28]**  3/16 4/2 4/8 12/3 12/10 15/3 15/24 19/7 19/13 20/19 21/3 21/12 22/3 22/11 24/8 24/16 24/17 24/23 24/25 25/3 25/14 25/19 25/21 25/24 26/3 26/9 26/11 27/9
**ordered [5]**  3/20 20/14 27/1 27/4 27/11
**orders [11]**  4/4 4/18 9/15 16/17 22/19 23/1 23/6 23/9 28/2 28/17 29/5
**other [8]**  6/23 7/12 12/20 22/21 26/17 26/24 27/21 27/21
**our [3]**  13/7 14/16 15/2
**ourselves [1]**  13/18
**out [14]**  5/14 6/23 7/18 8/12 12/17 14/6 15/24 17/10 18/15 22/24 23/2 27/10 29/4 29/5
**outlined [1]**  7/19
**outposts [1]**  6/25
**overly [1]**  11/15
**overnight [1]**  5/15
**own [5]**  12/2 13/22 16/7 20/21 24/3

**P**

**p.m [3]**  1/7 3/2 25/22

**PAGE [1]**  2/2

**paid [4]**  20/7 20/19 20/24 22/4
**participate [2]**  4/4 4/9
**participating [1]**  22/23
**particular [2]**  9/6 13/18
**parties [1]**  25/1
**party [2]**  24/25 25/4
**path [1]**  23/23
**patience [5]**  4/20 22/20 23/2 27/25 28/10
**patient [1]**  23/10
**pause [1]**  20/4
**pay [14]**  3/21 4/24 5/1 5/7 5/12 10/16 11/8 18/19 18/25 19/5 19/8 19/22 20/13 20/14
**paying [1]**  20/18
**Pearl [1]**  1/14
**penny [1]**  29/2
**people [5]**  8/10 8/15 8/19 9/4 14/22
**percentage [1]**  19/5
**perfectly [1]**  11/16
**persist [1]**  23/17
**person [2]**  6/7 28/10
**pertain [1]**  21/21
**pertains [1]**  16/2
**phone [6]**  10/23 10/25 10/25 11/2 11/4 13/23
**pick [1]**  13/23
**pig [1]**  15/7
**Piper [5]**  1/13 17/3 17/4 17/5 17/8
**PITTMAN [1]**  1/9
**place [1]**  27/19
**plaintiff [7]**  1/13 3/6 4/7 11/22 15/14 24/16 25/2
**plaintiffs [15]**  3/9 8/5 12/24 20/24 22/12 24/13 25/8 25/8 25/18 25/19 26/8 26/13
**plaintiffs' [2]**  11/21 25/5
**plan [1]**  10/18
**play [1]**  27/19
**pleadings [1]**  23/13
**pleasantly [1]**  9/15
**please [4]**  3/6 20/2 22/6 28/10
**plus [1]**  21/4
**point [5]**  1/4 3/4 5/22 19/20 26/12
**points [1]**  14/9
**police [1]**  16/15
**possesses [1]**  26/15
**possible [2]**  3/24 27/24
**post [1]**  15/5
**posting [1]**  26/20
**posts [1]**  7/18
**potential [1]**  26/11
**pound [1]**  29/2
**prepared [1]**  22/11
**prescribed [1]**  30/7
**present [1]**  6/20
**presume [1]**  20/23
**pretty [3]**  8/10 8/15 9/8
**previously [1]**  25/7
**printout [1]**  20/6
**prior [2]**  16/25 18/6
**privacy [1]**  15/4
**privilege [3]**  13/6 25/6 25/16
**pro [7]**  1/17 6/18 9/2 9/8 12/5 23/12 24/6
**probably [2]**  14/22 21/10

**problem [2]**  13/24 21/3
**Procedure [2]**  23/15 23/19
**proceeding [1]**  23/17
**proceedings [3]**  1/24 29/14 30/5
**processing [1]**  25/11
**produce [3]**  11/20 12/5 25/8
**produced [1]**  1/24
**production [2]**  16/5 25/11
**promise [1]**  7/6
**promptly [1]**  27/11
**Properties [3]**  13/13 13/16 23/18
**protective [3]**  12/3 12/9 15/3
**protocol [2]**  14/10 15/3 25/7
**provide [2]**  13/8 14/13
**provided [4]**  14/15 15/2 15/3 25/7
**provides [1]**  27/5
**providing [2]**  26/18
**proving [1]**  9/6
**public [2]**  6/21 6/24
**purge [4]**  5/7 9/11 22/15 23/7
**purges [1]**  26/3
**put [4]**  8/12 13/3 17/10 17/18

**Q**

**quash [2]**  12/4 12/9
**question [3]**  5/20 17/16 28/1
**questions [1]**  8/20
**quickly [1]**  9/10
**Quinn [1]**  17/4
**quite [3]**  9/4 9/6 9/13

**R**

**rate [1]**  9/10
**rather [1]**  22/23
**reached [1]**  25/2
**read [5]**  5/22 9/23 13/13 23/1 23/18
**reading [1]**  24/10
**really [5]**  13/25 14/21 15/7 15/8 28/1
**reason [1]**  8/23
**receipt [2]**  19/16 19/25 20/6
**recess [3]**  19/15 19/19 29/13
**record [6]**  3/11 9/17 18/2 19/20 24/18 30/5
**recusal [1]**  17/22
**regard [1]**  21/19
**regarding [1]**  5/23
**regardless [1]**  14/3
**Region [1]**  21/5
**registry [6]**  11/9 19/1 19/9 19/23 20/8 20/20
**related [2]**  3/17 24/17
**relevant [2]**  6/4 24/20
**relief [3]**  4/7 22/9 24/10
**religious [1]**  17/13
**remaining [1]**  12/8
**remember [2]**  6/6 9/18
**rental [2]**  10/12 10/14
**reported [1]**  1/24
**reporter [3]**  1/20 15/14 30/13
**REPORTER'S [1]**  29/15
**represent [5]**  9/5 16/11 24/3 24/5 28/14
**representations [2]**  24/13 24/18
**represented [2]**  17/3 20/23
**representing [1]**  16/8
**represents [2]**  6/8 20/13
**request [3]**  13/24 25/20 26/13

**R**

requested [1]  6/3
requests [3]  11/15 12/8 13/11
resources [1]  12/13
responded [1]  15/21
response [3]  5/25 24/12 25/10
responses [1]  25/13
responsive [5]  11/20 12/6 14/21 25/6 25/9
Reston [1]  1/18
result [1]  4/1
retain [1]  17/3
retaining [1]  17/7
ride [1]  14/23
right [15]  5/23 6/25 7/18 8/1 10/7 10/16 11/13 18/22 14/24 19/18 19/22 20/5 21/25 29/2 29/13
risking [1]  24/6
road [1]  14/4
Room [2]  1/20 30/17
RPR [3]  1/20 30/3 30/11
Rule [1]  25/13
rules [8]  12/5 12/8 13/17 23/14 23/14 23/15 23/19 23/20
run [3]  13/5 13/5 18/5
runaround [1]  26/22
running [2]  22/24 23/2

**S**

said [11]  3/21 3/22 3/23 6/7 9/18 13/8 14/15 15/10 24/3 26/23 29/7
same [1]  17/11
sanction [2]  22/2 22/18
sanctioned [2]  4/3 27/2
sanctions [7]  3/24 12/20 13/20 23/3 23/8 26/4 26/5
Savings [1]  13/16
say [6]  6/22 11/14 12/6 13/1 14/18 29/3
saying [1]  15/15
says [2]  8/4 26/19
scenario [1]  28/13
schedule [1]  16/3
scheduling [2]  21/19 21/21
se [3]  1/17 12/5 23/12
search [12]  4/10 6/3 11/23 13/3 13/5 14/10 14/12 15/2 15/9 15/15 15/19 25/5
searched [1]  25/14
searches [1]  25/4
seat [1]  12/22
Section [1]  26/1
see [2]  6/17 21/13
seeking [1]  25/18
seem [1]  12/16
seen [2]  11/25 27/22
send [4]  10/18 10/22 14/22 15/25
sense [1]  15/10
sent [4]  11/21 15/11 15/20 22/11
seriatim [1]  13/11
seriously [1]  29/11
serve [1]  9/2
served [1]  15/2
set [1]  25/21
seven [2]  24/22 25/2
shall [9]  24/22 25/2 25/4 25/6 25/8 25/10 25/12 25/17 25/19

share [1]  12/18
shark [1]  23/22
shark-infested [1]  23/22
she's [3]  15/16 15/16 23/2
sheer [1]  11/23
shocked [1]  9/16
short [2]  14/25 19/19
shortly [1]  14/16
should [3]  12/1 22/2 25/23
shouldn't [2]  4/3 9/16
show [7]  1/9 3/16 4/3 4/22 19/25 20/2 22/1
sic [2]  18/25 21/5
Signed [1]  30/9
since [2]  15/21 28/6
sir [10]  3/14 5/16 7/1 7/10 7/14 8/14 9/24 10/11 12/23 17/12
six [3]  6/12 14/15 14/17
slither [1]  29/4
social [5]  7/3 7/9 7/15 15/5 26/20
some [12]  3/17 4/19 6/20 9/1 9/23 10/23 10/25 11/14 11/22 14/15 16/7 26/14
somebody [2]  5/7 6/17
someone [2]  6/23 24/5
something [5]  7/7 17/1 17/17 26/19 26/21
something's [1]  13/8
sorry [3]  22/7 24/13 24/16
sort [2]  14/24 15/6
sorts [1]  15/8
sounds [1]  17/21
sources [3]  24/23 25/14 26/18
span [1]  14/25
specific [1]  6/2
stand [6]  3/10 4/15 4/16 19/15 19/18 29/13
start [1]  4/11
state [3]  12/18 21/6 21/6
STATES [8]  1/1 1/10 20/12 20/15 25/25 26/2 28/6 30/8
stenography [1]  1/24
still [6]  5/21 17/2 17/7 22/4 22/8 23/13
stored [1]  24/24
Street [4]  1/14 1/20 15/15 30/17
striking [1]  26/7
structured [1]  14/10
study [2]  9/18 9/21
stuff [4]  7/12 7/17 15/7 15/8
subject [1]  13/20
submission [1]  26/14
submit [2]  25/2 25/19
submitting [1]  26/15
Substack [6]  8/9 8/11 8/13 13/25 15/9 17/10
such [2]  7/18 26/2
Suite [1]  1/14
supervision [1]  16/7
supplement [2]  25/12 26/12
sure [5]  8/25 10/5 18/15 19/6 19/10
surprised [2]  9/13 9/15
surrender [2]  24/23 27/1
surrendering [1]  26/13
swimming [1]  23/22
system [1]  28/5

**T**

take [17]  4/14 4/16 5/6 5/14 6/14 6/17 11/7 12/12 12/22 16/20 18/24 19/3 19/4 19/6 19/9 27/15 29/9
taken [1]  19/19
takes [1]  21/25
taking [2]  23/10 29/11
talk [3]  6/14 8/6 13/9
talked [2]  3/17 17/13
talking [2]  12/17 22/6
Tarrant [1]  6/15
Telephone [4]  1/15 1/18 1/21 30/18
tell [4]  10/1 11/13 21/11 23/18
telling [1]  21/16
ten [2]  25/3 25/14
tend [1]  9/8
tends [1]  12/12
term [1]  15/2
terms [9]  4/10 6/3 11/23 13/3 13/5 15/9 15/15 15/19 25/5
terribly [1]  6/4
test [2]  28/9 29/6
TEXAS [13]  1/2 1/5 1/15 1/21 5/19 9/6 10/20 12/19 21/6 23/16 30/12 30/13 30/17
Texas-based [1]  10/20
than [5]  6/12 8/24 14/18 22/23 27/21
Thank [3]  20/9 20/18 22/5
that [146]
that's [14]  4/5 6/9 8/7 10/7 11/12 11/16 12/1 14/12 16/4 20/11 20/12 21/1 21/21 27/14
their [2]  14/23 16/13
them [8]  5/11 6/4 15/16 15/16 27/15 27/16 28/18 29/9
then [10]  10/6 11/9 11/17 12/7 13/6 14/16 15/13 19/11 21/14 21/14
there [10]  5/7 6/23 7/18 8/9 16/12 18/6 19/6 19/17 24/12 26/20
there's [6]  13/12 15/5 15/24 18/6 18/8 18/8
these [7]  8/6 11/15 12/6 22/21 24/7 24/7 28/19
they [11]  6/3 6/24 6/25 9/2 11/7 15/10 19/3 19/4 19/4 19/5 19/6
they're [1]  9/2
they've [1]  11/25
thing [4]  11/14 14/14 26/24 27/17
things [6]  3/17 9/23 10/8 12/11 12/20 16/22
think [18]  6/10 8/19 8/21 9/25 10/21 10/24 11/14 12/13 14/3 14/15 15/20 15/25 16/6 17/2 21/7 26/22 28/2 29/7
third [3]  11/8 24/25 25/4
third-party [2]  24/25 25/4
this [62]
THOMPSON [8]  1/13 3/9 13/24 14/8 17/4 17/6 21/9 21/16
Thompson's [1]  17/13
those [10]  4/12 5/13 8/7 17/8 20/19 22/4 23/20 23/21 25/2 30/7
thought [1]  29/10
three [1]  21/14
thrown [1]  9/11
time [20]  3/6 3/24 4/21 5/4 5/10 6/6 9/19 12/13 14/25 16/15 17/1 18/21 19/7 20/14 22/21 23/9 26/2 27/6 27/16

