# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 8, 2026
Lyle W. Cayce
Clerk

No. 25-11393

In re Charles Johnson,

*Petitioner.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-988

---

UNPUBLISHED ORDER

Before Graves, Willett, and Douglas, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.