**T**

**time... [1]** 27/18
**times [1]** 27/3
**tired [1]** 24/7
**today [10]** 4/17 5/13 9/14 10/21 15/21 18/22 20/19 21/12 22/10 29/11
**told [6]** 3/19 4/20 6/6 9/18 13/7 18/21
**tomorrow [1]** 10/18
**tonight [1]** 5/15
**too [3]** 12/6 13/8 24/8
**toolbox [1]** 22/25
**tools [3]** 12/14 22/24 28/9
**toothbrush [1]** 10/6
**top [1]** 23/8
**touch [1]** 13/4
**track [2]** 7/8 9/16
**transcript [4]** 1/9 1/24 30/4 30/6
**trap [1]** 14/6
**trial [2]** 13/7 16/4
**tried [5]** 13/1 14/12 15/23 16/4 23/2
**trouble [4]** 3/22 16/15 23/24 24/6
**true [3]** 6/9 8/7 30/4
**trust [1]** 14/11
**trusted [1]** 16/6
**trusts [2]** 17/2 17/8
**trustworthy [1]** 18/14
**try [5]** 13/2 16/17 27/16 27/24 28/10
**trying [7]** 4/17 5/14 16/2 16/17 23/10 27/23 28/16
**turned [1]** 27/10
**Twitter [2]** 7/22 7/25
**two [2]** 4/6 16/22
**type [3]** 16/7 26/14 27/17

**U**

**Uber [2]** 10/13 14/23
**ultimately [2]** 14/2 15/25
**under [5]** 12/5 21/2 23/13 25/25 26/14
**understand [2]** 3/22 27/7
**understanding [1]** 23/11
**unfamiliar [1]** 8/8
**UNITED [8]** 1/1 1/10 20/12 20/15 25/25 26/1 28/5 30/8
**unless [1]** 16/20
**unlike [3]** 4/19 11/24 11/25
**until [5]** 5/6 9/11 22/15 23/7 26/2
**up [9]** 7/7 9/17 12/12 13/23 16/12 16/19 19/12 27/1 28/2
**uploaded [1]** 26/9
**upon [2]** 12/12 25/1
**us [3]** 1/13 18/17 18/21
**use [1]** 13/14
**used [1]** 29/3
**using [1]** 25/4

**V**

**valuable [1]** 12/13
**various [2]** 6/24 7/3
**vehicle [2]** 10/9 10/10
**vendor [5]** 13/4 14/13 25/1 25/4 25/6
**vendor's [1]** 25/11
**Vendors [1]** 13/8
**verbal [1]** 19/7
**very [11]** 15/5 15/10 16/13 16/14 16/14 20/9 21/4 21/20 23/10 28/10 29/11
**via [3]** 10/13 15/18 20/7

**vice [1]** 9/9
**violate [1]** 12/8
**violation [1]** 24/17
**Virginia [1]** 1/18
**VOL [1]** 2/2
**volume [2]** 1/8 11/23
**voluminous [1]** 6/4
**vs [4]** 1/6 3/5 13/16 19/21

**W**

**wait [1]** 12/11
**Wall [1]** 15/15
**want [14]** 9/1 10/5 12/17 13/10 14/14 15/1 16/3 19/12 21/11 21/13 21/15 23/4 27/14 28/11
**wanted [1]** 15/18
**wants [1]** 16/1
**warned [1]** 3/23
**warning [1]** 23/5
**was [17]** 3/25 4/6 4/25 5/23 7/25 8/4 8/10 9/14 10/18 13/4 14/15 14/20 14/24 14/24 15/10 19/24 22/11
**wasn't [1]** 8/18
**waters [1]** 23/22
**way [5]** 10/20 12/11 28/5 28/6 29/4
**we [38]**
**we'll [3]** 13/9 19/6 19/12 19/15 19/16 21/12 26/9 29/13
**we're [4]** 3/15 3/16 9/10 19/20
**we've [2]** 13/1 13/7
**website [1]** 23/21
**well [18]** 5/5 5/20 6/6 7/15 9/8 11/1 11/13 16/12 16/13 17/21 18/10 21/2 23/2 24/1 24/11 27/25 28/11 28/23
**were [12]** 6/3 6/3 6/4 6/11 10/1 10/1 11/1 12/17 19/22 20/14 22/15 24/12
**Western [1]** 18/7
**what [26]** 4/17 5/5 6/6 6/7 6/19 8/16 9/25 11/20 12/16 12/25 14/3 15/1 16/13 18/17 19/12 21/12 26/14 26/15 26/23 27/9 27/21 27/22 28/1 28/2 29/2 29/8
**what's [4]** 5/25 6/20 17/16 20/23
**when [5]** 8/4 15/17 17/6 19/11 21/15
**whenever [1]** 15/24
**where [5]** 8/5 8/9 8/19 9/10 13/5
**whether [4]** 4/13 12/8 19/13 27/4
**which [4]** 17/2 17/7 22/14 29/1
**while [1]** 10/6
**who [3]** 9/5 20/16 28/14
**whole [1]** 13/4
**why [7]** 4/3 4/24 12/1 14/12 15/19 16/4 19/7
**will [14]** 3/8 10/4 13/1 17/25 20/16 20/18 20/20 23/6 23/7 25/21 25/24 26/1 26/7 27/11
**WILLENBURG [4]** 1/20 30/3 30/11 30/11
**WILLIAM [1]** 1/13
**wire [1]** 10/19
**wisdom [1]** 12/23
**withheld [1]** 25/15
**within [6]** 14/25 24/22 25/2 25/3 25/13 25/19
**without [3]** 13/2 16/7 23/17
**words [2]** 6/23 26/17
**work [5]** 13/1 17/4 23/3 26/16 28/5

**west [1]** 18/15
**worth [6]** 1/3 1/5 1/21 29/8 30/14 30/17
**would [25]** 3/10 4/10 4/15 9/14 9/15 9/25 10/3 10/5 10/24 11/3 12/17 16/20 16/22 20/2 21/9 21/20 22/14 22/14 22/16 22/23 23/18 24/4 24/14 26/13 28/13
**writes [3]** 15/6 15/6 15/8
**writing [1]** 20/20
**written [1]** 25/12
**Wyatt [2]** 18/11 20/10

**Y**

**yahoo.com [2]** 1/22 30/19
**Yeah [1]** 14/24
**year [1]** 7/25
**years [1]** 24/4
**yes [6]** 3/12 3/23 4/23 5/3 26/10 28/25
**York [3]** 9/17 16/9 23/1
**you [204]**
**you'd [2]** 10/6 28/3
**you're [25]** 4/22 5/6 6/23 8/6 9/10 10/22 12/2 12/14 13/14 13/22 14/3 14/5 14/5 17/21 18/11 19/11 21/17 23/21 23/22 28/10 29/3 29/3 29/4 29/8 29/10
**you've [2]** 5/22 20/7
**your [68]**
**yourself [11]** 3/7 3/11 5/7 9/11 14/5 22/15 23/7 23/19 23/24 24/5 29/10
**YouTube [2]** 7/11 7/13

# EXHIBIT 43

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES JOHNSON,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>CLEARVIEW AI, INC.; HOAN TON-THAT;<br>and RICHARD SCHWARTZ,<br><br>                    Defendants. | 23 Civ. 2441 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff Charles Johnson brought this lawsuit in 2023, seeking *inter alia*, injunctive relief and damages emanating from an alleged breach of contract. Unfortunately, since that filing, Plaintiff has acted more to obstruct this litigation than to resolve it.  Throughout these proceedings, Plaintiff has openly and repeatedly flouted this Court's orders, including orders regarding discovery.  Moreover, the record in this case is littered with Plaintiff's false statements, half-truths, and misrepresentations — to say nothing of his overtly racist tirades against his adversaries and their counsel.  For the reasons set forth in further detail below, the Court imposes the following sanctions against Plaintiff: the Court fines Plaintiff in the amount of $10,000, strikes Plaintiff's Answer (Dkt. #53), and directs the Clerk of Court to enter default against Plaintiff.

# BACKGROUND[1]

According to Plaintiff, in February 2017, he founded a facial recognition technology company, SmartCheckr, LLC ("SmartCheckr"), with Defendants Hoan Ton-That and Richard Schwartz (together, the "Individual Defendants"). (AC ¶ 19).  Eventually, the Individual Defendants sought to wind down SmartCheckr and transfer its assets to a new company, Defendant Clearview AI (together with the Individual Defendants, "Defendants").  (*Id.* ¶ 29).  The dissolution of SmartCheckr was formalized in a Wind-Down Agreement, pursuant to which Plaintiff was given a ten-percent ownership stake in Clearview AI and the right to receive certain commissions on Clearview AI's sales, to the extent that an introduction made by him led to a sale of Clearview AI's software or services.  (*Id.* ¶¶ 31-33).

On March 22, 2023, more than four years after the execution of the Wind-Down Agreement, Plaintiff brought the instant action, principally alleging that both the Individual Defendants and Clearview AI had breached their obligations under that agreement.  (Dkt. #1).  On August 4, 2023, Plaintiff filed an amended complaint (the "Amended Complaint").  (Dkt. #25).  On June 21, 2024, Defendants filed their answer to the Amended Complaint, which included a counterclaim (the "Counterclaim") against Plaintiff.  (Dkt. #44 (Answer), 50 (Amended Answer)).  Plaintiff filed his answer to the Counterclaim on July 26, 2024.  (Dkt. #53).

---

[1]    The Court draws facts from the amended complaint in this action (Dkt. #25 ("AC")), the well-pleaded allegations of which have been accepted as true at this stage of the litigation.

App.1962

The Court endorsed the parties' initial case management plan on July 1, 2024. (Dkt. #48). That plan provided for a period of fact discovery ending on December 6, 2024. (*Id.* at 2). The Court later granted an extension of the end date for fact discovery to on or before March 6, 2025. (Dkt. #57 (Endorsement), 59 (Revised Case Management Plan)). In doing so, the Court warned that it would not grant further extensions of the discovery deadlines in this case, absent exigent circumstances. (Dkt. #57).

From the inception of the case, the Court has received disturbing reports from Defendants regarding Plaintiff's false, racist, and inflammatory postings about Defendants, defense counsel, and this case on social media. (*See, e.g.*, Dkt. #21, 34, 37, 45; *see also, e.g.*, Dkt. #22, 36, 39 (Court orders seeking to prevent Plaintiff from intimidating defense counsel or otherwise interfering with the conduct of this litigation, while acknowledging Plaintiff's First Amendment rights)). Plaintiff's contumacious conduct only worsened after the second case management plan in this case was endorsed. (Dkt. #59). The Court received defense submissions detailing Plaintiff's (i) continued postings on social media of false information and bigoted musings about the parties and their counsel, and (ii) deficient responses to discovery requests. (*See, e.g.*, Dkt. #60-61, 65).

Ultimately, the breadth of Plaintiff's noncompliance necessitated two consecutive conferences, at which Plaintiff himself was required to appear with his counsel. The bulk of the conferences was spent addressing various problems with discovery. (*See generally* Dkt. #69 (January 8, 2025 Conference Transcript), 71 (January 13, 2025 Conference Transcript)). Among those

3

problems was the manner in which discoverable information had been collected

by Plaintiff and his counsel for review.  In short, Plaintiff's counsel had been

unable to access potentially discoverable materials and had made no effort to

review texts, social media platforms, and other documents; Defendants had

identified categories of documents that Plaintiff acknowledged existed but did

not produce; and Plaintiff had made false and misleading statements regarding

the message-deleting capabilities of the Signal platform.  (*See* Dkt. #68).[2]

Despite the Court's previous warning regarding discovery, the situation

required a complete "reconstitution of the universe of potentially discoverable

materials," including electronic communications, which the Court ordered

Plaintiff and his counsel to complete on or before February 21, 2025, with all

fact discovery and depositions to be concluded on or before April 11, 2025.  (*Id.*

at 3-5).

In the midst of the Court's review of Plaintiff's discovery deficiencies

during the January 8, 2025 conference, Plaintiff informed the Court that he

now wished to dismiss his claims against Defendants.  (*See* Dkt. #69, Tr. 67:6-

8).  Accordingly, Plaintiff's claims were dismissed with prejudice, but the

Counterclaim brought by Defendants remained in the case, and therefore

discovery would still be necessary.  (*See* Dkt. #68 at 1).  Addressing the

remaining issues raised in the pre-conference letters and at the conferences,

the Court (i) confirmed that "Plaintiff may not contact any Defendant directly;

---

[2]    With particular respect to the third category of discovery issues, Plaintiff failed to advise
the Court and Defendants that he understood that Signal messages could be saved on
the platform, and that he had indeed saved such messages in the past.

4

that Plaintiff may not post any statements to his social media accounts regarding defense counsel; and that any other public statements by Plaintiff regarding this case or any of its participants runs the risk of sanctions from this Court"; and (ii) debunked Plaintiff's claim that agents at the Department of Homeland Security ("DHS") were preventing Plaintiff from providing additional discovery in the case. (Dkt. #68 at 1-2, 5-6).

Despite the Court's warnings, Plaintiff continued to post false and scurrilous information on social media about the litigation, the litigants, and their counsel. (*See* Dkt. #75, 79). What is more, Plaintiff refused to conduct the necessary searches to resolve his outstanding discovery obligations. (Dkt. #78). Accordingly, the Court held another conference, at which Plaintiff was again required to appear along with his counsel. (*See* Dkt. #83; April 2, 2025 Minute Entry). At that conference, the Court imposed sanctions on Plaintiff in the amounts of (i) $2,000 for his February 20, 2025 post on his Substack.com account; and (ii) $5,000 for his March 5, 2025 post on his Substack.com account, each in contravention of this Court's January 16, 2025 Order. (Dkt. #84). Because of Plaintiff's continued failure to comply with his discovery obligations, the Court again reset the deadlines for the remaining discovery, with fact depositions being pushed to June 6, 2025. (*Id.* at 1). The Court further cautioned Plaintiff that "continued violation of this Court's discovery orders [would] result in substantially higher monetary sanctions, this Court's striking his Answer, and/or entry of a default judgment." (*Id.* at 2).

Nevertheless, the Court permitted and set a briefing schedule for the motion to dismiss Defendants' Counterclaim that Plaintiff sought to file. (*Id.*).

On May 19, 2025, after Plaintiff's motion to dismiss was fully briefed, Defendants informed the Court that Plaintiff still refused to comply with his discovery obligations. (Dkt. #92). Plaintiff had not produced any documents or electronically stored information. (*Id.* at 2). More egregiously, Plaintiff had indicated that he would not be complying with those obligations in the future. (*Id.*). His counsel forwarded the following message from Plaintiff to Defendants: "[Plaintiff] has already complied with your overly broad e-discovery demands. He will not be providing the [Defendants] with all of his communications with federal law enforcement. Nor with First Amendment protected sources." (*Id.*). In response, the Court ordered Plaintiff to show cause in writing why his Answer should not be stricken and default judgment entered against him on the Counterclaim in this case. (Dkt. #93). Plaintiff submitted his response on June 12, 2025, which basically challenged the expense of complying with his discovery obligations in a case in which he had dismissed his original claims against Defendants. (Dkt. #94).

## DISCUSSION

### A.    The Court Has Subject Matter Jurisdiction over Defendants' Counterclaim

The Court begins by addressing the antecedent issue of its jurisdiction over Defendants' Counterclaim. Plaintiff has moved to dismiss the Counterclaim for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). (Dkt. #85). The Court is mindful of its obligation to

ensure that it has Article III jurisdiction at all stages of a case.  *See* Fed. R. Civ.
P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter
jurisdiction, the court must dismiss the action."); *see also Arbaugh* v. *Y & H
Corp.*, 546 U.S. 500, 514 (2006) ("[W]hen a federal court concludes that it lacks
subject-matter jurisdiction, the court must dismiss the complaint in its
entirety.").  However, for substantially the reasons set forth in Defendants'
opposition to Plaintiff's motion to dismiss (Dkt. #88), the Court concludes that
it has subject matter jurisdiction to hear Defendants' Counterclaim and denies
Plaintiff's motion.  Stated simply, the Court concludes that (i) Defendants'
Counterclaim is compulsory under Federal Rule of Civil Procedure 13(a), as it
arises out of the same transaction or occurrence as Plaintiff's original claim;
(ii) the Court retains supplemental jurisdiction over the Counterclaim even
after Plaintiff's dismissal of his claims; and (iii) in the alternative, the Court has
independent jurisdiction over the Counterclaim under 28 U.S.C. § 1332.  By
extension, the Court has jurisdiction to consider the imposition of sanctions on
Plaintiff, if and as warranted.

**B.    The Court Will Impose Sanctions for Plaintiff's Failure to Comply
with Court Orders and with His Discovery Obligations**

**1.    Applicable Law**

"A district court has wide discretion to impose sanctions for abusing the
discovery process."  *Bilodeau* v. *Usinage Berthold, Inc.*, No. 24-2922, 2025 WL
1778857, at *3 (2d Cir. June 27, 2025) (summary order) (internal quotation
marks omitted).  Federal Rule of Civil Procedure 37 provides that when "a
party ... fails to obey an order to provide or permit discovery ... the court where

the action is pending may issue further just orders." Fed. R. Civ. P. 37(b)(2)(A).

Such just orders may include "striking pleadings in whole or in part; ...

dismissing the action or proceeding in whole or in part; [or] rendering a default

judgment against the disobedient party." *Id.* Further, "the court *must* order

the disobedient party, the attorney advising that party, or both to pay the

reasonable expenses, including attorney's fees, caused by the failure, unless

the failure was substantially justified or other circumstances make an award of

expenses unjust." Fed. R. Civ. P. 37(b)(2)(C) (emphasis added).

Several considerations inform a court's analysis of a motion for sanctions

under Federal Rule of Civil Procedure 37, including: "[i] the willfulness of the

[noncompliance] or the reason for noncompliance; [ii] the efficacy of lesser

sanctions; [iii] the duration of the period of noncompliance[;] and [iv] whether

the noncompliant party had been warned of the consequences of

noncompliance." *Agiwal* v. *Mid Island Mortg. Corp.*, 555 F.3d 298, 302-03 (2d

Cir. 2009) (internal quotation marks and alteration omitted) (quoting *Nieves* v.

*City of New York*, 208 F.R.D. 531, 535 (S.D.N.Y. 2002)); *accord Bilodeau*, 2025

WL 1778857, at *3. Further, the court has "inherent power to supervise and

control its own proceedings and to sanction counsel or a litigant for bad-faith

conduct." *Sussman* v. *Bank of Israel*, 56 F.3d 450, 459 (2d Cir. 1995); *see also*

*Chambers* v. *NASCO, Inc.*, 501 U.S. 32, 45-46 (1991) ("[A] court may assess

attorney's fees when a party has 'acted in bad faith, vexatiously, wantonly, or

for oppressive reasons'" (quoting *Alyeska Pipeline Serv. Co.* v. *Wilderness Soc'y*,

8

421 U.S. 240, 258-59 (1975))); *see generally Int'l Techs. Mktg., Inc.* v. *Verint Sys., Ltd.*, 991 F.3d 361, 367 (2d Cir. 2021).[3]

The Second Circuit has provided additional guidance for courts considering case-terminating (or "terminal") sanctions. *See Rossbach* v. *Montefiore Med. Ctr.*, 81 F.4th 124, 137-42 (2d Cir. 2023). As relevant here, the Court observed that a district court could impose terminal sanctions under its inherent power, where a party "has acted in bad faith, vexatiously, wantonly, or for oppressive reasons." *Id.* at 141 (quoting *Ransmeier* v. *Mariani*, 718 F.3d 64, 68 (2d Cir. 2013) (internal quotation marks omitted)). The Court cautioned, however, that

> "[T]he sanction of dismissal with prejudice ... should be used ... only upon a finding of willfulness, bad faith, or reasonably serious fault." *Mitchell* v. *Lyons Pro. Servs., Inc.*, 708 F.3d 463, 467 (2d Cir. 2013) (internal quotation marks and citations omitted). Likewise, our "case law is clear that a district court may not impose attorney's fees as a sanction without first making an explicit finding that the sanctioned party, whether a party or a party's counsel, acted in bad faith in engaging in the sanctionable conduct." *Wilson* v. *Citigroup, N.A.*, 702 F.3d 720, 724 (2d Cir. 2012) (per curiam).

---

[3]    A sister court in this District has opined that, before imposing sanctions pursuant to its inherent authority, a court should consider

> [i] whether the misconduct was the product of intentional bad faith; [ii] whether and to what extent the misconduct prejudiced the other party; [iii] whether there is a pattern of misbehavior, rather than an isolated instance; [iv] whether and when the misconduct was corrected; and [v] whether further misconduct is likely to continue in the future.

*Fischman* v. *Mitsubishi Chem. Holdings Am., Inc.*, No. 18 Civ. 8188 (JMF), 2022 WL 3646205, at *2 (S.D.N.Y. Aug. 24, 2022).

9

*Id.* at 142.  Finally, the Court noted that district courts were obligated to "'at least consider lesser remedial measures before imposing' the sanction of dismissal."  *Id.* at 141 (quoting *Shepherd* v. *Annucci*, 921 F.3d 89, 97 (2d Cir. 2019)).[4]

## 2.    Analysis

Each of the *Agiwal* factors supports the imposition of severe sanctions in this case.  *First*, the Court finds that Plaintiff's noncompliance with this Court's orders regarding both his out-of-court communications and discovery obligations has been willful and undertaken in bad faith.  As previously discussed, Plaintiff has posted false and incendiary public commentary about the parties in this litigation and their counsel throughout the pendency of this action.  (*See* Dkt. #21, 34, 37, 45, 60, 61, 75, 79).  Since 2023, the Court has attempted to make clear to Plaintiff that this conduct is unacceptable.  (*See* Dkt. #22, 39).  In 2025, in the wake of more frequent (and more egregious) postings, this Court held two separate in-person conferences to address Plaintiff directly.  (Dkt. #64, 77, 83 (setting conferences for January 8, 2025, and April 2, 2025, and requiring Plaintiff's presence)).  After the first conference, the Court also memorialized the content of the hearing in an order.

---

[4]    Elsewhere in its opinion, the *Rossbach* court stated that potential recipients of sanctions are entitled to notice and an opportunity to be heard prior to the imposition of sanctions.  *See Rossbach* v. *Montefiore Med. Ctr.*, 81 F.4th 124, 140 (2d Cir. 2023).  It did not consider a notice argument in the course of resolving the appeal, inasmuch as the argument had not been preserved.  *Id.*  In point of fact, the district court had provided the requisite notice and opportunity to be heard.  *See Rossbach* v. *Montefiore Med. Ctr.*, No. 19 Civ. 5758 (DLC), 2021 WL 3421569, at *6 & n.9 (S.D.N.Y. Aug. 5, 2021), *aff'd in part, vacated in part on other grounds, remanded*, 81 F.4th 124 (2d Cir. 2023).  Plaintiff here has received the requisite notice and opportunity to be heard on multiple occasions.

(Dkt. #68).  Still, Plaintiff made no effort to comply with the Court's orders.

Instead, he proceeded to make lengthy blog-style posts on his Substack

account, in which he continued to calumniate defense counsel and Defendants.

(*See* Dkt. #75-2, 79-1).  Plaintiff even went as far as to acknowledge his flouting

of this Court's orders in one post:

> Last month I told a federal judge that I would refrain
> from posting about Clearview.AI on social media.  I don't
> want her to think that this post constitutes a work
> around her admonition but I do believe that the public
> has a right to know what's going on at arguably the
> most dystopian tech company.

(Dkt. #75-2 at 3).  In light of the numerous opportunities afforded to Plaintiff to

substantiate his outlandish accusations — all of which Plaintiff has rebuffed —

the Court can only conclude that his social media postings have been made

willfully and in bad faith, in an ultimately futile attempt to intimidate his

adversaries and their counsel and subvert this litigation.

  Plaintiff has also willfully, and in bad faith, disregarded his discovery

obligations.  Plaintiff and his counsel made productions that fell woefully short

of the requirements of Federal Rule of Civil Procedure 34 and failed to

sufficiently respond to interrogatories, requests for production, and requests

for admission.  (*See* Dkt. #68 (summarizing deficiencies in discovery)).  Despite

multiple opportunities to rectify those deficiencies, Plaintiff has continued to

stall this litigation through his lack of compliance.  In January 2025, Plaintiff

attempted to justify his deficient productions by informing the Court that he

had been instructed not to produce any additional discovery in this case by two

agents working at DHS.  (*Id.* at 5).  Despite Plaintiff's pattern of lying to this

Court, the Court conscientiously investigated Plaintiff's claim, reaching out to DHS to obtain additional information regarding these purported agents. DHS could locate no Special Agent with the names provided by Plaintiff, and the Court thus concluded that there was "no basis for Plaintiff to refrain from producing additional discovery in this case." (*Id.*). To date, Plaintiff has not produced such discovery. Instead, Plaintiff informed Defendants that he has "already complied with [their] overly broad e-discovery demands," and that he would not turn over further documents, including "his communications with federal law enforcement" (which, again, the Court has already revealed to be nonexistent). (Dkt. #92 at 2). Accordingly, the first factor is satisfied.

*Second*, lesser sanctions have been employed to no avail. The Court began to address the problems in this case by issuing repeated warnings to Plaintiff. (*See, e.g.*, Dkt. #22, 39, 68, 77, 80). Because the warnings had no effect, the Court turned to monetary sanctions to address Plaintiff's continued violative social media posts. (Dkt. #84 (sanctioning Plaintiff $2,000 and $5,000, respectively, for two violations)). In the order imposing those sanctions, the Court again warned Plaintiff that "future violations of this Court's orders in this regard [would] be met with substantially higher monetary sanctions, this Court's striking his Answer, and/or entry of a default judgment." (*Id.* at 1). The Court further clarified that "continued violation of the Court's discovery orders" would have the same result. (*Id.* at 2). Despite those warnings, in-person conferences, and monetary sanctions, Plaintiff informed Defendants in May 2025 that he would not be complying with his

remaining discovery obligations. (Dkt. #92).[5] For those reasons, the Court does not believe that lesser sanctions would be effective at this time and finds that the second factor is satisfied here.

*Third*, the duration of noncompliance has been lengthy. As noted, the initial end date for fact discovery was December 6, 2024 — a deadline that was set on July 1, 2024. (Dkt. #48). One year after that deadline was set, fact discovery is still not complete, and Plaintiff has made clear that he does not intend to provide further discovery responses. (Dkt. #92). The Court sees no utility in allowing more time to pass, in light of Plaintiff's clear statements to Defendants that he will not provide further responsive information. Further, Plaintiff has ignored this Court's orders regarding his inflammatory posts about the parties in this action, including defense counsel, for approximately two years. (*See* Dkt. #22, 39). Accordingly, the Court finds that the third factor weighs in favor of more severe sanctions.

---

[5]     As noted, Plaintiff's current argument for non-compliance concerns the anticipated cost of responding to Defendants' discovery demands. (*See* Dkt. #94). However, this argument overlooks Plaintiff's prior course of conduct in discovery, wherein Plaintiff and his counsel engaged in only the most perfunctory of searches for responsive documents; lied to Defendants and the Court about his searches for (and ability to search for) discoverable materials; and rebuffed defense suggestions to reduce costs. (*See generally* Dkt. #92 at 1-3 (recounting history)). In short, a substantial portion of Plaintiff's discovery expenses to date have been incurred as a result of his willful noncompliance with the Federal Rules of Civil Procedure and the Court's orders. Moreover, the Court rejects Plaintiff's argument that Defendants' discovery demands are disproportionate because Plaintiff has withdrawn all of his claims. (Dkt. #94 at 4). They are proportionate to the Counterclaim that remains in the case. *See* Fed. R. Civ. P. 26(b) ("Unless otherwise limited by court order, the scope of discovery is as follows: Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.").

*Fourth*, as discussed at length herein, Plaintiff has been repeatedly warned of the consequences of noncompliance, and such warnings have had absolutely no deterrent effect on Plaintiff. Therefore, the fourth factor also weighs in favor of sanctions.

The Court concludes that this case has presented exactly the kind of "extreme situation[ ]" to warrant the harsh sanctions imposed here. *Agiwal*, 555 F.3d at 302. This conclusion is only bolstered by the recent decision of United States District Judge Mark T. Pittman in another case involving Plaintiff, this time in the United States District Court for the Northern District of Texas, where the court also imposed litigation-ending sanctions on Plaintiff for strikingly similar discovery violations. *See Point Bridge Capital, LLC* v. *Johnson*, No. 24 Civ. 988 (MTP), Dkt. #73 (N.D. Tex. June 23, 2025) (the "Pittman Order"). In relevant part, Judge Pittman found that

> Similarly, in this case, Johnson has been sanctioned on multiple occasions. Despite those sanctions and the Court's warning … that should he continue to disregard Court orders he would be held in contempt and placed in the custody of the United States Marshal until he purged himself of his contempt, Johnson continued to flaunt the Court's orders. ECF Nos. 61 at 2, 63 at 9, 67. In fact, Johnson's response to these warnings was to mock them on social media.
>
> ***
>
> Johnson's social media posts evidence the willfulness behind his non-compliance, as they show that he had no intention of complying with the Court's orders. This fact was confirmed at the hearing when Johnson stated that he had simply made the decision not to comply. Therefore, there is no other conclusion the Court can reach other than Johnson is willfully ignoring the orders of the Court.

14

(Pittman Order 4-5).  Having engaged in the same obstructive conduct in two jurisdictions at the same time, Plaintiff should suffer the same consequences in both.

## CONCLUSION

For the foregoing reasons, in accordance with Federal Rule of Civil Procedure 37 and the Court's inherent authority, the Court hereby sanctions Plaintiff as follows.  *First*, the Court FINES Plaintiff in the amount of $10,000 for his continued flouting of Court orders, which fine is additional to the $7,000 in sanctions previously imposed.  *Second*, the Court ORDERS Plaintiff's Answer to be stricken in its entirety and directs the Clerk of Court to enter default against Plaintiff.  *Third*, the Court ORDERS that Plaintiff pay "the reasonable expenses, including attorney's fees, caused by" his failure to comply with the Court's discovery orders.  *See* Fed. R. Civ. P. 37(b)(2)(C).  In so doing, the Court specifically does *not* find that Plaintiff's "failure was substantially justified or other circumstances make an award of expenses unjust."  *Id.*

Judgment will be entered against Plaintiff regarding his liability on Defendants' Counterclaim, and the matter will be referred to United States Magistrate Judge Sarah Netburn for an inquest into damages on the Counterclaim, as well as the fees and expenses to which Defendants are entitled under Rule 37.

The Court further DENIES Plaintiff's motion to dismiss for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).  The Clerk of Court is directed to terminate the motion at docket entry 85.

15

App.1975

SO ORDERED.

Dated:   July 2, 2025
         New York, New York

_____
            KATHERINE POLK FAILLA
            United States District Judge

16

# EXHIBIT 44

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| Point Bridge Capital, LLC, | § | |
| Hal Lambert | § | |
| | § | Case No. 4:24-cv-0988-P |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| Charles Johnson, | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFFS' MOTION FOR "SHOW CAUSE" HEARING TO HOLD
<u>DEFENDANT CHARLES JOHNSON IN CIVIL CONTEMPT</u>**

# TABLE OF CONTENTS

**Page**

INTRODUCTION ................................................................................................ 1

FACTUAL BACKGROUND ............................................................................... 3

    I.    Johnson violates the Court's asset-protection order by attempting to sell over $1 million in stock in a company called Othram. .................................. 3

        A.    The Court's order bars Johnson from dissipating his assets. ..................... 3

        B.    Johnson tries to cash out over $1 million in Othram stock using a secret Wyoming LLC—and continues even after the Court denied his motion to stay. .......................................................... 4

        C.    Despite the Court denial of his motion to stay, Johnson continues his attempts to sell his Othram shares and tries to persuade Othram to disregard the order. ...................................... 5

    II.    Johnson personally threatens Hal Lambert and Plaintiffs' counsel—and welcomes incarceration because it gives him time "to write and read and work out." ........................................................................ 6

        A.    Johnson claims to welcome incarceration ................................... 7

        B.    Johnson threatens Plaintiff Hal Lambert, Plaintiffs' counsel—within hours—his ally asserts a frivolous defamation allegation against counsel. ........................................................... 9

    III.    Johnson continues to use false claims of government affiliation to flout his obligations. ................................................................ 11

        A.    Johnson claims "advice from the Feds" to avoid discovery. ..................... 11

        B.    Johnson uses his false claims of government authority to withhold funds from his prior counsel in this case. ................................... 12

ARGUMENT ...................................................................................................... 13

    I.    The Court should hold Johnson in civil contempt. ............................... 13

App.1979

A.    Clear and convincing evidence establishes each element of civil contempt. ................................................................................................ 13

B.    The Court should incarcerate Johnson because monetary sanctions will not compel his compliance. ................................................. 14

II.    A future "show cause" hearing will be necessary to address Johnson's non-compliance with post-judgment discovery, but that issue is not yet ripe. ....................................................................................................................... 16

CONCLUSION .......................................................................................................... 17

App. 1980

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Allstate Settlement Corp. v. Doucette*,
No. 15-1130, 2016 WL 3346531 (S.D. Tex. June 16, 2016)..................................................15

*Am. Airlines, Inc. v. Allied Pilots Ass'n*,
228 F.3d 574 (5th Cir. 2000) ......................................................................................2, 13, 15

*Cooper v. Dallas Police Ass'n*,
No. 3:05-cv-1778-N, 2013 WL 1787564 (N.D. Tex. Apr. 5, 2013)......................................14

*In re Dinnan*,
625 F.2d 1146 (5th Cir. 1980) (per curiam)..........................................................................15

*FDIC v. LeGrand*,
43 F.3d 163 (5th Cir. 1995) ..................................................................................................15

*Hutto v. Finney*,
437 U.S. 678 (1978)..............................................................................................................15

*Int'l Union, United Mine Workers of Am. v. Bagwell*,
512 U.S. 821 (1994)..............................................................................................................16

*Sec. & Exch. Comm'n v. First Fin. Grp. of Tex., Inc.*,
659 F.2d 660 (5th Cir. 1981) ................................................................................................13

*Test Masters Educ. Servs., Inc. v. Singh*,
428 F.3d 559 (5th Cir. 2005) ................................................................................................14

**Statutes**

18 U.S.C. § 402.........................................................................................................................16

**Other Authorities**

Charles C. Johnson, *Having a Clearview About Israeli Spyware,*
*Jeffrey Epstein's Murder, the Compromised FBI and the*
*Attempted Assassination of President Donald J,*
https://charlesjohnson.substack.com/p/having-a-clearview-about-israeli ..............................10

Raphael Satter, *How Cybercriminals Are Using Wyoming Shell Companies for*
*Global Hacks*, Reuters (Dec. 13, 2023) ..................................................................................5

"Show Cause" Hearing to Hold Defendant Charles Johnson in Civil Contempt ...........................1

App.1981

Wyo. News (Nov. 29, 2024), https://tinyurl.com/mtxm2hu6 .......................................................5

App.1982

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") respectfully submit this Motion for "Show Cause" Hearing to Hold Defendant Charles Johnson in Civil Contempt and be subject to appropriate sanctions for violating the Court's July 29, 2025 order barring him from "[s]elling, transferring, or otherwise disposing of any . . . stocks, private investments, or other assets identified in Trial Exhibit 64." (ECF No. 103 at 1-2).

## INTRODUCTION

This motion is necessary because Charles Johnson is openly defying the Court. After trial, the Court entered an unambiguous asset-preservation order barring him from selling key holdings—including shares in a private genetic startup, Othram Inc. Johnson is now racing to unload those shares for over $1 million and trying to stash the proceeds in a secret Wyoming shell company. He knows the order bars such a sale; he simply does not care.

When Plaintiffs began inquiring into his Othram shares, Johnson pressed Othram's counsel to move cash quickly, asking, "Can we please transfer funds this week? I need this transaction completed ASAP . . . ." He also directed Othram to "pay the money by the end of the day." When Othram's lawyers noted the Court's asset-preservation order appeared to bar the sale, Johnson said "the court order does't [sic] apply as it is under appeal." Yet, Johnson then sought an emergency stay of the judgment, which this Court quickly denied. Undeterred, he continued—and continues— trying to offload the shares anyway.

Johnson has willfully violated the Court's asset-preservation order. Plaintiffs sent Johnson the order multiple times and repeatedly told him it covered his Othram shares. When Plaintiffs directly asked Johnson if he tried to sell the Othram shares, Johnson avoided the question. He did not deny trying to sell. Instead, he reverted to his old playbook of threats, retaliation, and

1

App.1983

manufactured leverage—directed at both Plaintiffs and the undersigned counsel. Among other things, he stated:

- "I'm getting advice from the Feds not to talk to you unless it's absolutely necessary," to justify his stonewalling.

- "I'd advise you to proceed very carefully before you get yourself or your own career into further trouble." Johnson has repeatedly threatened lawsuits and ethics complaints against Plaintiffs' counsel.

- Within hours of one of these threats, his online ally, Arthur Bloom, falsely alleged that Mr. Thompson referred to Bloom as a "vile anti-semite" and threatened litigation. Johnson was the source of the false allegation.

- Johnson tried to manufacture leverage against Hal Lambert, writing, "You should tell Hal he should settle with me before the Feds get him. It'll look better at [his] sentencing."

- When Plaintiffs' counsel asked whether he would testify if the Court compelled his deposition, he replied, "You can try but yeah, it's not going to happen."

These statements are just the tip of the iceberg. Plaintiffs have only been able to subpoena limited email communications between Johnson and Othram's lawyers. But Johnson appears to have conducted most of his discussions via Signal—an encrypted app that can auto-delete messages after a fixed interval. That deletion function seems to have been used.

Civil contempt exists to coerce compliance and to protect the Court's authority. A party seeking civil contempt must "establish[] by clear and convincing evidence: 1) that a court order was in effect, 2) that the order required certain conduct by the respondent, and 3) that the respondent failed to comply with the court's order." *Am. Airlines, Inc. v. Allied Pilots Ass'n*, 228 F.3d 574, 581 (5th Cir. 2000). Here, the record meets that standard several times over. The asset-preservation order clearly bars Johnson from selling the Othram shares. Johnson had notice of the order and ignored it.

Incarceration is necessary because monetary pressure has failed. A $71 million judgment did nothing to deter Johnson. Additional fines will fare no better. He has treated the Court's order

App.1984

as a hurdle to evade, not a mandate to obey. He ignored post-judgment interrogatories, refused to appear for deposition, stonewalled discovery, and resorted to intimidation. When the Court denied his stay motion, Johnson ignored the Court's order and continued efforts to cash out his Othram shares.

Only coercive incarceration remains. Plaintiffs respectfully request that the Court order Johnson jailed until he purges his contempt. That purge should include: (1) immediate rescission of the Othram stock transfer; (2) written notice to Othram and any counterparty that the shares cannot be sold; and (3) full disclosure of all other assets and accounts, to prevent further hidden liquidation. Attorneys' fees and costs can follow in due course.

## FACTUAL BACKGROUND

### I.    Johnson violates the Court's asset-protection order by attempting to sell over $1 million in stock in a company called Othram.

#### A.    The Court's order bars Johnson from dissipating his assets.

At trial, Plaintiffs introduced Exhibit 64—an email from Johnson titled "My portfolio"—in which he claimed ownership of more than $100 million in assets, including cryptocurrency and stock in privately held companies. (Ex. M. at Appx. 113-14). One of those companies was Othram Inc., a Texas-based forensic genetic genealogy lab that works with law enforcement to identify human remains and solve cold cases. Johnson described himself as a cofounder and suggested the company alone was worth $100 million. (Ex. M at Appx. 113).

This gives the lie to Johnson's earlier representation to the Court that he had "limited financial means" and could not afford to hire local counsel. (ECF No. 10 at 2). Othram is just one of several companies in which Johnson claims multi-million-dollar stakes, in addition to substantial cryptocurrency holdings. While his asset claims are unverified, the fact that he quickly

secured a buyer for over $1 million in just one private holding speaks volumes about his potential

resources and the urgency of preventing him from dissipating and concealing them.

After trial, and in connection with the entry of final judgment, the Court issued an order

barring Johnson from dissipating any of the assets or interests listed in Exhibit 64, or from taking

any steps that would frustrate Plaintiffs' ability to collect. (ECF No. 103 at 1-2).

Immediately after trial, Johnson made clear he had no intention of complying. He publicly

declared his refusal to participate in post-judgment discovery and began taking steps to obstruct

enforcement. Plaintiffs promptly sent him the asset-preservation order, warning that his "recent

public statements and conduct show[ed]" he was "violating, or preparing to violate, Judge

Pittman's July 29, 2025 asset-preservation order." (ECF 106 at 5). Two days later, Plaintiffs

submitted a filing notifying the Court of Johnson's statements. (ECF No. 106 at 1).

### B.    Johnson tries to cash out over $1 million in Othram stock using a secret Wyoming LLC—and continues even after the Court denied his motion to stay.

The following timeline reflects Johnson's willful and ongoing violations of the Court's

asset-preservation order. It shows his efforts to cash out his Othram shares and take the proceeds

through a secret Wyoming LLC, his misrepresentations to third parties about the enforceability of

the judgment, and his use of covert tactics to frustrate Plaintiffs' ability to collect.

➢ **September 15, 2025:** Johnson executes a "Stock Transfer Agreement" on behalf of three trusts holding Othram shares. On information and belief, the Othram shares are being purchased for more than $1 million. (Ex. I at Appx. 059-77).

➢ **September 23, 2025:**  Johnson writes Othram's lawyers and urgently asks to complete the transaction: "Can we please transfer funds this week? I need this transaction completed ASAP so that I can go to work." (Ex. F at 036).

➢ **September 26, 2025**: Johnson falsely tells Othram's CEO and its lawyers that "the court order does't [sic] apply as it is under appeal. Please pay the money by the end of the day." (Ex. F at Appx. 033). He also provides wire instructions for a Wells Fargo account held by a newly formed Wyoming entity called JXZ LLC. (Ex. F at Appx. 035). The company is registered to a small building in Sheridan, Wyoming—an address widely reported as a hub

for anonymous shell companies used to obscure financial transactions and avoid oversight.[1] The timing and structure of the entity raise additional red flags: neither Johnson nor any of the relevant trusts appear to have any legitimate connection to Wyoming, nor is there any known business rationale for routing the transaction through that state.

➢ **September 26, 2025**: Othram's lawyers tell Johnson, "We have recently received the attached Judgement and Order [referring to ECF Nos. 104 & 105]. In light of these, we would need clearance from the respective court to proceed with the transfer as currently proposed." (Ex. F at Appx. 033]

➢ **September 26, 2025:** Johnson responds with two false statements: *First*, that the "Fifth Circuit automatically stays enforcement of a Judgement." (Ex. F at Appx. 029). *Second*— and more evidence of direct evasion of the asset-preservation order—"Even if the order is applied, which it doesn't, it doesn't affect my ex wife and daughter's trusts which are separate and distinct from mine." (Ex. F at Appx. 033). However, the Court's asset-preservation order explicitly mentions "trusts" and certainly Johnson cannot use what appear to be sham trusts that he set up for his ex-wife and child to avoid the judgment. Johnson also again attached wiring instructions to the Wyoming LLC. (Ex. F at Appx. 032).

➢ **September 30, 2025:** Johnson files an Emergency Motion to Stay Judgment Without Bond. (ECF No. 113). The Court summarily denies the motion the following day. (ECF No. 114).

### C.    Despite the Court's denial of his motion to stay, Johnson continues his attempts to sell his Othram shares and tries to persuade Othram to disregard the order.

➢ **October 6, 2025**: Johnson  continues trying to sell his Othram shares—this time by introducing Othram's lawyers to an attorney named Tor Ekeland. (Ex. F at 029). Johnson has intermittently portrayed Ekeland as his counsel in this litigation, but has repeatedly refused to confirm whether Ekeland in fact represents him.

➢ **October 7, 2025:** Plaintiffs formally serve Othram with a subpoena for documents relating to Johnson's efforts to sell his Othram shares. (Ex. A at Appx. 008). Johnson is copied on the subpoena.

---

[1] Johnson's Wyoming LLC listed its address as 30 N. Gould St., Sheridan, WY 82801—an address repeatedly linked to shell entities with questionable activity. Commentators have noted that businesses registered at this location have been "implicated … in high-profile hacking activity" and, as one anti-money laundering expert put it, "It's the virtual Wild, Wild West." Raphael Satter, *How Cybercriminals Are Using Wyoming Shell Companies for Global Hacks*, Reuters (Dec. 13, 2023), https://rb.gy/nm1htp (shortened URL); *see also 30 N. Gould St. businesses blur lines of what it means to be a Sheridan business*, Wyo. News (Nov. 29, 2024), https://tinyurl.com/mtxm2hu6 (shortened URL).

App.1987

➢ **October 7, 2025:** Johnson responds by—falsely—telling Othram's CEO that the subpoena "is harassing as the matter is before the Fifth Circuit. You're under no obligation to respond, David, and I would let the court process play out." (Ex. A at Appx. 008).

II.   **Johnson personally threatens Hal Lambert and Plaintiffs' counsel—and welcomes incarceration because it gives him time "to write and read and work out."**

Throughout September 2025, Plaintiffs served Johnson with post-judgment interrogatories, requested his deposition, and asked directly whether he was attempting to sell Othram shares in violation of the Court's order. The following timeline reflects (a) his refusal to comply with post-judgment discovery, (b) his efforts to obscure asset transfers, and (c) his escalating retaliatory conduct. Johnson's conduct below leaves no doubt about his mindset—he is not misunderstanding the Court's authority, but is rather daring that Plaintiffs or the Court will not do anything. He refused to participate in discovery, openly welcomed incarceration, and threatened Plaintiffs and their counsel.

App. 1988

### A.  Johnson claims to welcome incarceration

**September 4, 2025:** After Plaintiffs requested deposition dates, Johnson responded with open defiance: "Not going to be going to any deposition. But I love that for you." (Ex. D at Appx. 023). When asked whether he "would . . . still not show up" if "the court compelled [his] deposition," Johnson made clear that jail did not concern him—and in fact, he welcomed it:



(Ex. D at Appx. 022).

App. 1989

**September 4, 2025:** Johnson goes further, stating that incarceration would be a personal benefit because it would give him time to "write and read and work out."

Would you like to see a photo of me in a federal prison?

On Thu, Sep 4, 2025 at 18:12 Charles Johnson <charlescjohnson88@gmail.com> wrote:
They arrested the wrong Charles Johnson and kept me in county lockup for a long weekend. I believe it was expunged.

I have visited federal prison on several occasions, including the Super Max. Not worried about it. Frankly I could use the time to write and read and work out.

(Ex. D at Appx. 021).

Johnson's professed willingness to be incarcerated shows he fully understands the seriousness of his conduct and that he is knowingly disobeying the Court. His bravado—that confinement would be a welcome opportunity to "write and read and work out"—may well reflect a belief that the Court will once again show him leniency, as it did after prior violations of its orders.

App. 1990

**B.    Johnson threatens Plaintiff Hal Lambert, Plaintiffs' counsel—within hours—his ally asserts a frivolous defamation allegation against counsel.**

### 1. *Johnson Threatens Plaintiff Hal Lambert with Criminal Prosecution*

**September 4, 2025:** Johnson escalates his threats, this time targeting Lambert personally. He writes that Lambert "should settle with me before the Feds get him. It'll look better at sentencing." Johnson also issued additional threats directed at Plaintiffs' counsel.

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 3:07 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠ EXTERNAL MESSAGE

Remember, Mr. Thompson, it would be neither my first time in jail (mistaken identity thing) nor at the Fifth Circuit (as you know).

Alas I'm probably going to be encouraged to sue to find the litigation financing behind this whole shindig and I don't really want to do that.

You should tell Hal he should settle with me before the Feds get him. It'll look better at sentencing.

(Ex. D at Appx. 021).

### 2. *Johnson threatens Plaintiffs' counsel, and hours later Johnson's ally makes a false defamation claim.*

**September 23, 2025 (4:00 PM)**: Johnson threatens Plaintiffs' counsel with personal and professional trouble when Plaintiffs continue seeking post-judgment discovery from Johnson.

It's a challenging thing here because you are just following orders, I suppose so I'd advise you to proceed very carefully before you get yourself or your own career into further trouble.

(Ex. L at Appx. At 109).

9

App.1991

**September 23, 2025 (7:08 PM):** Just three hours after Johnson's threat to Lambert, his close ally, Jordan Arthur Bloom, emailed Plaintiffs' counsel alleging defamation—based on the false claim that counsel had called him a "vile anti-Semite" in court. (Ex. E at Appx. 027). Plaintiffs' counsel never said this. The accusation stemmed from a post by Johnson, in which Johnson *falsely* claimed that counsel had referred to Bloom as an antisemite. *See* Charles C. Johnson, *Having a Clearview About Israeli Spyware, Jeffrey Epstein's Murder, the Compromised FBI and the Attempted Assassination of President Donald J.*, Substack (Oct. 5, 2023), https://charlesjohnson.substack.com/p/having-a-clearview-about-israeli ("Will Thompson, the lawyer that works for Hal Lambert, referred to Bloom as a 'vile anti-Semite' in open court in Fort Worth, Texas.").

This kind of coordinated retaliation—carried out through public attacks and proxy threats—is consistent with Johnson's broader effort to intimidate Plaintiffs and others

| From: | Arthur Bloom <arthuriana89@gmail.com> |
|---|---|
| Sent: | Tuesday, September 23, 2025 7:08 PM |
| To: | Thompson, Will |
| Subject: | Demand for retraction |

⚠ **EXTERNAL MESSAGE**

Dear Mr. Thompson,

I am told you called me a "vile anti-semite" in court during proceedings involving Charles Johnson. Is this correct? If so this has the potential to prejudice people against my journalism, and I consider it defamatory. Do you consider this statement your pure opinion or a fact? Statements like this are only absolutely privileged in the context of court proceedings as long as they are pertinent to the questions at issue, and it's difficult to see how this one would be. I would like you to retract your statement publicly. If you're willing to do so, there's no need for this to go any further.

Yours truly,

Arthur Bloom

(Ex. E at Appx. 027).

10

App. 1992

### III.    Johnson continues to use false claims of government affiliation to flout his obligations.

#### A.    Johnson claims "advice from the Feds" to avoid discovery.

**September 23, 2025:** To justify his refusal to respond to interrogatories and sit for deposition, Johnson cited "advice from the Feds" as the basis why he is refusing to reveal that he is actively trying to sell his shares in Othram in violation of the court's asset-preservation order.

---

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Tuesday, September 23, 2025 4:00 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Cc:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>
**Subject:** Re: Point Bridge---have you attempted to sell any assets?

⚠ EXTERNAL MESSAGE

Hey Will,

3

---

It's before the Fifth Circuit. If you need me to get a stay I can.

I don't mean to be rude to you but I'm getting advice from the Feds not to talk to you unless it's absolutely necessary.

It's a challenging thing here because you are just following orders, I suppose so I'd advise you to proceed very carefully before you get yourself or your own career into further trouble.

All the best,

(Ex. L at Appx. 109).

11

App. 1993

**B.    Johnson uses his false claims of government authority to withhold funds from his prior counsel in this case.**

Johnson has also been using his claims of federal authority to not pay his debts to his former attorney Bernard Kleinman, who withdrew from the matter on December 14, 2024, (ECF No. 22), and represented Johnson in the S.D.N.Y litigation until August 14, 2025. *See* 1:23-cv-02441-KPF (S.D.N.Y.), ECF No. 107.

On October 1, 2025, Arthur Bloom (Johnson's ally) retweeted a post from political commentator Richard Hanania, who had previously discussed this case in detail on a podcast. (*See generally* Ex. K at Appx. 99-104). The post contained screenshots of Signal messages between Charles Johnson and his former attorney, Kleinman, from September 13 to 15, 2025. The posts were subsequently deleted, but Plaintiff's counsel screenshotted it prior its removal.

The screenshots stated Johnson continues not to pay his former attorney, Kleinman, and has been invoking the same false claims that he is working with the Department of Homeland Security that he has presented in this case.

In the Signal exchange, Johnson told Kleinman that he doesn't pay his rent, phone bill, or utilities, claiming instead: "They are all paid for me by the government connections you say are imaginary." (Ex. K at Appx. 100). He insisted a check for Kleinman's $20,000 fee had already been "printed out at Homeland in DC," but that he would not authorize Kleinman to retrieve it until he apologized. Kleinman, in response, called Johnson "a deadbeat," accused him of making "specious excuses," and said Johnson was "no better than the guy who sticks up a liquor store." (Ex. K at Appx. 99-102). He concluded: "Your government connections are all imaginary, and only exist in your mind." (Ex. K at Appx. 100).

This episode is relevant to the present contempt motion for two reasons. First, Johnson's refusal to pay a known legal debt under the pretense that DHS controls his finances mirrors the

App.1994

same conduct Plaintiffs now face in trying to collect on a federal judgment. It underscores why monetary sanctions will not work. Johnson asserts that he cannot pay because he is not the one holding the checkbook. Second, the excuse he offers to Kleinman—government control over his funds—is the same fabrication he has used to sidestep his obligations under the Court's asset-preservation order. If he will not pay his own lawyer, it strains credulity to think he will voluntarily comply with any subsequent orders in this case.

Indeed, Johnson is shamelessly threatening Plaintiffs' counsel and his former attorney using the same illegal tactics and falsehoods for which he was liable for—namely "a fraud and extortion scheme under which he, and his co-conspirator, 'falsely present[ed] themselves as intelligence agents or assets of U.S. government agencies.'" (ECF No. 73 at 1 (quoting ECF No. 33 at 1)). That Johnson would persist in this extortive conduct even after a $71 million judgment against him only reinforces the Court's prescient observation from a hearing in June 2025: "until this individual . . . is brought up on charges, Federal or state criminal charges, this type of behavior is not going to change." (ECF No. 75 at 16).

## ARGUMENT

### I.    The Court should hold Johnson in civil contempt

#### A.    Clear and convincing evidence establishes each element of civil contempt.

A party commits contempt when "he violates a definite and specific order of the court requiring him to perform or refrain from performing a particular act or acts with knowledge of the court's order." *Sec. & Exch. Comm'n v. First Fin. Grp. of Tex., Inc.*, 659 F.2d 660, 669 (5th Cir. 1981). The Fifth Circuit has held that the party seeking an order of contempt must "establish[] by clear and convincing evidence: 1) that a court order was in effect, 2) that the order required certain conduct by the respondent, and 3) that the respondent failed to comply with the court's order." *Am.*

App.1995

*Airlines, Inc.*, 228 F.3d at 581; *Cooper v. Dallas Police Ass'n*, No. 3:05-cv-1778-N, 2013 WL 1787564, at *4 (N.D. Tex. Apr. 5, 2013).

Here, the first two elements—the existence of a court order that prohibited certain conduct—are indisputable. The asset-preservation order explicitly barred Johnson from selling or disposing of any of the assets listed in Plaintiffs' Trial Exhibit 64, in which Othram was explicitly mentioned. (ECF No. 103 at 1-2; Appx. M at Appx. 113). Moreover, Johnson plainly knew about the order. Among other things:

- Plaintiffs repeatedly provided him with the order, screenshotted the relevant language, and explicitly mentioned the bar on selling Othram stock;

- Othram's attorneys said that they would not proceed with the stock transfer because of the order; and

- Johnson filed an emergency motion to stay enforcement of the judgment, hoping to proceed with the sale, and he continued to misrepresent the Court's order to Othram after it was denied.

The emails and correspondence discussed above leave no doubt that Johnson attempted to sell his Othram shares and route the proceeds into a secret Wyoming LLC—an entity likely explicitly created to conceal the transaction and place the funds beyond Plaintiffs' reach. One could hardly imagine a more direct, willful violation of the Court's asset-preservation order. Johnson's contempt is even more egregious given how many times he was put on notice—both formally and informally—of his obligation not to sell the Othram stock.

### B.    The Court should incarcerate Johnson because monetary sanctions will not compel his compliance.

"Upon a finding of contempt, the district court has broad discretion in assessing sanctions to protect the sanctity of its decrees and the legal process." *Test Masters Educ. Servs., Inc. v. Singh*, 428 F.3d 559, 582 (5th Cir. 2005) (citing *Am. Airlines, Inc.*, 228 F.3d at 585). "Judicial sanctions in civil contempt proceedings, may in a proper case, be employed for either or both of two

App.1996

purposes: to coerce the defendant into compliance with the court's order, and to compensate the complainant for losses sustained." *Am. Airlines*, 228 F.3d at 585 (quoting *United States v. United Mine Workers of Am.*, 330 U.S. 258, 303-04 (1947)).

"A fixed term of imprisonment, with the proviso that the contemnor will be released if he complies with the court order, is a proper penalty for civil contempt and the imposition of such a penalty does not make the proceeding criminal." *In re Dinnan*, 625 F.2d 1146, 1149 (5th Cir. 1980) (per curiam). A district court may order the civil contemnors imprisoned until they comply with the order or condition imposed by the court. *FDIC v. LeGrand*, 43 F.3d 163, 168 (5th Cir. 1995); *see also Hutto v. Finney*, 437 U.S. 678, 690, (1978) ("Civil contempt proceedings may yield a conditional jail term[.]"). "Unlike criminal contempt where imprisonment and a fine cannot be combined, a finding of civil contempt permits the coercive combination of both fine and imprisonment." *In re Dinnan*, 625 F.2d at 1150 (internal citation omitted).

Johnson's conduct throughout this litigation shows that he has no regard for the Court's asset-preservation order—or any other orders the Court has entered. Earlier, the Court struck his pleadings. That sanction was consistent with the principle that "[i]n selecting the appropriate contempt sanction, 'a court is obliged to use the least possible power adequate to the end proposed.'" *Allstate Settlement Corp. v. Doucette*, No. 15-1130, 2016 WL 3346531, at *3 (S.D. Tex. June 16, 2016) (quoting *Spallone v. United States*, 493 U.S. 265, 276 (1990)).

Here, however, no lesser sanction than incarceration will suffice. Johnson is already facing a $71 million judgment, and additional monetary sanctions will have no coercive effect. Moreover, Johnson's actions cannot be evaluated in a vacuum. He has threatened Plaintiffs' counsel, targeted Mr. Lambert personally, misled Othram and its attorneys, and attempted to carry out a secret asset transfer using a Wyoming LLC. He has also stated—openly and without remorse—that he is "[n]ot

15

App.1997

worried about" incarceration for contempt because he "could use the time to write and read and work out." (Ex. D at Appx. 021) This is not inadvertent noncompliance. Johnson knows exactly what he is doing—and what the consequences are.

Johnson can purge himself of his contempt by withdrawing his request to sell the Othram shares and identifying any other assets that are covered under the asset-preservation order. Thus, Johnson "carries the keys of his prison in his own pocket." *See Int'l Union, United Mine Workers of Am. v. Bagwell*, 512 U.S. 821, 828 (1994).

Finally, while Plaintiffs acknowledge they lack standing to pursue criminal contempt under 18 U.S.C. § 402, the totality of Johnson's conduct might ultimately warrant such a proceeding—despite the unfortunate burden it would place on judicial resources.

## II. A future "show cause" hearing will be necessary to address Johnson's non-compliance with post-judgment discovery, but that issue is not yet ripe.

Plaintiffs respectfully note that additional motion practice—including a future motion to show cause—will likely be necessary to compel Johnson's compliance with post-judgment discovery. To date, Johnson has refused to answer interrogatories seeking basic information about his assets and banking relationships. As described above, he has stated that he will ignore any discovery order—even if that means incarceration.

That said, Plaintiffs are not presently seeking a contempt finding based on these discovery violations. The issue is not yet ripe, as there is currently no existing order compelling Johnson to respond. Plaintiffs are therefore filing a separate motion to compel his responses to their post-judgment discovery. Should the Court grant that motion and Johnson continue to ignore his obligations, Plaintiffs anticipate returning with a renewed request for coercive sanctions.

App.1998

**CONCLUSION**

Johnson has flouted this Court's asset-preservation order, attempted to secretly liquidate over $1 million in stock, and shown open contempt for the Court's authority. Monetary sanctions have failed. Only coercive incarceration will compel compliance. Plaintiffs respectfully request that the Court order Johnson to show cause why he should not be held in civil contempt and, after hearing, remand him to custody until he purges his contempt and complies with the Court's order.

Dated: October 28, 2025

Respectfully Submitted,

/s/ *Will Thompson*
Will Thompson
DLA PIPER LLP (US)
Will Thompson
State Bar No. 24094981
will.thompson1@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201
Telephone: (406) 546-5587

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 28, 2025, a true and correct copy was served via the Court's electronic filing system and emailed to the defendant.

/s/ *Will Thompson*
Will Thompson

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that multiple times throughout September 2025 he contacted Johnson about Johnson's attempts to sell assets, Othram stock in particular, in violation of the Court's asset-preservation order. This correspondence included provided Johnson with the Court's order and informing Johnson that the order prohibited the sale of the Othram stock. In

App.1999

response, Johnson threatened the undersigned's law license and threatened lawsuits. Based on the totality of the circumstances, the undersigned submits that a formal meet and confer with Johnson about this motion for show cause would have been futile.

/s/ <em>Will Thompson</em><br>
Will Thompson

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| Point Bridge Capital, LLC, | § | |
| Hal Lambert | § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | Case No. 4:24-cv-00988-P |
| | § | |
| Charles Johnson, | § | |
| *Defendant* | § | |
| | § | |
| | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR "SHOW CAUSE"
HEARING TO HOLD DEFENDANT CHARLES JOHNSON IN CIVIL CONTEMPT**

Before the Court is Plaintiffs' Motion for "Show Cause" Hearing to Hold Defendant Charles Johnson in Civil Contempt. Having considered the Motion and record, the Court **GRANTS** the Motion.

It is therefore **ORDERED** that Defendant Charles Johnson Defendant Charles Johnson shall appear in person on _____ at _____ in the fourth-floor courtroom of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102, to show cause why he should not be held in civil contempt for violating the Court's July 29, 2025 asset-preservation order (ECF No. 103), including by attempting to sell, transfer, or otherwise dispose of stock in Othram, Inc., or the proceeds thereof, directly or indirectly (including through any LLC, trust, or other intermediary).

App.2001

SO ORDERED on this the ___ day of October 2025.


_____
Hon. Mark T. Pittman
United States District Judge

# EXHIBIT 45

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| Point Bridge Capital, LLC,<br>Hal Lambert | §<br>§<br>§ | |
| *Plaintiffs*, | § | |
| v. | §<br>§ | **Case No. 4:24-cv-00988-P** |
| Charles Johnson,<br>*Defendant.* | §<br>§<br>§<br>§ | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR "SHOW CAUSE"
HEARING TO HOLD DEFENDANT CHARLES JOHNSON IN CIVIL CONTEMPT**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") submit this Appendix

in Support of their Motion For "Show Cause" Hearing to Hold Defendant Charles Johnson in Civil

Contempt.

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| **1** | Declaration of Will Thompson, dated October 28, 2025. | Appx. 001 – Appx. 004 |
| **A** | Oct. 7, 2025 email thread from Charles Johnson to Will Thompson (cc: others), subject *Re: Subpoena to Othram from Point Bridge Capital and Hal Lambert re: Charles Johnson* | Appx. 005 – Appx. 009 |
| **B** | Sept. 4, 2025 email thread from Charles Johnson to Will Thompson , subject *Re: Point Bridge v. Johnson—Post-Judgment Financial Information* | Appx. 010 – Appx. 012 |
| **C** | Sept. 16, 2025 Plaintiffs' post-judgment discovery (interrogatories and requests, incl. identification of bank accounts) | Appx. 013 – Appx. 019 |
| **D** | Sept. 4, 2025 email thread re *Point Bridge Capital v. Johnson—Post-judgment discovery—Deposition Dates for Johnson* | Appx. 020 – Appx. 025 |
| **E** | Sept. 23, 2025 email from Arthur Bloom to Will Thompson, subject *Demand for retraction* | Appx. 026 – Appx. 027 |

App.2004

| Exhibit No. | Description | Appendix Page Range |
|---|---|---|
| **F** | Sept.-Oct. 2025 Othram-related email chain among Charles Johnson, Othram CEO David Mittelman, Othram counsel Rob Purcell, and Tor Ekeland regarding proposed transfer/sale of Othram shares | Appx. 028 – Appx. 037 |
| **G** | Oct. 6-7, 2025 continuation of Othram stock-transfer email chain among Johnson, Purcell, Mittelman, and Ekeland. | Appx. 038 – Appx. 47 |
| **H** | Sept. 26, 2025 email from Charles Johnson to Rob Purcell re Othram – Stock Transfer Agreement | Appx. 048 – Appx. 57 |
| **I** | Stock Purchase Agreement between Othram, Inc. and Charles Carlisle Johnson. | Appx. 058 – Appx. 77 |
| **J** | Stock Purchase Agreement between Othram, Inc. and Charles Carlisle Johnson. | Appx. 078 – Appx. 97 |
| **K** | Screenshots captured on or about Oct. 1, 2025 of public posts on X (Twitter) and related messages between Johnson and Kleinman | Appx. 098 – Appx. 104 |
| **L** | Sept. 23, 2025 email thread from Charles Johnson to Will Thompson, subject Re: Point Bridge—have you attempted to sell any assets? | Appx. 105 – Appx. 111 |
| **M** | Plaintiffs' Trial Exhibit 64: email from Charles Johnson titled "My portfolio," listing claimed assets (including Othram equity and cryptocurrency) | Appx. 112 – Appx. 114 |

App.2005

Dated: October 28, 2025                    Respectfully submitted,

                                           /s/ *Will Thompson*
                                           Will Thompson
                                           DLA PIPER LLP (US)
                                           Will Thompson
                                           State Bar No. 24094981
                                           will.thompson1@us.dlapiper.com
                                           1900 N. Pearl Street
                                           Dallas, Texas 75201
                                           Telephone: (406) 546-5587

                                           COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on this day October 28, 2025 via the Court's CM/ECF system to all counsel of record.

                                           /s/ *Will Thompson*
                                           Will Thompson

App.2006

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **Point Bridge Capital, LLC,** | § | |
| **Hal Lambert** | § | |
| | § | |
| *Plaintiffs*, | § | |
| **v.** | § | **Case No. 4:24-cv-00988-P** |
| | § | |
| **Charles Johnson,** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**<u>DECLARATION OF WILL THOMPSON</u>**

I, Will Thompson, declare as follows. I am an attorney admitted to the State Bar of Texas and this Court and a partner at the law firm of DLA Piper LLP. I am attorney of record for the plaintiffs in the above captioned action. I am over the age of twenty-one years and am not a party to this action. I have personal knowledge of the facts set forth in this declaration.  I declare under penalty of perjury that the facts stated in this document are true and correct.

1.  Exhibit A attached hereto is a true and correct copy of an email thread dated on or about October 7, 2025 from Charles Johnson (charlescjohnson88@gmail.com) to me, copying additional recipients, bearing the subject line Re: Subpoena to Othram from Point Bridge Capital and Hal Lambert re: Charles Johnson.

2.  Exhibit B attached hereto is a true and correct copy of an email thread dated on or about September 4, 2025 from Charles Johnson to me, copying an additional recipient, bearing the subject line Re: Point Bridge v. Johnson—Post-Judgment Financial Information.

1

3. Exhibit C attached hereto is a true and correct copy of Plaintiffs' post-judgment discovery that I prepared and served on or about September 16, 2025, including interrogatories requesting identification of bank accounts and related information.

4. Exhibit D attached hereto is a true and correct copy of an email thread dated on or about September 4, 2025 bearing the subject line Re: Point Bridge Capital v. Johnson—Post-judgment discovery—Deposition Dates for Johnson.

5. Exhibit E attached hereto is a true and correct copy of an email dated on or about September 23, 2025 from Arthur Bloom (arthuriana89@gmail.com) to me, bearing the subject line Demand for retraction.

6. Exhibit F attached hereto is a true and correct copy of messages in an Othram-related email chain among Charles Johnson, Othram CEO David Mittelman, Othram counsel Rob Purcell, Tor Ekeland, and others in September–October 2025, including discussion of appellate-stay assertions and coordination on Othram matters.

7. Exhibit G attached hereto is a true and correct copy of additional emails in the same Othram stock-transfer chain dated on or about October 6–7, 2025 among Mr. Johnson, Mr. Purcell, Dr. Mittelman, and Mr. Ekeland.

8. Exhibit H attached hereto is a true and correct copy of further emails in the Othram chain, including a message dated on or about September 26, 2025 from Charles Johnson to Rob Purcell regarding Othram – Stock Transfer Agreement.

9. Exhibit I attached hereto is a true and correct copy of a stock purchase agreement between Othram, Inc. and Charles Carlisle Johnson.

10. Exhibit J attached hereto is a true and correct copy of a stock purchase agreement between Othram, Inc. and Charles Carlisle Johnson.

11. Exhibit K attached hereto is a true and correct copy of screenshots captured on or about October 1, 2025 showing public posts on X (Twitter), between Bernie Kleinman and Charles Johnson.

12. Exhibit L attached hereto is a true and correct copy of an email thread dated on or about September 23, 2025 bearing the subject line Re: Point Bridge Capital --- have you attempted to sell any assets.

13. Exhibit M attached hereto is a true and correct copy of Plaintiffs' Trail Exhibit 64.

My name is Will Thompson, my date of birth is November 20, 1982, and my business address is 1900 N. Pearl Street Dallas, Texas 75201, and USA. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on October 28, 2025.

_____*/s/ Will Thompson*_____
Will Thompson

# Exhibit A

## Will Thompson

| | |
|---|---|
| **From:** | Charles Johnson <charlescjohnson88@gmail.com> |
| **Sent:** | Tuesday, October 7, 2025 7:03 PM |
| **To:** | Thompson, Will |
| **Cc:** | Faulkner, Sherry; tor@torekeland.com; David Mittelman |
| **Subject:** | Re: Subpoena to Othram from Point Bridge Capital and Hal Lambert re: Charles Johnson |

⚠ EXTERNAL MESSAGE

1. He's a personal attorney. He isn't needed at the Fifth Circuit.

2. Throughout this process you have behaved unethically so I will be filing a bar complaint against you for unethical conduct followed by a personal lawsuit when the Point Bridge matter is concluded.

I am advising you to behave ethically. That's not a threat. That's just sound advice.

All the best,
Charles


On Tue, Oct 7, 2025 at 19:58 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Charles (and Tor):

1. Is Tor filing an appearance as your lawyer before Judge Pittman or the Fifth Circuit, which the rules require him to do.

2. What are you threatening in the rest of your email---the only way to take your comments is some type of extortionate threat. So, rather than try to hide behind vagaries and the passive voice---be specific.

   a. "you have a choice to do the right thing" **what is the "right thing that you are referring to"**

   b. "and unfortunately it's looking like you're moving in the direction of your law license being in jeopardy." **Why would my law license be in jeopardy? Are you making a threat?**

Appx_006
App.2012

**Tor**---did you approve or advise that Charles send these threats or make these statements to me?

---

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Tuesday, October 7, 2025 4:30 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Cc:** Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>; tor@torekeland.com; David Mittelman <david@othram.com>
**Subject:** Re: Subpoena to Othram from Point Bridge Capital and Hal Lambert re: Charles Johnson

⚠ EXTERNAL MESSAGE

I did, and that was to be expected. The appeal was filed with the 5th circuit and they confirmed receipt of it today, by courier.

I would recommend sitting down with your client — your real client, not Hal — before the 5th circuit eviscerates the holding of the most overturned federal judge in the country.

As you know, this isn't my first time before the 5th circuit though I believe it is yours.

https://www.cahill.com/publications/client-alerts/2022-02-17-us-court-of-appeals-for-the-fifth-circuit-takes-a-narrow-approach-to-personal-jurisdiction-over-out-of-state-website

Every day counselor you have a choice to do the right thing and unfortunately it's looking like you're moving in the direction of your law license being in jeopardy.  It doesn't have to be this way.

All the best,

Charles

On Tue, Oct 7, 2025 at 19:20 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

 Charles, did you see that Judge Pittman summarily rejected your discovery stay motion?

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Tuesday, October 7, 2025 4:17:19 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Cc:** david@othram.com <david@othram.com>; Faulkner, Sherry <Sherry.Faulkner@us.dlapiper.com>;
tor@torekeland.com <tor@torekeland.com>
**Subject:** Re: Subpoena to Othram from Point Bridge Capital and Hal Lambert re: Charles Johnson

⚠️ EXTERNAL MESSAGE

Adding Tor Ekeland.

Hey Will,

This is harassing as the matter is before the Fifth Circuit. You're under no obligation to respond, David, and I would let the court process play out.

All the best,

Charles

On Tue, Oct 7, 2025 at 19:09 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Dear David (copying @Charles Johnson): I represent Point Bridge Capital and Hal Lambert in litigation against Charles Johnson. The court entered a judgment against Charles for over $70 million. This subpoena to Othram seeks documents in Othram's possession about Charles. If you have any questions, please give me a call or have your lawyer call me. All the best.

-Will

3

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Appx. 009

App. 2015

# Exhibit B

## Will Thompson

| | |
|---|---|
| **From:** | Charles Johnson <charlescjohnson88@gmail.com> |
| **Sent:** | Thursday, September 4, 2025 8:54 PM |
| **To:** | Thompson, Will |
| **Cc:** | Faulkner, Sherry |
| **Subject:** | Re: Point Bridge v. Johnson---Post-Judgement Financial Information |

⚠ EXTERNAL MESSAGE

I can always file a motion to stay with the Court of Appeals but I am under no obligation to comply nor is anyone else while the matter is under review.

Come on, Mr. Thompson. The harassment should end at a certain point, no?

Let's wait to see what the appeals court says. I can file a stay if you want, which either the appeals court or judge Pittman will grant.

On Thu, Sep 4, 2025 at 19:54 Charles Johnson <charlescjohnson88@gmail.com> wrote:
You're going to want to have a chat with your bosses at DLA Piper regarding the conflict of interest and with your client about how he needs to provide you with more capital.

On Thu, Sep 4, 2025 at 19:53 Charles Johnson <charlescjohnson88@gmail.com> wrote:
Here this'll help.
https://charlesjohnson.substack.com/p/looks-like-were-going-to-the-fifth

On Thu, Sep 4, 2025 at 19:49 Charles Johnson <charlescjohnson88@gmail.com> wrote:
Yeah, none of that is going to happen. But hey keep going!

On Thu, Sep 4, 2025 at 19:43 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Charles, A large judgment has been entered against you. You can't deny that. And Point Bridge and Hal Lambert are entitled to broad discovery into your finances. Please provide this financial information. Plaintiffs will treat account identifiers as confidential and agree to any reasonable stipulated protective order.

You said that you would rather go to jail than sit for a deposition. This information request may obviate or delay the need for a deposition. *I do not want you to go to jail*.

· Banking: Each bank/credit union, branch/city, full account & routing numbers, and current balances.

App. 2017
Appx. 011

·       Taxes: Your complete federal and state returns for the last five tax years, including all schedules, W-2/1099s, K-1s, and similar information.

·       Payment apps/processors: Your handles/usernames and linked accounts for PayPal, Venmo, Cash App, Apple/Google Pay; any merchant processors (Stripe/Square/etc.) and settlement accounts.

·       Crypto (including "cold storage"): All exchange accounts (usernames) and all wallet addresses you control (custodial and self-custody/hardware/paper/multisig). Provide address lists or CSV exports and identify any hardware wallets (make/model). We are not asking for seed phrases or PINs.

·       Entities & trusts: Names, your role (owner/manager/trustee/beneficiary), FEINs, and trustee/registered-agent contact info.

·       Real & titled property: Property addresses/APNs; vehicles/boats/aircraft with VIN/HIN/tail numbers and storage locations.

·       Transfers ≥ $2,500 since January 1, 2024: Date, amount, sending/receiving account or wallet ID, and purpose.

-Will

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

App. 2018

# Exhibit C

**Will Thompson**

| | |
|---|---|
| **From:** | Thompson, Will |
| **Sent:** | Tuesday, September 16, 2025 6:47 PM |
| **To:** | Charles Johnson |
| **Cc:** | Faulkner, Sherry |
| **Subject:** | First Set of Post-Judgement Discovery to Charles Johnson |
| **Attachments:** | 2025.9.16 Plaintiffs Point Bridge and Lambert First Set of Post Judgemnt  Discovery Interrogatories(served1).pdf |

Charles, Attached are interrogatories asking for you to identify your bank accounts and crypto holdings. Are you going to provide this information?

## INTERROGATORIES

**Interrogatory No. 1:**   **Identify all bank accounts in which You have, or have had any beneficial, signatory, trustee, custodial, guardian, power-of-attorn withdrawal interest at any time since January 1, 2023 (incl accounts held in your name individually, jointly, in the name business entity, trust, or other arrangement, or for which you ha ability to direct funds). For each account identified, state:**

- The name of the financial institution;

- The name in which the account is titled;

- The account number and routing number (or, if you object, the last four of the account and routing number and the basis for your objection);

- The account type (e.g., checking, savings, money market);

- The name(s) of all persons or entities authorized to withdraw or sign account and their relationship to you;

- The branch address or, if an online-only institution, the platform/URL

- The date the account was opened and, if closed, the date of closure; a

- The current balance (or last known balance if closed) as of the date o response.

**Interrogatory No. 2:**     **Identify all cryptocurrency accounts, wallets, or holdings in which have or have had any legal, beneficial, signatory, trustee, cust guardian, power-of-attorney, or withdrawal interest at any time January 1, 2023 (including but not limited to hot wallets, cold w custodial exchange accounts, hardware wallets, multi-signature w and accounts held in your name individually, jointly, in the name business entity, trust, or other arrangement, or for which you ha ability to direct funds). For each account or wallet identified, state:**

- The name of the exchange, platform, or custodian;

- The type of wallet or account (e.g., hot wallet, cold storage, exchange ac hardware wallet);

3

- All wallet addresses, public keys, account IDs, or other identifying inform

- The name(s) of all persons or entities authorized to access, transact w control the account or wallet and their relationship to you;

- The date the account or wallet was created and, if closed, the date of cl and

- The current balance (or last known balance if closed) as of the date o response, stated in cryptocurrency units and approximate U.S. dollar val

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| Point Bridge Capital, LLC, | § | |
| Hal Lambert | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 4:24-cv-00988-P |
| | § | |
| Charles Johnson, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFFS' FIRST SET OF POST-JUDGMENT DISCOVERY**
**TO DEFENDANT CHARLES JOHNSON**

Plaintiffs Point Bridge Capital, LLC and Hal Lambert ("Plaintiffs") serve the following First Set of Post-Judgment Discovery Requests ("Requests") to Defendant Charles Johnson ("Defendant," "Johnson," or "You").

**INSTRUCTIONS**

The following instructions shall apply to each of the Requests herein:

1. Unless otherwise stated, the relevant time period for these Requests is from January 1, 2019 through the present.

2. In answering the following Requests, You must respond in the manner provided for by the Federal Rules of Civil Procedure, and the Local Rules of the United Stated District Court, Northern District of Texas.

3. All documents must be produced in a format that is consistent with the Federal Rules of Civil Procedure..

4. If Your response to a particular Request is a statement that you lack the ability to comply with that Request, You must specify whether the inability to comply is because the particular item or category of information never existed, has been destroyed, has been lost, misplaced, or stolen, or has never been, or is no longer, in your possession, custody, or control, in which case the name and address of any person or entity known or believed by You to have possession, custody, or control of that information or category of information must be identified.

5. If Your response to any Request is that the documents are not in Your possession, custody, or control, describe the efforts You made to locate such documents.

6.    If an objection is made to any part of a particular Request, that part should be specified (together with the grounds for the objection), and any other portion of the Requests to which no objection is made should be produced.

7.    Produce all documents responsive to the Requests for production, together with any objections, at the offices of Quinn Emanuel Urquhart & Sullivan LLP, 3100 McKinnon, Suite 1125, Dallas, Texas 75214, attn. Will Thompson.

8.    Your obligation to respond to these Requests is continuing and Your responses are to be supplemented to include subsequently acquired information.

## **DEFINITIONS**

1.    "Point Bridge" means Plaintiff Point Bridge Capital, LLC in the above-captioned action, and include its officers, directors, employees, staff members, agents, or other representatives.

2.    "Plaintiffs" collectively mean Plaintiffs Point Bridge Capital, LLC and Hal Lambert

3.    "Defendant," "You," "Your," or "Yourself" means Defendant Charles Johnson, the defendant in the above-captioned action, and includes, any agents, or other representatives acting on Your behalf and any trust in which you have served as the trustee, trustor, or beneficiary (including the EB White Trust, Xavier Capital Trust, KawRuh Trust, and Task Force Trust).

4.    ""Person(s)" means any individual, corporation, proprietorship, association, joint venture, company, partnership or other business or legal entity, including governmental bodies and agencies.

5.    "Concern," "concerning," "relate to," or "relating to" mean relating to, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or in part), as the context makes appropriate.

6.    "Identify," "identifies," or "identification" mean: (1) when referring to a person, the person's full name, present or last known address, and the last known title and place of employment; (2) when referring to a business, legal, or governmental entity or association, the name and address of the main office; (3) when referring to a fact, the fact and the documentary or testimonial support for that fact; (4) when referring to a written communication, identity of the document(s) in which the communication was made; (5) when referring to an oral communication, the identity of persons participating in the communication.

7.    "Any" and "all" each mean and include the other.

8.    "Include" and "including" mean including without limitation.

9.    The use of a verb in any tense shall be construed as the use of the verb in all other tenses.

2

Appx.017
App.2023

10.     The singular form of any word shall be deemed to include the plural.  The plural form of any word shall be deemed to include the singular.

## INTERROGATORIES

**Interrogatory No. 1:**     **Identify all bank accounts in which You have, or have had any legal, beneficial, signatory, trustee, custodial, guardian, power-of-attorney, or withdrawal interest at any time since January 1, 2023 (including accounts held in your name individually, jointly, in the name of any business entity, trust, or other arrangement, or for which you have the ability to direct funds). For each account identified, state:**

- The name of the financial institution;

- The name in which the account is titled;

- The account number and routing number (or, if you object, the last four digits of the account and routing number and the basis for your objection);

- The account type (e.g., checking, savings, money market);

- The name(s) of all persons or entities authorized to withdraw or sign on the account and their relationship to you;

- The branch address or, if an online-only institution, the platform/URL;

- The date the account was opened and, if closed, the date of closure; and

- The current balance (or last known balance if closed) as of the date of your response.

**Interrogatory No. 2:**     **Identify all cryptocurrency accounts, wallets, or holdings in which You have or have had any legal, beneficial, signatory, trustee, custodial, guardian, power-of-attorney, or withdrawal interest at any time since January 1, 2023 (including but not limited to hot wallets, cold wallets, custodial exchange accounts, hardware wallets, multi-signature wallets, and accounts held in your name individually, jointly, in the name of any business entity, trust, or other arrangement, or for which you have the ability to direct funds). For each account or wallet identified, state:**

- The name of the exchange, platform, or custodian;

- The type of wallet or account (e.g., hot wallet, cold storage, exchange account, hardware wallet);

3

- All wallet addresses, public keys, account IDs, or other identifying information;

- The name(s) of all persons or entities authorized to access, transact with, or control the account or wallet and their relationship to you;

- The date the account or wallet was created and, if closed, the date of closure; and

- The current balance (or last known balance if closed) as of the date of your response, stated in cryptocurrency units and approximate U.S. dollar value

Dated: September 16, 2025                Respectfully submitted,

**DLA PIPER LLP (US)**

By:    */s/ Will Thompson*
Will Thompson
State Bar No. 24094981
will.thompson1@us.dlapiper.com
1900 N. Pearl Street
Dallas, Texas 75201
Telephone: (406) 546-5587

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, I served this document on counsel of record

for Defendant Charles Johnson via a manner authorized by the Federal Rules of Civil Procedure.

*/s/ Will Thompson*
Will Thompson

Appx. 019
App. 2025

# Exhibit D

## Thompson, Will

| | |
|---|---|
| **From:** | Charles Johnson <charlescjohnson88@gmail.com> |
| **Sent:** | Thursday, September 4, 2025 3:19 PM |
| **To:** | Thompson, Will |
| **Subject:** | Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson |

⚠️ EXTERNAL MESSAGE

Would you like to see a photo of me in a federal prison?

On Thu, Sep 4, 2025 at 18:12 Charles Johnson <charlescjohnson88@gmail.com> wrote:
They arrested the wrong Charles Johnson and kept me in county lockup for a long weekend. I believe it was expunged.

I have visited federal prison on several occasions, including the Super Max. Not worried about it. Frankly I could use the time to write and read and work out.

On Thu, Sep 4, 2025 at 18:10 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

What was the mistaken identity thing? That sounds different compared to spending time for contempt of court.

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 3:07 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠️ EXTERNAL MESSAGE

Remember, Mr. Thompson, it would be neither my first time in jail (mistaken identity thing) nor at the Fifth Circuit (as you know).

Alas I'm probably going to be encouraged to sue to find the litigation financing behind this whole shindig and I don't really want to do that.

You should tell Hal he should settle with me before the Feds get him. It'll look better at sentencing.

On Thu, Sep 4, 2025 at 18:04 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

I don't think that you really wanted to go to jail. I think that you were performing---Anderson County jail is not a nice place.  Would you really be ok going there? No Hurtado bbq there.

---

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 3:00 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠ EXTERNAL MESSAGE

Remember, Mr. Thompson, I wanted to go to jail during this trial, and I still do.

You should probably preserve your records, though.

Champerty is an issue even in Texas!

On Thu, Sep 4, 2025 at 17:57 Charles Johnson <charlescjohnson88@gmail.com> wrote:

You can try but yeah, it's not going to happen.

I don't mean to be rude to you but you're likely going to want to chill a bit before it's overturned.

On Thu, Sep 4, 2025 at 17:56 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

Just to be clear, you are going to resist any deposition absent a court order. If the court compelled your deposition, would you still not show up?  Thx for the quick response, Charles.

Appx. 022
App. 2028

**From:** Charles Johnson <charlescjohnson88@gmail.com>
**Sent:** Thursday, September 4, 2025 2:54 PM
**To:** Thompson, Will <will.thompson1@us.dlapiper.com>
**Subject:** Re: Point Bridge Capital v. Johnson---Post-judgment discovery---Deposition Dates for Johnson

⚠ EXTERNAL MESSAGE

Hey Mr. Thompson,

Not going to be going to any deposition. But I love that for you.

Probably don't want to be sending me or anyone else too many harassing emails as you're conflicted... 🟠   �

I kept trying to warn you...

The fees have been paid for the 5th circuit so let's let the appeals process play out, okay?

All the best,

Charles

On Thu, Sep 4, 2025 at 17:43 Thompson, Will <will.thompson1@us.dlapiper.com> wrote:

> Charles, In furtherance of post-judgment discovery, please provide dates when you are available for a deposition. I would like to find a time that accommodates our schedules.

Case: 25-11393   Document: 18-1   Page: 131   Date Filed: 01/06/2026
Case 4:24-cv-00988-P   Document 116-1   Filed 10/28/25   Page 24 of 114   PageID 2981
Case 4:24-cv-00988-P   Document 103   Filed 07/29/25   Page 2 of 3   PageID

therefore **ORDERED** that Defendant Charles Johnson shall pay Plaintiffs **$1,033,130.00 in attorney's fees**. The amount will be reflected in the Court's final judgment.

Next, the Court turns to Plaintiffs' Motion for Treble Damages and Asset Preservation Relief. Having considered the Motion, record, and applicable law, the Court hereby **GRANTS** the Motion.

It is therefore **ORDERED** as follows:

- The damages the jury awarded to Hal Lambert on Question 1, (ECF No. 97 at 9), are trebled from $7,500,000.00 to $22,500,000.00.

- The damages the jury awarded to Point Bridge Capital on Question 2, (ECF No. 97 at 9), are trebled from $8,000,000.00 to $24,000,000.00.

These trebled damages will be reflected in the Court's final judgment.

In addition, it is **ORDERED** that Defendant Charles Johnson, and anyone acting in concert with him, is prohibited from taking any of the following actions until the mandate in this case shall issue from the Court of Appeals:

- Selling, transferring, or otherwise disposing of any cryptocurrency (including bitcoin), stocks, private investments, or other assets identified in Trial Exhibit 64;

Case: 25-11393     Document: 18-1     Page: 132     Date Filed: 01/06/2026
Case 4:24-cv-00988-P     Document 116-1     Filed 10/28/25     Page 25 of 114     PageID 2982
Case 4:24-cv-00988-P     Document 103     Filed 07/29/25     Page 3 of 3     Page

- Moving any such assets into a trust, LLC, or other entity in an effort to place them beyond the reach of creditors;

- Opening or using any financial, brokerage, or digital asset account in any name other than his own for the purpose of holding assets he controls;

- Destroying, concealing, or altering any records that reflect the existence, nature, or location of his assets.

**SO ORDERED** on this **29th day of July 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

# Exhibit E